# EXHIBITS B

# EQUIFAX

**CREDIT FILE : October 24, 2021**

**Confirmation # 1272593790**

Dear NELSON BRUCE:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words to your credit report. If you provide a consumer statement that contains medical information related to

(Continued On Next Page)
000000116-DISC

Page 1 of 16

1272593790-I5F-09b901050000003e-10242021

P.O. Box 105518
Atlanta, GA 30348

000000116- DISC
NELSON BRUCE
PO BOX 3345
SUMMERVILLE, SC 29484-3345

EXHIBIT B

services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to P.O. Box 740256, Atlanta, GA 30374-0256 or contact us by calling us at  866-349-5191.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

EXHIBIT B

0000254A 10251 0002-0006 DECA0000102421023994 00 L 0000016

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer information verified. Account information updated: **Information on your report has been updated.**

### The Results Of Our Reinvestigation

#### Credit Account Information

(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

| *Account History Status Code Descriptions* | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

>>> *We have researched the credit account. Account # - 1000000233140* The results are:* THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE. If you have additional questions about this item please contact: *HERITAG TR, 200 Marymeade Dr, Summerville, SC 29483-5243 Phone: (800) 845-5550*

EXHIBIT B

0000284A 10251 0002-0008 DEGA000010243102399A 00 L 000001A 116

**>>> We have researched the credit account. Account # - 430679160525* The results are:** WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *DATE OF MAJOR DELINQUENCY 1ST REPORTED. If you have additional questions about this item please contact: **PENTAGONBC, PO Box 1432☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐,** ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐, **Alexandria, VA 22313-1432**

### PENTAGON - BANKCARD    PO Box 1432☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐-☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ Alexandria VA 223131432

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| 430679160525* | 02/07/2016 | | $ 20,000 | | Monthly | 58 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/24/2021 | $ 13,777 | $ 13,777 | 12/2016 | | | 01/2017 | | 01/2017 | $ 13,777 | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Revolving | Credit Card | Individual Account | | |

**ADDITIONAL INFORMATION:**

*Charged Off Account*

*Credit Card*

| Account History with Status Codes | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 08/2021 L | 07/2021 L | 06/2021 L | 05/2021 L | 04/2021 L | 03/2021 L | 02/2021 L | 01/2021 L | 12/2020 L | 11/2020 L |
| | 10/2020 L | 09/2020 L | 08/2020 L | 07/2020 L | 06/2020 L | 05/2020 L | 04/2020 L | 03/2020 L | 02/2020 L | 01/2020 L |
| | 12/2019 L | 11/2019 L | 10/2019 L | 09/2019 L | 08/2019 L | 07/2019 L | 06/2019 L | 05/2019 L | 04/2019 L | 03/2019 L |
| | 02/2019 L | 01/2019 L | 12/2018 L | 11/2018 L | 10/2018 L | 09/2018 L | 08/2018 L | 07/2018 L | 06/2018 L | 05/2018 L |
| | 04/2018 L | 03/2018 L | 02/2018 L | 01/2018 L | 12/2017 L | 11/2017 L | 10/2017 L | 09/2017 L | 08/2017 L | 07/2017 L |
| | 06/2017 4 | 05/2017 4 | 04/2017 4 | 03/2017 3 | 02/2017 2 | 01/2017 1 | | | | |

**>>> We have researched the credit account. Account # - 3036870* The results are:** WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *DATE OF MAJOR DELINQUENCY 1ST REPORTED. If you have additional questions about this item please contact: **PENTAGON, PO Box 1432☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐, ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐, Alexandria, VA 22313-1432 Phone: (703) 683-7787**

### PENTAGON FEDERAL CREDIT UNION    PO Box 1432☐☐☐☐☐☐☐☐☐☐☐☐-☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ Alexandria VA 223131432 : 7036837787

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

EXHIBIT B

0000294A 10252 0003-0008 DEC:A0000102421023994 001 000000116

**PENTAGON FEDERAL CREDIT UNION**    PO Box 1432▢▢▢▢▢▢▢▢▢▢▢▢▢▢ ▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢ *Alexandria VA 223131432 ; 7836837787*

| 3036870* | 04/20/2016 | | | | | 60 Months | Monthly | | 32 | | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/24/2021 | $ 31,794 | | 10/2017 | | | 10/2016 | | 10/2016 | $ 32,658 | | | | |
| **Status** Charge Off | **Type of Account** Installment | | **Type of Loan** Auto | | | **Whose Account** Individual Account | | **Portfolio Indicator** | | **Portfolio Status** | | | |

## ADDITIONAL INFORMATION:
*Charged Off Account*

*Auto*

**Account History with Status Codes**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/2021 L | 06/2021 L | 05/2021 L | 04/2021 L | 03/2021 L | 02/2021 L | 01/2021 L | 12/2020 L | 11/2020 L | 10/2020 L |
| 09/2020 L | 08/2020 L | 07/2020 L | 06/2020 L | 05/2020 L | 04/2020 L | 03/2020 L | 02/2020 L | 01/2020 L | 12/2019 L |
| 11/2019 L | 10/2019 L | 09/2019 L | 08/2019 L | 07/2019 L | 04/2019 L | 03/2019 L | 02/2019 L | 01/2019 L | 10/2018 L |

>>> **We have researched the credit account. Account # - 3038218* The results are:** WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *DATE OF MAJOR DELINQUENCY 1ST REPORTED. If you have additional questions about this item please contact: **PFCU TCS, PO Box 1432▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢, ▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢, Alexandria, VA 22313-1432**

**PENTAGON FEDERAL CREDIT UNION**    PO Box 1432▢▢▢▢▢▢▢▢▢▢▢▢▢▢ ▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢ *Alexandria VA 223131432*

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3038218* | | 03/15/2016 | | $ 5,000 | | | | 32 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/24/2021 | $ 4,427 | | 09/2017 | | | 02/2017 | | 02/2017 | $ 4,818 | | | | |
| **Status** Charge Off | **Type of Account** Revolving | | **Type of Loan** Line Of Credit | | | **Whose Account** Individual Account | | **Portfolio Indicator** | | **Portfolio Status** | | | |

## ADDITIONAL INFORMATION:
*Charged Off Account*

*Line of Credit*

(Continued On Next Page)
000000116-DISC

1272593790-I5F-09b901050000003e-10242021

EXHIBIT B

0000284 10252 0003-0008 DEC A00001024102399401 L 0000116

| Account History with Status Codes | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/2021 L | 06/2021 L | 05/2021 L | 04/2021 L | 03/2021 L | 02/2021 L | 01/2021 L | 12/2020 L | 11/2020 L | 10/2020 L |
| 09/2020 L | 08/2020 L | 07/2020 L | 06/2020 L | 05/2020 L | 04/2020 L | 03/2020 L | 02/2020 L | 01/2020 L | 12/2019 L |
| 11/2019 L | 10/2019 L | 09/2019 L | 08/2019 L | 07/2019 L | 04/2019 L | 03/2019 L | 02/2019 L | 01/2019 L | 10/2018 L |

EXHIBIT B

0000284410253 004-0008 DECADO0010242102399400 L 000000116

# EQUIFAX

## CREDIT FILE : October 24, 2021

Confirmation # 1272593790

### Personal Identification Information  (This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)

Name On File: NELSON BRUCE
Social Security # XXX-XX-7185   Date of Birth: September 28, 1982
Current Address: PO BOX 3345, Summerville, SC 29484  Reported: 10/2021
Previous Address(es): 144 PAVILION ST, SUMMERVILLE, SC 29483  Reported: 10/2021
1605 CENTRAL AVE STE 6, SUMMERVILLE, SC 29483  Reported: 08/2019
1225 BOON HILL RD APT P2, SUMMERVILLE, SC 29483  Reported: 08/2019

Please address all future correspondence to:



www.equifax.com/personal/disputes

Equifax Information Services LLC
P.O. Box 105518
Atlanta, GA 30348



Phone: (800) 377-6568
M - F 9:00am to 5:00pm in your time zone.

### Credit Account Information
(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

### Account Column Title Descriptions:

| | |
|---|---|
| Account Number - | The Account number reported by credit grantor |
| Date Acct. Opened - | The Date that the credit grantor opened the account |
| High Credit - | The Highest Amount Charged |
| Credit Limit - | The Highest Amount Permitted |
| Terms Duration - | The Number of Installments or Payments |
| Terms Frequency - | The Scheduled Time Between Payments |
| Months Reviewed - | The Number of Months Reviewed |
| Activity Designator - | The Most Recent Account Activity |
| Creditor Class - | The Type of Company Reporting The Account |
| Date Reported - | Date of Last Reported Update |
| Balance Amount - | The Total Amount Owed as of the Date Reported |
| Status - | Condition of Account When Last Updated by Creditor or Otherwise |

| | |
|---|---|
| Amount Past Due - | The Amount Past Due as of the Date Reported |
| Date of Last Paymnt - | The Date of Last Payment |
| Actual Pay Amt - | The Actual Amount of Last Payment |
| Sched Pay Amt - | The Requested Amount of Last Payment |
| Date of 1st Delinquency - | The Date of First Delinquency |
| Date of Last Actvty - | The Date of the Last Account Activity |
| Date Maj Delq Rptd - | The Date the 1st Major Delinquency Was Reported |
| Charge Off Amt - | The Amount Charged Off by Creditor |
| Deferred Pay Date - | The 1st Payment Due Date for Deferred Loans |
| Balloon Pay Amt - | The Amount of Final(Balloon) Payment |
| Balloon Pay Date - | The Date of Final(Balloon) Payment |
| Date Closed - | The Date the Account was Closed |

### Account History Status Code Descriptions

| | | |
|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J: Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K: Repossession |
| 3 : 90-119 Days Past Due | G: Collection Account | L: Charge Off |
| 4 : 120-149 Days Past Due | H: Foreclosure | |

PENTAGON FEDERAL CREDIT UNION    PO Box 1432 ███████████████████████████████████ Alexandria, VA 223131432

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|



0000284A 12254 0006-0008 DEC/A0001024512093904 00 L 00000116

**EXHIBIT B**

| 3038218* | | | 03/15/2016 | | | $ 5,000 | | | | 32 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 10/24/2021 | $ 4,427 | | 09/2017 | | | 02/2017 | | 02/2017 | $ 4,818 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan – Line Of Credit; Whose Account – Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Line of Credit;

| Account History with Status Codes | 07/2021 | 08/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |
| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 10/2018 | | | | | | | | | | |
| | L | L | L | L | L | L | L | L | L | L | | | | | | | | | | |

**PENTAGON FEDERAL CREDIT UNION    PO Box 1432□□□□□□□□□□□□□□□□ □□□□□□□□□□□□□□□□□□□□ □□□□□ Alexandria VA 223131432 7696637787**

| Account Number | | | Date Opened | High Credit | | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3036870* | | | 04/20/2016 | | | | | 60 Months | Monthly | | 32 | | | | |
| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | | |
| 10/24/2021 | $ 31,794 | | 10/2017 | | | 10/2016 | | 10/2016 | $ 32,658 | | | | | | |

Status - Charge Off; Type of Account - Installment; Type of Loan – Auto; Whose Account – Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Auto;

| Account History with Status Codes | 07/2021 | 08/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |
| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 10/2018 | | | | | | | | | | |
| | L | L | L | L | L | L | L | L | L | L | | | | | | | | | | |

**PENTAGON - BANKCARD    PO Box 1432□□□□□□□□□□□□□□□□ □□□□□□□□□□□□□□□□□□□□□ Alexandria VA 223131432**

| Account Number | | | Date Opened | High Credit | | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 430679160525* | | | 02/07/2016 | | | $ 20,000 | | | Monthly | | 58 | | | | |
| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | | |
| 10/24/2021 | $ 13,777 | $ 13,777 | 12/2016 | | | 01/2017 | | 01/2017 | $ 13,777 | | | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan – Credit Card; Whose Account – Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Credit Card;

| Account History with Status Codes | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |
| | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 |
| | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |
| | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | | | | |
| | L | L | L | L | L | L | L | L | L | L | 4 | 4 | 4 | 3 | 2 | 1 | | | | |



0000244 10257 0008-0006 DECA0000102421023994 001 0000116

| Company Information | Inquiry Date(s) |
|---|---|
| TRUSTED ID/EQUIFAX<br>*1201 W PEACHTREE ST NE # 1201 ATLANTA GA 30309-344* | 02/25/2021 |
| CREDIT KARMA INC<br>*Unknown 760 Market St Fl 10 San Francisco CA 941022300* | 10/16/2021 |
| NAVY FCU<br>*PO Box 3700 Attn: Cbr Disputes Merrifield VA 221193700  Phone: 8888426328* | 11/12/2020 |
| CREDIT KARMA, INC<br>*760 MARKET ST SAN FRANCISCO CA 94102-240* | 05/10/2021 |
| EQUIFAX<br>*PO Box 740241 Atlanta GA 303740241  Phone: 8006851111* | 09/29/2021 09/23/2021 09/23/2021 |
| EQUIFAX<br>*PO Box 740241 Atlanta GA 303740241  Phone: 8006851111* | 10/24/2021 09/29/2021 |
| CAPITAL ONE US CARD<br>*15000 CAPITAL ONE DR RICHMOND VA 23238-111* | 08/03/2021 05/23/2021 05/08/2021 05/05/2021 11/16/2020 11/07/2020 |
| NAVY FCU<br>*820 FOLLIN LN SE VIENNA VA 22180-490* | 11/08/2020 |
| CAPITAL ONE<br>*PO Box 26030 Richmond VA 232606030  Phone: 8004776000* | 10/07/2021 |
| EQUIFAX CONSUMER SERVICES<br>*1525 WINDWARD CONCOURSE ALPHARETTA GA 30005-418* | 09/30/2021 |
| EQUIFAX CONSUMER SERVICES<br>*1550 PEACHTREE ST NW ATLANTA GA 30309-240* | 09/23/2021 |
| NAVY FCU<br>*820 Follin Ln SE Acct Review Project Vienna VA 221804907* | 09/28/2021 |
| CONSUMERINFO.COM<br>*1 City Blvd W Ste 401 Orange CA 928683621  Phone: 8888888553* | 08/17/2021 |

EXHIBIT B



0000453 05630 001 .0014 DECA00006082204285 7 00 L 00001299

**CREDIT FILE : June 08, 2022**

**Confirmation # 2139594219**

Dear NELSON BRUCE:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words to your credit report. If you provide a consumer statement that contains medical information related to

(Continued On Next Page)
000001299-DISC

2139594219-JDG-0a9c0105000000aa-06082022

P.O. Box 105518
Atlanta, GA 30348

00000453 FEC A000006082204285 0 01 000000 001299 014
000001299- DISC
NELSON BRUCE
PO BOX 3345
SUMMERVILLE, SC 29484-3345

0000453 05630 0001-0014 DECA0000080822042857 001 L 00001299

**EXHIBIT B**

services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to P.O. Box 740256, Atlanta, GA 30374-0256 or contact us by calling us at 866-349-5191.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

(Continued On Next Page)
000001299-DISC

2139594219-JDG-0a9c0105000000aa-06082022

0000453 05631 0002-0014 0ECA000008082204 2867 00 L 00001299

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may  request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

**The Results Of Our Reinvestigation**

**>>> We have reviewed your concerns and our conclusions are:** THE CURRENT ADDRESS HAS BEEN ADDED/UPDATED PER THE INFORMATION YOU HAVE SUPPLIED. ADVERSE ACCOUNTS THAT HAVE NOT BEEN PAID IN FULL WILL AUTOMATICALLY BE DELETED SEVEN YEARS FROM THE DATE OF FIRST DELINQUENCY.

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by  credit grantors)

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

0000453 06631 0002-0014 DECA0000060825042857 00 L 00001299

| | 4 : 120-149 Days Past Due | H : Foreclosure | |
|---|---|---|---|

>>> *The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Account # - *1336 The results are:* WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: *PENTAGONBC, PO Box 1432⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜, ⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜, Alexandria, VA 22313-1432*

**PENTAGON - BANKCARD** PO Box 1432⬜⬜⬜⬜⬜⬜⬜⬜ ⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜ Alexandria VA 223131432

| Account Number *1336 | Date Opened 02/07/2016 | High Credit | Credit Limit $ 20,000 | Terms Duration | Terms Frequency Monthly | Months Revd 65 | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|

| Date of Last Reported Update 06/08/2022 | Balance Amount $ 13,777 | Amount Past Due $ 13,777 | Date of Last Payment 12/2016 | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency 01/2017 | Date of Last Activity | Date Maj Del. 1st Rptd 01/2017 | Charge Off Amount $ 13,777 | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Status Charge Off | Type of Account Revolving | | Type of Loan Credit Card | | | Whose Account Individual Account | | | Portfolio Indicator | | Portfolio Status | | |

ADDITIONAL INFORMATION:
*Charged Off Account*

**Account History with Status Codes**

| 04/2022 L | 03/2022 L | 02/2022 L | 01/2022 L | 12/2021 L | 11/2021 L | 10/2021 L | 09/2021 L | 08/2021 L | 07/2021 L |
|---|---|---|---|---|---|---|---|---|---|
| 06/2021 L | 05/2021 L | 04/2021 L | 03/2021 L | 02/2021 L | 01/2021 L | 12/2020 L | 11/2020 L | 10/2020 L | 09/2020 L |
| 08/2020 L | 07/2020 L | 06/2020 L | 05/2020 L | 04/2020 L | 03/2020 L | 02/2020 L | 01/2020 L | 12/2019 L | 11/2019 L |
| 10/2019 L | 09/2019 L | 08/2019 L | 07/2019 L | 06/2019 L | 05/2019 L | 04/2019 L | 03/2019 L | 02/2019 L | 01/2019 L |
| 12/2018 L | 11/2018 L | 10/2018 L | 09/2018 L | 08/2018 L | 07/2018 L | 06/2018 L | 05/2018 L | 04/2018 L | 03/2018 L |
| 02/2018 L | 01/2018 L | 12/2017 L | 11/2017 L | 10/2017 L | 09/2017 L | 08/2017 L | 07/2017 L | 06/2017 4 | 05/2017 4 |
| 04/2017 4 | 03/2017 3 | 02/2017 2 | 01/2017 1 | | | | | | |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/22 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | *Credit Card* | |



000004S3 0S632 0003-0014 DEC-A00000609220428S7 001 L 00001299

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/22 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 03/22 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 02/22 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 01/22 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 12/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 11/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 10/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 09/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 08/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 07/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 06/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 05/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 04/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 03/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 02/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,749 | Credit Card | |
| 01/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,473 | Credit Card | |
| 12/20 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,197 | Credit Card | |
| 11/20 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 12,921 | Credit Card | |
| 10/20 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 12,645 | Credit Card | |
| 09/20 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 12,369 | Credit Card | |
| 08/20 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 12,093 | Credit Card | |
| 07/20 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 11,817 | Credit Card | |

0000453 05632 0003-0014 DECA000006082204285701 L 00001299

**EXHIBIT B**

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | $13,777 | | | 12/01/2016 | | $20,000 | $11,541 | Credit Card | |

>>> **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Account # - *3812 The results are:**  WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *DATE OF LAST PAYMENT *HISTORICAL ACCOUNT INFORMATION.   If you have additional questions about this item please contact: **PENTAGON, PO Box 1432**□□□□□□□□□□□□□□□, □□□□□□□□□□□□□□□□□□□□□□□□□, **Alexandria, VA 22313-1432 Phone: (703) 683-7787**

### PENTAGON FEDERAL CREDIT UNION    PO Box 1432□□□□□□□□□□□□□□ □□□□□□□□□□□□□□□□□□□□□□ Alexandria VA 22313143□ : 7036837787

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *3812 | | 04/20/2016 | | | 60 Months | Monthly | 38 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/2022 | $31,794 | | 12/2017 | | | 10/2016 | | 10/2016 | $32,658 | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Installment | Auto | Individual Account | | |

ADDITIONAL INFORMATION:
*Charged Off Account*

### Account History with Status Codes

| 03/2022 L | 02/2022 L | 01/2022 L | 12/2021 L | 11/2021 L | 10/2021 L | 07/2021 L | 06/2021 L | 05/2021 L | 04/2021 L |
|---|---|---|---|---|---|---|---|---|---|
| 03/2021 L | 02/2021 L | 01/2021 L | 12/2020 L | 11/2020 L | 10/2020 L | 09/2020 L | 08/2020 L | 07/2020 L | 06/2020 L |
| 05/2020 L | 04/2020 L | 03/2020 L | 02/2020 L | 01/2020 L | 12/2019 L | 11/2019 L | 10/2019 L | 09/2019 L | 08/2019 L |
| 07/2019 L | 04/2019 L | 03/2019 L | 02/2019 L | 01/2019 L | 10/2018 L | | | | |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/22 | No Data Available | | | | | | | | |

(Continued On Next Page)
000001299-DISC

2139594219-JDG-0a9c0105000000aa-06082022



0000453 05633 0004-0014 DEC-A000006082204285Z 001 L 00001299

**EXHIBIT B**

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/22 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 03/22 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 02/22 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 01/22 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 12/21 | $ 31,794 | . | | 09/01/2017 | | | | Auto | |
| 11/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 10/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 09/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 08/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 07/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 06/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 05/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 04/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 03/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 02/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 01/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 12/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 11/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 10/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 09/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 08/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | |

(Continued On Next Page)
000001299-DISC

2139594219-JDG-0a9c0105000000aa-06082022

000000453 05633 0004-0014 DECA00000608220142857 00 L 00001299

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 06/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | |

>>> *The information you disputed has been updated as well as other information on this item. Account # - *6770 The results are:* WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THIS ACCOUNT HAS BEEN UPDATED. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *PAST DUE *HISTORICAL ACCOUNT INFORMATION. *If you have additional questions about this item please contact:* PFCU TCS, PO Box 1432*□□□□□□□□□□□□□□□□, □□□□□□□□□□□□□□□□□□□□□□□□□, Alexandria, VA 22313-1432*

**PENTAGON FEDERAL CREDIT UNION**  PO Box 1432□□□□□□□□□□□□□□□□ □□□□□□□□□□□□□□□□□□□□□ Alexandria VA 223131432

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *6770 | | 03/15/2016 | | $ 5,000 | | | | | 38 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/2022 | $ 4,427 | $ 4,427 | 09/2017 | | | 02/2017 | | 02/2017 | $ 4,818 | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Revolving | Line Of Credit | Individual Account | | |

**ADDITIONAL INFORMATION:**
*Charged Off Account*

**Account History with Status Codes**

| | 03/2022 L | 02/2022 L | 01/2022 L | 12/2021 L | 11/2021 L | 10/2021 L | 07/2021 L | 08/2021 L | 05/2021 L | 04/2021 L |
|---|---|---|---|---|---|---|---|---|---|---|
| | 03/2021 L | 02/2021 L | 01/2021 L | 12/2020 L | 11/2020 L | 10/2020 L | 09/2020 L | 08/2020 L | 07/2020 L | 06/2020 L |
| | 05/2020 L | 04/2020 L | 03/2020 L | 02/2020 L | 01/2020 L | 12/2019 L | 11/2019 L | 10/2019 L | 09/2019 L | 08/2019 L |
| | 07/2019 L | 04/2019 L | 03/2019 L | 02/2019 L | 01/2019 L | 10/2018 L | | | | |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/22 | No Data Available | | | | | | | | |

(Continued On Next Page)
000001299-DISC

2139594219-JDG-0a9c0105000000aa-06082022



000000453 0563A 0005-0014 DECA0000608220412857 001 00001299

**EXHIBIT B**

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/22 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 03/22 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 02/22 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 01/22 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 12/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 11/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 10/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 09/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 08/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 07/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 06/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 05/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 04/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 03/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 02/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 01/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 12/20 | $ 4,427 | | | 08/01/2017 | | $ 5,000 | | Line Of Credit | |
| 11/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 10/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 09/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 08/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |

(Continued On Next Page)
000001299-DISC

2139594219-JDG-0a9c0105000000aa-06082022

000000153 05634 0005-0014 DECA000000608220428S7 00 L 000001299

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | *Line Of Credit* | | |
| 06/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | *Line Of Credit* | | |

000004 53 05635 0006-0014 DEC-A00000608220412857 00 L 00001299

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.equifax.com/personal/disputes.

Thank you for giving Equifax the opportunity to serve you.

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

0000453 05635 0006-0014 DEC-A0000060920428S7 00 L 00001799

# EQUIFAX

## CREDIT FILE : June 08, 2022

### Confirmation # 2139594219

**Personal Identification Information**   *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: **NELSON BRUCE**

Social Security #   XXX-XX-7185   Date of Birth: September 28, 1982

Current Address:   PO BOX 3345, Summerville, SC 29484  Reported: 06/2022

Previous Address(es): 144 PAVILION ST, SUMMERVILLE, SC 29483  Reported: 06/2022
1605 CENTRAL AVE STE 6, SUMMERVILLE, SC 29483  Reported: 08/2019
1225 BOON HILL RD APT P2, SUMMERVILLE, SC 29483  Reported: 08/2019

**Please address all future correspondence to:**



www.equifax.com/personal/disputes

Equifax Information Services LLC
P.O. Box 105518
Atlanta, GA 30348



Phone: (800) 377-6568
M - F 9:00am to 5:00pm in your time zone.

Last Reported Employment:     144     PAVILION; First Reported: 04/2022; Last Reported: 04/2022

ALERT(s):     **Legislative Security Freeze in Place**

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

## Account Column Title Descriptions:

| Account Number  - | The Account number reported by credit grantor | Amount Past Due  - | The Amount Past Due as of the Date Reported |
|---|---|---|---|
| | | Date of Last Paymnt  - | The Date of Last Payment |
| Date Acct. Opened  - | The Date that the credit grantor opened the account | Actual Pay Amt  - | The Actual Amount of Last Payment |
| | | Sched Pay Amt  - | The Requested Amount of Last Payment |
| High Credit  - | The Highest Amount Charged | Date of 1st Delinquency  - | The Date of First Delinquency |
| Credit Limit  - | The Highest Amount Permitted | Date of Last Actvty  - | The Date of the Last Account Activity |
| Terms Duration  - | The Number of Installments or Payments | Date Maj Delq Rptd  - | The Date the 1st Major Delinquency Was Reported |
| Terms Frequency  - | The Scheduled Time Between Payments | | |
| Months Reviewed  - | The Number of Months Reviewed | Charge Off Amt  - | The Amount Charged Off by Creditor |
| Activity Designator  - | The Most Recent Account Activity | Deferred Pay Date  - | The 1st Payment Due Date for Deferred Loans |
| Creditor Class  - | The Type of Company Reporting The Account | Balloon Pay Amt  - | The Amount of Final(Balloon) Payment |
| Date Reported  - | Date of Last Reported Update | Balloon Pay Date  - | The Date of Final(Balloon) Payment |
| Balance Amount  - | The Total Amount Owed as of the Date Reported | Date Closed  - | The Date the Account was Closed |
| Status  - | Condition of Account When Last Updated by Creditor  or Otherwise | | |

| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J: Voluntary Surrender |
|---|---|---|---|
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K: Repossession |
| | 3 : 90-119 Days Past Due | G: Collection Account | L: Charge Off |

(Continued On Next Page)
000001299-DISC

2139594219-JDG-0a9c0105000000aa-06082022



0000453 05836 0007-0014 DECA000000652204265/ 001 L 00001299

| 4 : 120-149 Days Past Due | | H: Foreclosure | |
|---|---|---|---|

**PENTAGON - BANKCARD**   **PO Box 1432**□□□□□□□□□□□□□□□ □□□□□□□□□□□□□□□□□□□□□□□□□ **Alexandria VA 223131432**

| Account Number | | | Date Opened | High Credit | | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *1336 | | | 02/07/2016 | | | $ 20,000 | | Monthly | | 65 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/2022 | $ 13,777 | $ 13,777 | 12/2016 | | | 01/2017 | | 01/2017 | $ 13,777 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account;

**Account History with Status Codes**

| 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | 4 | 4 |

| 04/2017 | 03/2017 | 02/2017 | 01/2017 |
|---|---|---|---|
| 4 | 3 | 2 | 1 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/22 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 04/22 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 03/22 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 02/22 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 01/22 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 12/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 11/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 10/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 09/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 08/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |

(Continued On Next Page)
000001299-DISC

2139594219-JDG-0a9c0105000000aa-06082022

000000453 05636 0007-0014 DEC-A0000060822042857 001 L 0000129

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 06/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 05/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 04/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 03/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,777 | Credit Card | |
| 02/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,749 | Credit Card | |
| 01/21 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,473 | Credit Card | |
| 12/20 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 13,197 | Credit Card | |
| 11/20 | $ 13,777 | | | 12/01/2016 | | $ 20 000 | $ 12,921 | Credit Card | |
| 10/20 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 12,645 | Credit Card | |
| 09/20 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 12,369 | Credit Card | |
| 08/20 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 12,093 | Credit Card | |
| 07/20 | $ 13,777 | | | 12/01/2016 | | $ 20,000 | $ 11,817 | Credit Card | |
| 06/20 | $ 13 777 | | | 12/01/2016 | | $ 20,000 | $ 11,541 | Credit Card | |

**PENTAGON FEDERAL CREDIT UNION**   PO Box 1432░░░░░░░░░░░░░░░░ ░░░░░░░░░░░░   **Alexandria VA 223131432 :**
7036837787

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *3812 | | | 04/20/2016 | | | 60 Months | Monthly | 38 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/2022 | $ 31,794 | | 12/2017 | | | 10/2016 | | 10/2016 | $ 32,658 | | | | |

Status - Charge Off; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account;



0000453 05637 0008.0014 DECA0000060622042897 001 0000129e

EXHIBIT B

**Account History with Status Codes**

03/2022 02/2022 01/2022 12/2021 11/2021 10/2021 07/2021 06/2021 05/2021 04/2021 03/2021 02/2021 01/2021 12/2020 11/2020 10/2020 09/2020 08/2020 07/2020 06/2020
L      L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L

05/2020 04/2020 03/2020 02/2020 01/2020 12/2019 11/2019 10/2019 09/2019 08/2019 07/2019 04/2019 03/2019 02/2019 01/2019 10/2018
L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/22 | No Data Available | | | | | | | | |
| 04/22 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 03/22 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 02/22 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 01/22 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 12/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 11/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 10/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 09/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 08/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 07/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 06/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 05/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 04/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 03/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |
| 02/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | |

0000453 05637 0008-0014 DECA000006082042857 001 0000129D

**EXHIBIT B**

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/21 | $ 31,794 | | | 09/01/2017 | | | | Auto | | |
| 12/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | | |
| 11/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | | |
| 10/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | | |
| 09/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | | |
| 08/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | | |
| 07/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | | |
| 06/20 | $ 31,794 | | | 09/01/2017 | | | | Auto | | |

**PENTAGON FEDERAL CREDIT UNION    PO Box 1432□□□□□□□□□□□□□□□□□ □□□□□□□□□□□□□□□□□□□□ Alexandria VA 223131432**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *6770 | | 03/15/2016 | | $ 5,000 | | | | 38 | | | |

| Date of Last Reported Update | Balance Amount | Amountt Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/2022 | $ 4,427 | $ 4,427 | 09/2017 | | | 02/2017 | | 02/2017 | $ 4,818 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Line Of Credit; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account;

**Account History with Status Codes**

| 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 10/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/22 | No Data Available | | | | | | | | | |
| 04/22 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |

(Continued On Next Page)
000001299-DISC

2139594219-JDG-0a9c0105000000aa-06082022



0000453 05636 0009-0014 DECA0000060822042857 00 L 00001299

**EXHIBIT B**

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/22 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 02/22 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 01/22 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 12/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 11/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 10/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 09/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 08/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 07/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 06/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 05/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 04/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 03/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 02/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 01/21 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 12/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 11/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 10/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |
| 09/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | | |

(Continued On Next Page)

0000453 05638 0008-0014 DEC'A000000822042857 00 L 0000'299



Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 07/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |
| 06/20 | $ 4,427 | | | 09/01/2017 | | $ 5,000 | | Line Of Credit | |



0000453 05642 0013-0014 DEC:A000060822042857 001 0000129

Historical Account Information



0000453 056412 0013-0014 DECA0000060822042857 00 L 0001299

| Inquiries that may impact your credit rating/score. |
| These are inquiries made by companies to whom you have applied for a loan or credit. They may remain on your file up to 2 years. |

| Company Information | Inquiry Date(s) |
|---|---|
| STATE EMPL | 12/10/2021 |
| 8503 Lasalle Rd Attn: Tracy Templeton Towson MD 212865915 Phone: 4104948030 | |

**Inquiries that do not impact your credit rating/score.**
These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

**Company Information - Prefix Descriptions:**

| | |
|---|---|
| AM OR AR - | Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. |
| CAR RENT - | Inquiries with this prefix are from rental car companies regarding debit card payment acceptance. |
| COLLECT - | Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt. |
| CONS RPT - | Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product. |
| DDA - | Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account. |
| EMPL OR ND EMPL - | Inquiries with this prefix indicate an employment inquiry. |
| EQUIFAX OR EFX - | Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request. |
| FIN PLAN - | Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning. |
| INS - | Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes. |
| MEDICAL - | Inquiries with this prefix are from medical service providers. |
| ND - | Inquiries with this prefix are general inquiries that do not display to creditor grantors. |
| ND MR - | Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. |
| NON APPL - | Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant. |
| PR - | Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. |
| PREQAUTO - | Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease. |
| PREQCARD - | Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card. |
| PREQCOMM - | Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services. |
| PREQHE - | Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit. |
| PREQIL - | Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity. |
| PREQINS - | Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote. |
| PREQMTG - | Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan. |
| PREQOD - | Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit. |
| PREQ - | Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services. |
| PRM - | Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance. |
| REFRESH - | Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified. |

(Continued On Next Page)
000001299-DISC

2139594219-JDG-0a9c0105000000aa-06082022



0000453 05643 0014-0014 DECA00000608220428S7 00 L 00001299

0000000453 06643 0014-0014 DECA00000608220428S7 00 L 00001299

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.
UTILSERV - Inquiries with this prefix are used when requesting utility services.

EXHIBIT B

| Company Information | Inquiry Date(s) |
|---|---|
| STATE EMPL<br>8503 Lasalle Rd Attn: Tracy Templeton Towson MD 212865915 Phone: 4104948030 | 12/09/2021 |
| EQUIFAX<br>PO Box 740250 Atlanta GA 303740250 Phone: 8006851111 | 11/11/2021 10/27/2021 |
| FIDELITY CORRSPNDNT/EIDCOMPARE<br>FIDELITY 100 SALEM ST # 3523518 SMITHFIELD RI 02917-129 | 12/14/2021 |
| CREDIT KARMA INC<br>Unknown 760 Market St Fl 10 San Francisco CA 941022300 | 06/03/2022 |
| CREDIT KARMA, INC<br>760 MARKET ST SAN FRANCISCO CA 94102-240 | 05/08/2022 |
| EQUIFAX CONSUMER SERVICES<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2402 Phone: (800) 458-9988 | 04/18/2022 |
| US BANCORP<br>4325 17TH AVE S FARGO ND 58103-353 | 11/27/2021 |
| CITIZENS BANK, N.A.<br>480 JEFFERSON BLVD WARWICK RI 02886-135 | 11/24/2021 11/23/2021 |
| EQUIFAX CONSUMER SERVICES<br>1525 WINDWARD CONCOURSE ALPHARETTA GA 30005-418 | 05/12/2022 02/17/2022 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241 Phone: 8006851111 | 08/08/2022 11/11/2021 |
| NAVY FCU<br>820 Follin Ln SE Acct Review Project Vienna VA 221804907 | 05/24/2022 |
| EQUIFAX CONSUMER SERVICES<br>1550 PEACHTREE ST NW ATLANTA GA 30309-240 | 06/08/2022 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241 Phone: 8006851111 | 05/31/2022 05/31/2022 05/19/2022 05/19/2022 11/09/2021 11/08/2021 10/24/2021 09/29/2021 09/23/2021 09/23/2021 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241 Phone: 8006851111 | 05/05/2022 05/04/2022 04/22/2022 04/18/2022 12/10/2021 12/10/2021 11/24/2021 11/23/2021 10/24/2021 09/29/2021 |
| CAPITAL ONE US CARD<br>15000 CAPITAL ONE DR RICHMOND VA 23238-111 | 08/03/2021 05/23/2021 05/08/2021 05/05/2021 11/16/2020 11/07/2020 |
| TRUECREDIT/TUS<br>100 Cross St Ste 202 San Luis Obispo CA 934017570 | 04/22/2022 |
| AMERISAVE MORTGAGE CORPORATION<br>CENTER STE 600 3525 PIEDMONT RD NE NE8 ATLANTA GA 30305-157 | 05/05/2022 05/04/2022 05/03/2022 |
| CAPITAL ONE<br>PO Box 26030 Richmond VA 232606030 Phone: 8004776000 | 04/26/2022 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241 Phone: 8006851111 | 11/23/2021 |
| CONSUMERINFO.COM<br>1 City Blvd W Ste 401 Orange CA 928683621 Phone: 8888888553 | 04/20/2022 |

0000453 05643 0014-0014 DEC A000060822042857 00 L 000001299

EXHIBIT B

*** 334959402-222 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

EXHIBIT B

07/04/2018

 TransUnion.

P8Q9C200301407-I020063-051646308

NELSON L. BRUCE
144 PAVILION ST
SUMMERVILLE, SC 29483-8444

Dear NELSON L. BRUCE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

If we were able to make changes to your credit report based on information you provided, we made those changes. Otherwise, we asked the company reporting the information you disputed to do all of the following:

1. Review relevant information we sent them, including any documents you gave us as part of your dispute
2. Investigate your dispute and verify whether the information they report is accurate
3. Provide us a response to your dispute and update any other information
4. Update their records and systems, if necessary

Your dispute is important. In the pages that follow you will see your detailed investigation results, including the business name and contact details of the source of the information. Please review the results carefully.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results**.

Want to review a full copy of your credit report? Get yours at www.transunion.com/fullreport

P 8Q9C2-003 01407-I020063 01/16

File Number: 334959402  
Date Issued: 07/04/2018

Page 2 of 10

EXHIBIT B

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity. For inactive accounts or accounts that have been closed and paid, **Pay Status** represents the last known status of the account.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results**.

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

### For PUBLIC RECORDS:

| | |
|---|---|
| **Court Type:** The court where the item was filed | **Docket Number:** The number assigned to the item by the court |
| **Date Filed:** The date the item was filed | **Plaintiff:** The name of the party who initiated the item |
| **Date Paid:** The date the item was paid or otherwise, dismissed or discharged | **Type:** The nature of the public record filed |

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |



Want to review a full copy of your credit report? Get yours at www.transunion.com/fullreport

P 8Q9C2-003 01407-I020064 02/16

**File Number:** 334959402    Page 3 of 10    EXHIBIT B
**Date Issued:** 07/04/2018

# TransUnion Credit Score
NELSON L. BRUCE



| YOUR CREDIT SCORE | | |
| --- | --- | --- |
| **Your Score & Grade** | **Score & Grade Range** | **Where You Rank** |
| Score | | |
| **Not Purchased** | A 850 | 100% |
| (See Below) | B 780 | |
| Grade | C 720 | Unavailable |
| - | D 660 | (See Below) 50% |
| Created on | E 600 | |
| 07/04/2018 | F 300 | 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

## Summary
You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

Want to review a full copy of your credit report? Get yours at www.transunion.com/fullreport

P 8Q9C2-003 01407-I020065 03/16

File Number: 334959402
Date Issued: 07/04/2018

Page 4 of 10

EXHIBIT B

# Your Investigation Results

> **INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item(s) based on your dispute and other information has also changed.

## PENTAGON FCU #430679160525**** ( POB 456, ALEXANDRIA, VA 22313, (800) 247-5626 )
We investigated the information you disputed and updated: **Date Updated; Past Due; Rating.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 02/07/2016 | Balance: | $13,777 |
| Responsibility: | Individual Account | Date Updated: | 07/03/2018 |
| Account Type: | Revolving Account | Last Payment Made: | 12/06/2016 |
| Loan Type: | CREDIT CARD | High Balance: | $17,388 |
| | | Original Charge-off: | $13,777 |
| | | Credit Limit: | $20,000 |
| | | Past Due: | >$13,777< |

Pay Status: >Charged Off<
Terms: Paid Monthly
Date Closed: 12/16/2016
>Maximum Delinquency of 120 days in 04/2017 and in 06/2017<

Remarks: >BANKRUPTCY DISMISSED<; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 12/2023

| | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK |

| | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 |
|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK |

## PENTAGON FEDERAL CREDIT #3038218**** ( 1001 N FAIRFAX ST, ALEXANDRIA, VA 22314-1503, (800) 247-5626 )
We investigated the information you disputed and updated: **Date Updated; Past Due; Rating.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 03/15/2016 | Balance: | $4,427 |
| Responsibility: | Individual Account | Date Updated: | 07/03/2018 |
| Account Type: | Revolving Account | Last Payment Made: | 09/27/2017 |
| Loan Type: | LINE OF CREDIT | High Balance: | $4,432 |
| | | Original Charge-off: | $4,818 |
| | | Credit Limit: | $5,000 |
| | | Past Due: | >$4,427< |

Pay Status: >Charged Off<
Date Closed: 09/30/2017
>Maximum Delinquency of 120 days in 04/2017 and in 07/2017<

Remarks: >BANKRUPTCY DISMISSED<; ACCOUNT CLOSED BY CONSUMER; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 11/2023

| | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | X | C/O | C/O | C/O | C/O | C/O | X | C/O | C/O | C/O | 120 |

| | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 60 | 30 | 30 | OK | OK | OK | OK | OK | OK |

| | 06/2016 | 05/2016 | 04/2016 | 03/2016 |
|---|---|---|---|---|
| Rating | OK | OK | OK | OK |

## PENTAGON FEDERAL CREDIT #3036870**** ( 1001 N FAIRFAX ST, ALEXANDRIA, VA 22314-1503, (800) 247-5626 )
We investigated the information you disputed and updated: **Date Updated; Past Due; Rating.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 04/20/2016 | Balance: | $31,794 |
| Responsibility: | Individual Account | Date Updated: | 07/03/2018 |
| Account Type: | Installment Account | Last Payment Made: | 10/24/2017 |
| Loan Type: | AUTOMOBILE | High Balance: | $33,478 |
| | | Original Charge-off: | $32,658 |
| | | Past Due: | >$31,794< |

Pay Status: >Charged Off<
Terms: $601 per month, paid Monthly for 60 months
Date Closed: 10/31/2017
>Maximum Delinquency of 120 days in 08/2017<

Remarks: >BANKRUPTCY DISMISSED<; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 10/2023

| | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | X | C/O | C/O | C/O | C/O | C/O | X | C/O | C/O | 120 | OK |

| | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | X | X | X | RPO | OK | 90 | 30 | OK | OK | OK | OK |

Want to review a full copy of your credit report? Get yours at www.transunion.com/fullreport

P 8Q9C2-003 01407-I020066 04/16



Experian

**EXHIBIT B**
Prepared For

## NELSON L BRUCE

**Personal & Confidential**

Date Generated  Oct 25, 2021
Report Number  3127-0111-88

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results



**CARRINGTON MORTGAGE SE**

11/17/21, 1:11 AM                                          Experian

**EXHIBIT B**



## PENTAGON FEDERAL CR UN

Account • 430679XXXXXXXXXX

**Updated**

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

You can contact PENTAGON FEDERAL CR UN at 2930 EISENHOWER AVE, ALEXANDRIA , VA 22314 or (703) 838-1000

 **After your dispute**

 **Account Info**

| Account Name | PENTAGON FEDERAL CR UN | Balance | $13,777 |
|---|---|---|---|
| Account Number | 430679XXXXXXXXXX | Balance Updated | 10/13/2021 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 02/07/2016 | Credit Limit | $20,000 |
| Status | Account charged off. $13,777 written off. $13,777 past due as of Oct 2021 | Highest Balance | $17,388 |
| | | Terms | NA |

Experian

Status Updated          07/2019          On Record Until          Feb 2024          **EXHIBIT B**

## 💲 Payment History

|      | J  | F  | M  | A  | M  | J  | J  | A  | S  | O  | N  | D  |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | —  | —  |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | —  | —  | —  | —  | —  | —  | CO | CO | CO | CO | CO | CO |
| 2018 | —  | —  | —  | —  | —  | —  | —  | —  | —  | —  | —  | —  |
| 2017 | ●  | ●  | 30 | 60 | 90 | 120| ●  | —  | —  | —  | —  | —  |
| 2016 | —  | —  | ●  | ●  | ●  | ●  | ●  | ●  | ●  | ●  | ●  | ●  |

● Current on payments    30 30 Days Past Due
60 60 Days Past Due    90 90 Days Past Due
120 120 Days Past Due    CO Charge off

**Payment history guide**

Charge Off as of Jul 2019 to Oct 2021

120 days past due as of Jun 2017

90 days past due as of May 2017

60 days past due as of Apr 2017

30 days past due as of Mar 2017

## 🧾 Balance Histories

| Date     | Balance | Scheduled Payment | Paid               |
|----------|---------|-------------------|--------------------|
| Sep 2021 | $13,777 | $0                | $0 on 12/6/2016    |
| Aug 2021 | $13,777 | $0                | $0 on 12/6/2016    |
| Jul 2021 | $13,777 | $0                | $0 on 12/6/2016    |
| Jun 2021 | $13,777 | $0                | $0 on 12/6/2016    |
| May 2021 | $13,777 | $0                | $0 on 12/6/2016    |
| Apr 2021 | $13,777 | $0                | $0 on 12/6/2016    |
| Mar 2021 | $13,777 | $0                | $0 on 12/6/2016    |
| Feb 2021 | $13,777 | $0                | $0 on 12/6/2016    |

11/17/21, 1:11 AM

Experian

EXHIBIT B

| Date | Balance | Scheduled Payment | Paid on 12/6/2016 |
|---|---|---|---|
| Jan 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Dec 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Nov 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Oct 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Sep 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Aug 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Jul 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Jun 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| May 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Apr 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Mar 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Feb 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Jan 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Dec 2019 | $13,777 | $0 | $0 on 12/6/2016 |
| Nov 2019 | $13,777 | $0 | $0 on 12/6/2016 |
| Oct 2019 | $13,777 | $0 | $0 on 12/6/2016 |

### Additional info

Between Oct 2019 and Sep 2021, your credit limit/high balance was $20,000

---



### Contact Info

Address       **2930 EISENHOWER AVE,
ALEXANDRIA VA 22314**

---



### Reinvestigation Info

This item was updated from our processing of your dispute in Oct 2021.

---

11/17/21, 1:11 AM                                          Experian

 **Before your dispute**                                 **EXHIBIT B**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **PENTAGON FEDERAL CR UN** | Balance | **$13,777** |
| Account Number | **430679XXXXXXXXXX** | Balance Updated | **09/08/2021** |
| Account Type | **Credit card** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **02/07/2016** | Credit Limit | **$20,000** |
| Status | **Account charged off. $13,777 written off. $13,777 past due as of Sep 2021.** | Highest Balance | **$17,388** |
| | | Terms | **NA** |
| Status Updated | **07/2019** | On Record Until | **Feb 2024** |

## $ Payment History

|      | J  | F  | M  | A  | M  | J  | J  | A  | S  | O  | N  | D  |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | —  | —  | —  |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | —  | —  | —  | —  | —  | —  | CO | CO | CO | CO | CO | CO |
| 2018 | —  | —  | —  | —  | —  | —  | •  | —  | —  | —  | —  | —  |
| 2017 | •  | •  | 30 | 60 | 90 | 120| •  | —  | —  | —  | —  | —  |
| 2016 | —  | —  | •  | •  | •  | •  | •  | •  | •  | •  | •  | •  |

- **•** Current on payments
- **30** 30 Days Past Due
- **60** 60 Days Past Due
- **90** 90 Days Past Due
- **120** 120 Days Past Due
- **CO** Charge off

**Payment history guide**

Charge Off as of Aug 2019 to Sep 2021, Jun 2019

120 days past due as of May 2017

90 days past due as of Apr 2017

60 days past due as of Mar 2017

30 days past due as of Feb 2017

## 📋 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Aug 2021** | **$13,777** | **$0** | **$0 on 12/6/2016** |

Experian

| Date | Amount | Scheduled Payment | Paid |
|------|--------|-------------------|------|
| Jul 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Jun 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| May 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Apr 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Mar 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Feb 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Jan 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Dec 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Nov 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Oct 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Sep 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Aug 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Jul 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Jun 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| May 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Apr 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Mar 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Feb 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Jan 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Dec 2019 | $13,777 | $0 | $0 on 12/6/2016 |
| Nov 2019 | $13,777 | $0 | $0 on 12/6/2016 |
| Oct 2019 | $13,777 | $0 | $0 on 12/6/2016 |

## Additional info

Between Oct 2019 and Aug 2021, your credit limit/high balance was $20,000

## Contact Info

11/17/21, 1:11 AM

Experian

**EXHIBIT B**

Address
2930 EISENHOWER AVE,
ALEXANDRIA VA 22314

### Reinvestigation Info

This item was updated from our processing of your dispute in Jun 2019.



11/17/21, 1:11 AM

Experian

**EXHIBIT B**



11/17/21, 1:11 AM                                                Experian



### REV FCU

Account • 100000XXXXXXXXXX



Deleted

This item was removed from your credit report. Please review your report for the details.

You can contact REV FCU at 210 MARY MEAD DR, SUMMERVILLE , SC 29483 or (803) 552-4040

11/17/21, 1:11 AM

Experian

EXHIBIT B

 **After your dispute**

This item was removed from your Credit Report.

 **Before your dispute**

## Account Info

| | | | |
|---|---|---|---|
| Account Name | REV FCU | Balance | $471 |
| Account Number | 100000XXXXXXXXXXX | Balance Updated | 09/01/2021 |
| Account Type | Deposit | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 06/07/2016 | Original Balance | $571 |
| Status | Account charged off. $571 written off. $471 past due as of Sep 2021. | Highest Balance | $0 |
| | | Terms | 1 Months |
| Status Updated | 08/2019 | On Record Until | Feb 2026 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | — | — | — | — | — | — | — | CO | CO | CO | CO | CO |

CO    Charge off

**Payment history guide**

Charge Off as of Aug 2019 to Sep 2021

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Aug 2021 | $471 | $0 | $0 |
| Jul 2021 | $471 | $0 | $0 |
| Jun 2021 | $471 | $0 | $0 |
| May 2021 | $471 | $0 | $0 |

Experian

| Date | Balance | Scheduled Payment | EXHIBIT B Paid |
|------|---------|-------------------|------|
| May 2021 | $471 | $0 | |
| Apr 2021 | $471 | $0 | $0 |
| Mar 2021 | $471 | $0 | $0 |
| Feb 2021 | $471 | $0 | $0 |
| Jan 2021 | $471 | $0 | $0 |
| Dec 2020 | $471 | $0 | $0 |
| Nov 2020 | $471 | $0 | $0 |
| Oct 2020 | $471 | $0 | $0 |
| Sep 2020 | $471 | $0 | $0 |
| Aug 2020 | $471 | $0 | $0 |
| Jul 2020 | $471 | $0 | $0 |
| Jun 2020 | $471 | $0 | $0 |
| May 2020 | $471 | $0 | $0 |
| Apr 2020 | $471 | $0 | $0 |
| Mar 2020 | $471 | $0 | $0 |
| Feb 2020 | $471 | $0 | $0 |
| Jan 2020 | $471 | $0 | $0 |
| Dec 2019 | $471 | $0 | $0 |
| Nov 2019 | $471 | $0 | $0 |
| Oct 2019 | $471 | $0 | $0 |

## Additional info

The original amount of this account was $571

---

 ## Contact Info

Address          **210 MARY MEAD DR,**
                 **SUMMERVILLE SC 29483**

Experian



## If our reinvestigation has not resolved your dispute, you have several options:

→   **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→   **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact

**EXHIBIT B**

your creditors directly.



→ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,**you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you may also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Action Required

We reviewed the documentation you provided with your dispute, but determined that it was not sufficient to make the changes or deletions you requested. We then forwarded your documentation to the furnisher of the information, along with a description of your dispute, and asked them to investigate your dispute. If the item you disputed was a public record, we contacted the vendor who collected the information from a public record source and asked them to verify the public record information. The results of our reinvestigation are included here.

**CARRINGTON MORTGAGE SERV**
700012....

11/17/21, 1:11 AM                                    Experian

PLEASE CONTACT CREDIT GRANTOR AT -8005614567-                    EXHIBIT B

## Messages from Your Experian Specialist

DISPUTED ITEM NOT LISTED ON CREDIT REPORT

## Your Credit Report    17 Accounts    0 Public Records    0 Hard Inquiries
**At a Glance**

### Personal Information

4 Names       7 Addresses       0 Employers       1 Personal Statements       1 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

### Names

| | | | |
|---|---|---|---|
| **NELSON L BRUCE** | **NELSON BRUCE** | **BRUCE NELSON** | **NELSON LEON BRUCE** |
| Name ID #14788 | Name ID #22570 | Name ID #3328 | Name ID #21356 |

11/17/21, 1:11 AM                                    Experian

EXHIBIT B

## Addresses

**144 PAVILION ST
SUMMERVILLE SC,
29483-8444**

Address ID
#0706253170

Single family

**PO BOX 3345
SUMMERVILLE SC,
29484-3345**

Address ID
#0815005866

Post office box

**4501 HARBOUR
LAKE DR APTG-9
GOOSE CREEK SC,
29445-5927**

Address ID
#0518127180

Apartment complex

**4501 HARBOUR
LAKE DR APT9G
GOOSE CREEK SC,
29445-5927**

Address ID
#0058561998

Apartment complex

**4501 HARBOUR
LAKE DR APTG9
GOOSE CREEK SC,
29445-5927**

Address ID
#0418504453

Apartment complex

**4501 HARBOUR
LAKE 9 DR APT G
GOOSE CREEK SC,
29445**

Address ID
#0684068816

Apartment complex

**4501 HARBOUR
LAKE DRIVE G 9
NORTH
CHARLESTON SC,
29405**

Address ID
#0691032418

Single family

## Year of Birth

1982

## Personal Statements

FILE FROZEN DUE TO FEDERAL LEGISLATION.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit
bureaus from your creditors.

### BK OF AMER
**Potentially Negative**

11/17/21, 1:11 AM                                 Experian

## Account Info                                                    **EXHIBIT B**

| Account Name | **BK OF AMER** | Balance | - |
|---|---|---|---|
| Account Number | **20298XXXX** | Balance Updated | - |
| Account Type | **FHA Mortgage** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | $0 |
| Date Opened | **03/30/2009** | Original Balance | $161,385 |
| Status | **Transferred, closed.** | Highest Balance | $0 |
| Status Updated | **May 2017** | Terms | NA |
| | | Mortgage Identification Number | 100133700035646523 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | **180** | — | — | — | **180** | — | — | — | — | — | — | — |
| 2016 | — | — | — | — | **180** | — | — | — | — | — | — | — |
| 2015 | • | • | • | • | • | • | • | • | **30** | — | — | — |
| 2014 | — | — | — | — | — | — | — | — | — | • | • | • |

- • Current on payments
- **30** 30 Days Past Due
- **180** 180 Days Past Due

### Payment history guide

180 days past due as of Apr 2017, Dec 2016, Apr 2016

30 days past due as of Aug 2015

## Contact Info

| Address | PO BOX 31785,
TAMPA FL 33631 |
|---|---|
| Phone Number | **(800) 669-6607** |

## Comment

### Current:

Transferred to another lender

### Previous:

None

## Your Statement

**EXHIBIT B**

I HAVE NO KNOWLEDGE OF THIS ACCOUNT.

### Reinvestigation Info

This item was updated from our processing of your dispute in Oct 2021.

11/17/21, 1:11 AM                 Experian

**EXHIBIT B**



# PENTAGON FEDERAL CR UN

### 🪪 Account Info

| | | | |
|---|---|---|---|
| Account Name | **PENTAGON FEDERAL CR UN** | Balance | **$0** |
| Account Number | **303687XXXXX** | Balance Updated | **06/13/2017** |
| Account Type | **Auto Loan** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **04/20/2016** | Original Balance | **$33,478** |
| Status | **Open/Never late.** | Highest Balance | **$0** |
| Status Updated | **June 2017** | Terms | **60 Months** |

### 💲 Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | — | • | — | — | — | • | — | — | — | — | — | — |
| 2016 | — | — | • | • | • | • | • | • | • | • | • | — |

•   Current on payments

### Contact Info

11/17/21, 1:11 AM                                    Experian

**EXHIBIT B**



| Address | PO BOX 1432, ALEXANDRIA VA 22313 |
| --- | --- |
| Phone Number | **(703) 838-1000** |



### Reinvestigation Info

This item was updated from our processing of your dispute in Oct 2018.

## PENTAGON FEDERAL CR UN

### Account Info

| Account Name | **PENTAGON FEDERAL CR UN** | Balance | **$0** |
| --- | --- | --- | --- |
| Account Number | **303821XXXXX** | Balance Updated | **06/13/2017** |
| Account Type | **Line of Credit** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **03/15/2016** | Credit Limit | **$5,000** |
| Status | **Closed/Never late.** | Highest Balance | **$4,432** |
| Status Updated | **June 2017** | Terms | **NA** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2017 | — | — | — | — | — | **CLS** | — | — | — | — | — | — |
| 2016 | — | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

● Current on payments    CLS  Closed

### Contact Info



| Address | PO BOX 1432, ALEXANDRIA VA 22313 |
| --- | --- |
| Phone Number | **(703) 838-1000** |

### Comment

### Current:

Account closed at consumer's request.

11/17/21, 1:11 AM                                    Experian

**EXHIBIT B**

**Previous:**

None

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Oct 2018.

## PENTAGON FEDERAL CR UN
**Potentially Negative**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | PENTAGON FEDERAL CR UN | Balance | $13,777 |
| Account Number | 430679XXXXXXXXXX | Balance Updated | 10/13/2021 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 02/07/2016 | Credit Limit | $20,000 |
| Status | Account charged off. $13,777 written off. $13,777 past due as of Oct 2021. | Highest Balance | $17,388 |
| | | Terms | NA |
| Status Updated | Jul 2019 | On Record Until | Feb 2024 |

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | — | — |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | — | — | — | — | — | — | CO | CO | CO | CO | CO | CO |
| 2018 | — | — | — | — | — | — | — | — | — | — | — | — |
| 2017 | ● | ● | 30 | 60 | 90 | 120 | ● | — | — | — | — | — |
| 2016 | — | — | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

| | | | |
|---|---|---|---|
| ● | Current on payments | 30 | 30 Days Past Due |
| 60 | 60 Days Past Due | 90 | 90 Days Past Due |
| 120 | 120 Days Past Due | CO | Charge off |

**Payment history guide**

Charge Off as of Jul 2019 to Oct 2021

120 days past due as of Jun 2017



11/17/21, 1:11 AM                                    Experian

90 days past due as of May 2017

60 days past due as of Apr 2017

30 days past due as of Mar 2017

EXHIBIT B

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Sep 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Aug 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Jul 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Jun 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| May 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Apr 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Mar 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Feb 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Jan 2021 | $13,777 | $0 | $0 on 12/6/2016 |
| Dec 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Nov 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Oct 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Sep 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Aug 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Jul 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Jun 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| May 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Apr 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Mar 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Feb 2020 | $13,777 | $0 | $0 on 12/6/2016 |
| Jan 2020 | $13,777 | $0 | $0 on 12/6/2016 |

Experian

**EXHIBIT B**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Dec 2019** | **$13,777** | **$0** | **$0 on 12/6/2016** |
| **Nov 2019** | **$13,777** | **$0** | **$0 on 12/6/2016** |
| **Oct 2019** | **$13,777** | **$0** | **$0 on 12/6/2016** |

### Additional info

Between Oct 2019 and Sep 2021, your credit limit/high balance was $20,000

---

 ### Contact Info

| | |
|---|---|
| Address | **2930 EISENHOWER AVE, ALEXANDRIA VA 22314** |
| Phone Number | **(703) 838-1000** |

---

 ### Reinvestigation Info

**This item was updated from our processing of your dispute in Oct 2021.**

---

# REV FCU

 ### Account Info

| | | | |
|---|---|---|---|
| Account Name | **REV FCU** | Balance | - |
| Account Number | **233140XXXX** | Balance Updated | - |
| Account Type | **Secured Loan** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **07/02/2012** | Original Balance | **$2,000** |
| Status | **Paid, Closed/Never late.** | Highest Balance | **$0** |
| Status Updated | **May 2013** | Terms | **12 Months** |
| | | On Record Until | **May 2023** |

---

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | ● | ● | ● | ● | CLS | — | — | — | — | — | — | — |
| 2012 | — | — | — | — | — | — | ● | ● | ● | ● | ● | ● |

● Current on payments  CLS Closed

11/17/21, 1:11 AM                                      Experian

EXHIBIT B

## Contact Info

Address                    **210 MARY MEAD DR,**
                           **SUMMERVILLE SC 29483**

Phone Number               **(803) 552-4040**

## Reinvestigation Info

**This item remained unchanged from our processing of your dispute
in Sep 2018.**



•   Current on payments    CLS  Closed

**EXHIBIT B**



## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**You do not have any hard inquiries**

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit.

EXHIBIT B

**EXPERIAN**

Inquired on
10/21/2021,
10/07/2021,
09/23/2021,
09/09/2021,
08/26/2021,
08/12/2021,
07/29/2021,
06/17/2021,
06/03/2021,
05/20/2021,
05/06/2021,
04/22/2021,
04/08/2021,
03/25/2021,
03/11/2021,
02/25/2021,
02/11/2021,
01/28/2021,
10/01/2020,
09/17/2020,
09/03/2020,
08/20/2020,
08/06/2020,
07/23/2020,
07/09/2020,
06/25/2020,
06/11/2020,
05/28/2020,
05/14/2020,
04/30/2020,
04/16/2020,
04/02/2020,
03/05/2020,
01/11/2020,
12/28/2019,
12/14/2019,
11/30/2019,
11/16/2019,
11/02/2019,
10/19/2019,
10/05/2019,
09/21/2019 and
09/07/2019

**EXPERIAN**

Inquired on
10/14/2021,
09/30/2021,
09/10/2021,
07/20/2021,
07/13/2021,
06/02/2021,
05/23/2021,
05/11/2021,
04/23/2021,
04/20/2021,
04/20/2021,
04/15/2021,
04/13/2021,
04/12/2021,
04/11/2021,
04/08/2021,
03/17/2021,
02/16/2021,
01/25/2021,
01/21/2021,
01/10/2021,
01/08/2021,
12/13/2020,
11/10/2020,
11/09/2020,
11/04/2020,
08/13/2020,
06/11/2020,
04/17/2020,
01/16/2020,
08/01/2019,
07/09/2019,
07/06/2019,
07/02/2019,
06/22/2019,
06/04/2019,
03/15/2019,
03/07/2019,
10/07/2018,
09/14/2018,
09/13/2018,
07/27/2018,
07/13/2018,

**EXPERIAN**

Inquired on
10/14/2021,
09/23/2021,
09/02/2021,
08/26/2021,
08/15/2021,
08/05/2021,
07/31/2021,
07/20/2021,
07/17/2021,
07/16/2021,
07/15/2021,
07/13/2021,
07/12/2021,
07/10/2021,
07/04/2021,
07/03/2021,
07/01/2021,
06/28/2021,
06/21/2021,
06/17/2021,
06/16/2021,
06/04/2021,
06/02/2021,
05/30/2021,
05/28/2021,
05/24/2021,
05/23/2021,
05/18/2021,
05/07/2021,
04/20/2021,
04/13/2021,
04/03/2021,
03/14/2021,
02/12/2021,
01/22/2021,
01/15/2021,
01/11/2021,
01/10/2021,
01/08/2021,
01/07/2021,
12/24/2020,
12/13/2020,
12/10/2020,

**EXPERIAN**

Inquired on
10/10/2021,
09/12/2021,
09/10/2021,
08/15/2021,
08/14/2021,
08/13/2021,
06/11/2021,
06/10/2021,
05/29/2021,
05/21/2021,
05/16/2021,
05/15/2021,
04/15/2021,
03/13/2021,
03/10/2021,
02/12/2021,
02/10/2021,
01/14/2021,
01/10/2021 and
06/11/2020

475 ANTON
BLVD,
COSTA MESA CA
92626

Experian

EXHIBIT B

| | | |
|---|---|---|
| 475 ANTON BLVD, COSTA MESA CA 92626 (866) 252-8809 | 06/22/2018, 06/13/2018, 06/12/2018, 10/08/2017, 07/18/2017, 05/20/2017, 04/08/2017, 11/10/2016, 08/03/2016, 03/18/2016, 03/11/2016, 02/15/2016, 01/17/2016, 01/17/2016, 10/09/2015, 06/24/2015, 02/20/2015, 10/17/2014 and 10/13/2014 | 12/08/2020, 11/26/2020, 11/12/2020, 11/10/2020, 11/09/2020, 11/04/2020, 10/29/2020, 10/15/2020, 10/13/2020, 10/07/2020, 10/06/2020, 08/07/2020, 07/12/2020, 06/26/2020, 06/18/2020, 05/20/2020, 04/17/2020, 03/27/2020, 03/24/2020, 03/20/2020, 03/17/2020, 03/03/2020, 02/26/2020, 02/15/2020, 02/14/2020, 01/31/2020, 01/17/2020, 01/16/2020, 12/09/2019, 11/08/2019 and 10/06/2019 |
| | PO BOX 9600, ALLEN TX 75013 (800) 311-4769 | 475 ANTON BLVD, COSTA MESA CA 92626 (866) 431-3471 |
| **WELLS FARGO BANK CREDIT EDUCATION** Inquired on 10/07/2021, 09/07/2021, 08/10/2021, | **CAPITAL BANK** Inquired on 10/02/2021 2275 RESEARCH BLVD STE 600, ROCKVILLE MD 20850 | **LEXISNEXIS** Inquired on 09/21/2021 and 10/02/2019 2885 BRECKENRIDGE BLVD #55D, |

**CAPITAL ONE**
Inquired on
09/10/2021

PO BOX 30281,
SALT LAKE CITY
UT 84130
(800) 955-7070

Experian                              EXHIBIT B

07/07/2021,
06/16/2021,
05/07/2021,
04/06/2021,
03/05/2021,
02/05/2021,
01/06/2021 and
12/05/2020

11625 N
COMMUNITY
HOUSE RD,
CHARLOTTE NC
28277

(800) 859-6412

DULUTH GA
30096
(770) 752-6000

On behalf of STATE
FARM INSURANCE
COM for Insurance
underwriting

**CREDIT BUREAU
CONNECTION**
Inquired on
09/07/2021

575 E LOCUST
AVE STE 103,
FRESNO CA
93720

On behalf of
AMPS/NASA
FEDERAL CREDIT
for 30

**DISCOVER
FINANCIAL
SVCS**
Inquired on
09/07/2021

2500 LAKE
COOK RD,
RIVERWOODS IL
60015

**EXPERIAN
BUSINESS
CREDIT**
Inquired on
09/06/2021

PO BOX 9701,
ALLEN TX 75013
(844) 866-3649

On behalf of
CAPITAL ON TAP
for 30

**EXPERIAN
CREDITMATCH**
Inquired on
09/02/2021,
05/24/2021 and
05/23/2021

475 ANTON
BLVD # D4,
COSTA MESA CA
92626

**DESERVE INC**
Inquired on
09/01/2021

1010 DOYLE ST
STE 200,
MENLO PARK CA
94025
(800) 418-7353

**NAVY FEDERAL
CR UNION**
Inquired on
08/17/2021

820 FOLLIN LN
SE,
VIENNA VA
22180

**EXPERIAN**
Inquired on
06/28/2021,
06/16/2021,
04/15/2021,
01/08/2021,
03/24/2020,
03/20/2020,
03/17/2020,
02/26/2020 and
11/08/2019

475 ANTON
BLVD,
COSTA MESA CA
92626

**AMERICAN
EXPRESS**
Inquired on
05/23/2021

200 VESEY ST,
NEW YORK NY
10285

11/17/21, 1:12 AM                                      Experian

EXHIBIT B

**CAPITAL ONE**
Inquired on
05/23/2021

15000 CAPITAL
ONE DR,
RICHMOND VA
23238

**EXPERIAN**
Inquired on
04/20/2021

475 ANTON
BLVD,
COSTA MESA CA
92626

**EXPERIAN**
Inquired on
04/20/2021

475 ANTON
BLVD,
COSTA MESA CA
92626

**WELLS FARGO
BANK CREDIT
EDUCATION**
Inquired on
11/27/2020

11625 N
COMMUNITY
HOUSE RD,
CHARLOTTE NC
28277

**CAP ONE**
Inquired on
11/24/2020

PO BOX 30281,
SALT LAKE CITY
UT 84130

**GREAT
AMERICAN
INSURANCE**
Inquired on
03/10/2020

580 WALNUT ST,

CINCINNATI OH
45202
(513) 369-5993

**NFP PROP &
CASUALTY SVC**
Inquired on
03/10/2020

8201 N HAYDEN
RD,
SCOTTSDALE AZ
85258
(480) 947-3556

**HCC SURETY
GROUP**
Inquired on
03/06/2020

801 S FIGUEROA
ST STE 700,
LOS ANGELES
CA 90017
(310) 649-0990

**EXPERIAN**
Inquired on
11/08/2019

475 ANTON
BLVD,
COSTA MESA CA
92626

**EXPERIAN**
Inquired on
02/26/2017,
10/15/2016,
06/01/2016,
04/06/2016,
02/15/2016 and
01/30/2016

PO BOX 2002,
ALLEN TX 75013
(888) 397-3742

**EXPERIAN**
Inquired on
01/22/2016

None Provided

## Know Your Rights

EXHIBIT B

PO Box 9701
Allen, TX 75013



NELSON L BRUCE
PO BOX 3345
SUMMERVILLE SC  29484

# Your Dispute Results

Report # 2755-4740-43 for **May 26, 2022**



# Hi, Nelson L. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

CARRINGTON MORTGAGE SERV
700012....
PLEASE CONTACT CREDIT GRANTOR AT -8005614567-

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) -- a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

## Credit items

CARRINGTON MORTGAGE SERV 700012.... Outcome: **Processed** - This item was either updated or deleted. Please review your report for the details.
REV FCU 1000000233140.... Outcome: **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

EXHIBIT B

**Dispute Results (Continued)**



**Before Dispute**

### REV FCU Partial Acct # 1000000233140....
210 MARY MEAD DR SUMMERVILLE SC 29483; (803) 552 4040

**Status (Aug 2019)** Account charged off. $571 written off. $471 past due as of Feb 2022.

| | |
|---|---|
| **Date opened**<br>Jun 2016 | **Terms**<br>1 Months |
| **Address ID #**<br>0706253170 | **Monthly payment**<br>Not reported |
| **Type**<br>Deposit | **Credit limit or original amount**<br>$571 |
| **Responsibility**<br>Individual | **High balance**<br>Not reported |

**Recent balance**
$471 as of Feb 2022

This account is scheduled to continue on record until Feb 2026.

This item was updated from our processing of your dispute in Oct 2021.

**Payment history: Aug 2019 - Feb 2022**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | CO | CO | | | | | | | | | | |
| 2021 | | | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | | | | | | | | CO | CO | CO | CO | CO |

| | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|
| Account Balance | $471 | $471 | $471 | $471 | $471 | $471 | $471 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*The original amount of this account was $571*

If our reinvestigation has not resolved your dispute, you have several options:

You have a right to add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian

EXHIBIT B

**Dispute Results** (Continued)

send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | |
|---|---|---|---|
| **OK** Current / Terms met | **150** Past due 150 Days | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Past due 30 Days | **180** Past due 180 Days | **R** Repossession | **C** Collection |
| **60** Past due 60 Days | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Past due 90 Days | **FS** Foreclosure proceedings started | **IC** Insurance claim | **CLS** Closed |
| **120** Past due 120 Days | **F** Foreclosure | **G** Claim filed with government | **ND** No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**PENTAGON FEDERAL CR UN** Partial Acct # 430679160525....
2930 EISENHOWER AVE ALEXANDRIA VA 22314; (703) 838 1000

**Status** (Jul 2019) Account charged off. $13,777 written off. $13,777 past due as of May 2022.

| | | |
|---|---|---|
| **Date opened**<br>Feb 2016 | **Terms**<br>Not reported | **Recent balance**<br>$13,777 as of May 2022<br>This account is scheduled to continue on record until Feb 2024. |
| **Address ID #**<br>0706253170 | **Monthly payment**<br>Not reported | |
| **Type**<br>Credit card | **Credit limit or original amount**<br>$20,000 | This item was updated from our processing of your dispute in Oct 2021. |
| **Responsibility**<br>Individual | **High balance**<br>$17,388 | |

Payment history: Mar 2016 - May 2022

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | CO | CO | CO | CO | CO | | | | | | | |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | ND | ND | ND | ND | ND | ND | CO | CO | CO | CO | CO | CO |
| 2018 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2017 | OK | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2016 | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 |
| Date Payment Received | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 | $13,777 |
| Date Payment Received | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 | 12.06.16 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jun 2020 and Apr 2022, your credit limit/high balance was $20,000*

0608387332                **NELSON L BRUCE**  Report # 2755-4740-43 for 05/26/22                page 3 of 10

EXHIBIT B

**Dispute Results (Continued)**
**Your Potentially Negative Account Activity (Continued)**

### REV FCU Partial Acct # 1000000233140....
210 MARY MEAD DR SUMMERVILLE SC 29483; (803) 552 4040

**Status** (Aug 2019) Account charged off. $571 written off. $471 past due as of May 2022.

| | | | |
|---|---|---|---|
| **Date opened**<br>Jun 2016 | **Terms**<br>1 Months | **Recent balance**<br>$471 as of May 2022 | |
| **Address ID #**<br>0708253170 | **Monthly payment**<br>Not reported | This account is scheduled to continue on record until Feb 2026. | |
| **Type**<br>Deposit | **Credit limit or original amount**<br>$571 | This item remained unchanged from our processing of your dispute in May 2022. | |
| **Responsibility**<br>Individual | **High balance**<br>Not reported | | |

Payment history: Aug 2019 - May 2022



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | CO | CO | CO | CO | CO | | | | | | | |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | | | | | | | | CO | CO | CO | CO | CO |

| | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 | $471 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*The original amount of this account was $571*

## 👍 Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.



0608387332      **NELSON L BRUCE** Report # 2755-4740-43 for 05/26/22      page 4 of 10

EXHIBIT B

**Dispute Results** (Continued)
**Your Positive Account Activity (Continued)**



### PENTAGON FEDERAL CR UN Partial Acct # 3036870....
PO BOX 1432 ALEXANDRIA VA 22313; (703) 838 1000

**Status (Jun 2017)** Open/Never late.

| | | | | | |
|---|---|---|---|---|---|
| **Type** Auto Loan | **Date opened** Apr 2016 | **Address ID #** 0706253170 | **Credit limit or original amount** $33,478 | **Recent balance** $0 /paid as of Jun 2017 | **Responsibility** Individual This item was updated from our processing of your dispute in Oct 2016. |
| **Terms** 60 Months | **Monthly payment** Not reported | **High balance** Not reported | | | |

### PENTAGON FEDERAL CR UN Partial Acct # 3038218....
PO BOX 1432 ALEXANDRIA VA 22313; (703) 838 1000

**Status (Jun 2017)** Closed/Never late.

| | | | | | |
|---|---|---|---|---|---|
| **Type** Line of Credit | **Date opened** Mar 2016 | **Address ID #** 0706253170 | **Credit limit or original amount** $5,000 | **Recent balance** $0 /paid as of Jun 2017 | **Responsibility** Individual This item was updated from our processing of your dispute in Oct 2016. |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $4,432 | | **Comment** Account closed at consumer's request. | |

### REV FCU Partial Acct # 233140....
210 MARY MEAD DR SUMMERVILLE SC 29483; (803) 552 4040

**Status (May 2013)** Paid, Closed/Never late.

| | | | | | |
|---|---|---|---|---|---|
| **Type** Secured Loan | **Date opened** Jul 2012 | **Address ID #** 0706253170 | **Credit limit or original amount** $2,000 | **Recent balance** Not reported | **Responsibility** Individual This account is scheduled to continue on record until May 2023. |
| **Terms** 12 Months | **Monthly payment** Not reported | **High balance** Not reported | | | This item remained unchanged from our processing of your dispute in Sep 2018. |

### REV FCU Partial Acct # 233140....
210 MARY MEAD DR SUMMERVILLE SC 29483; (803) 552 4040

**Status (May 2013)** Paid, Closed/Never late.

| | | | | | |
|---|---|---|---|---|---|
| **Type** Unsecured | **Date opened** Apr 2013 | **Address ID #** 0706253170 | **Credit limit or original amount** $27,765 | **Recent balance** Not reported | **Responsibility** Individual This account is scheduled to continue on record until May 2023. |
| **Terms** 24 Months | **Monthly payment** Not reported | **High balance** Not reported | | | This item remained unchanged from our processing of your dispute in Sep 2018. |

EXHIBIT B

**Dispute Results (Continued)**
**Your Positive Account Activity (Continued)**



# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

**PA STATE EMPLOYEES CREDIT UNION** 1500 ELMERTON AVE HARRISBURG PA 17110 (717) 234 6484          Apr 05, 2022

**REASON:** Credit Granting.
**DURATION:** This inquiry is scheduled to continue on record until May 2024.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471  **INQUIRY DATES:** 05.31.22 | 05.19.22 | 05.05.22 | 05.04.22 | 05.03.22 | 04.26.22 | 04.25.22 | 04.22.22 | 04.21.22 | 04.20.22 | 04.17.22 | 04.14.22 | 04.07.22 | 04.05.22 | 04.03.22 | 03.24.22 | 03.22.22 | 03.12.22 | 03.10.22 | 02.24.22 | 02.10.22 | 01.27.22 | 01.13.22 | 01.12.22 | 12.30.21 | 12.21.21 | 12.16.21 | 12.12.21 | 12.10.21 | 12.09.21 | 12.04.21 | 12.02.21 | 11.23.21 | 11.20.21 | 11.18.21 | 11.04.21 | 11.02.21 | 10.26.21 | 10.25.21 | 10.14.21 | 09.23.21 | 09.02.21 | 08.26.21 | 08.15.21 | 08.05.21 | 07.31.21 | 07.20.21 | 07.17.21 | 07.16.21 | 07.15.21 | 07.13.21 | 07.12.21 | 07.10.21 | 07.04.21 | 07.03.21 | 07.01.21 | 06.28.21 | 06.21.21 | 06.17.21 | 06.16.21 | 06.04.21 | 06.02.21 |

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available  **INQUIRY DATES:** 05.31.22 | 05.22.22 | 05.12.22 | 05.05.22 | 05.04.22 | 04.22.22 | 04.05.22 | 03.25.22 | 12.12.21 | 12.10.21 | 12.09.21 | 09.02.21 |

**CREDIT KARMA INC** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available  **INQUIRY DATES:** 05.30.22 | 04.05.22 |

**LEXISNEXIS/INS/STATE FARM** 1000 ALDERMAN DR ALPHARETTA GA 30005 (800) 456 6004  **INQUIRY DATES:** 05.30.22 |

**WFNA** 11625 N COMMUNITY HOUSE RD CHARLOTTE NC 28277 (855) 329 9605  **INQUIRY DATES:** 05.26.22 | 04.26.22 | 03.21.22 | 02.10.22 |

EXHIBIT B

**Dispute Results** (Continued)

**Who Has Viewed Your Consumer Information** (Continued)

EXPERIAN PO BOX 2002 ALLEN TX 75013 (888) 397 3742 INQUIRY DATES: 05.22.22 | 04.05.22 | 03.28.22 | 12.10.21 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 05.21.22 | 05.18.22 | 05.14.22 | 05.11.22 | 05.07.22 | 05.04.22 |

NAVY FEDERAL CR UNION 820 FOLLIN LN SE VIENNA VA 22180 No phone # available INQUIRY DATES: 05.13.22 |

CAPITAL ONE PO BOX 30281 SALT LAKE CITY UT 84130 (800) 955 7070 INQUIRY DATES: 05.12.22 |

AMERISAVE MORTGAGE CORP 3525 PIEDMONT RD NE # 600 ATLANTA GA 30305 No phone # available INQUIRY DATES: 05.05.22 | 05.04.22 | 05.03.22 |

AMERISAVE MORTGAGE CORP No phone # available INQUIRY DATES: 05.03.22 |

CAPITAL BANK 2275 RESEARCH BLVD STE 600 ROCKVILLE MD 20850 (800) 859 6412 INQUIRY DATES: 05.03.22 |

EXPERIAN CS IDENTITY 535 ANTON BLVD STE 100 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 04.22.22 |

TRANSUNION INTERACTIVE I 100 CROSS ST STE 202 SAN LUIS OBISPO CA 93401 (805) 782 8282 INQUIRY DATES: 04.22.22 |

EQUIFAX CONSUMER SVCS PO BOX 740241 ATLANTA GA 30374 (800) 685 1111 INQUIRY DATES: 04.17.22 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 04.05.22 | 03.12.22 | 02.27.22 | 02.15.22 | 01.16.22 | 12.18.21 | 12.13.21 | 12.11.21 | 11.21.21 | 11.18.21 | 10.10.21 | 09.12.21 | 09.10.21 | 06.18.21 | 06.14.21 | 06.13.21 | 06.11.21 | 06.10.21 |

WFBNA 11625 N COMMUNITY HOUSE RD CHARLOTTE NC 28277 (855) 329 9605 INQUIRY DATES: 04.05.22 |

CREDIT.COM 257 E 200 S STE 200 SALT LAKE CITY UT 84111 No phone # available INQUIRY DATES: 03.05.22 |

EXPERIAN 701 EXPERIAN PKWY ALLEN TX 75013 (972) 390 3000 INQUIRY DATES: 01.24.22 |

WELLS FARGO BANK CREDIT EDUCATION 11625 N COMMUNITY HOUSE RD CHARLOTTE NC 28277 (855) 329 9605 INQUIRY DATES: 01.14.22 | 01.12.22 | 12.07.21 | 11.04.21 | 10.07.21 | 09.07.21 | 08.10.21 | 07.07.21 | 06.18.21 |

ECS/ MCE WEB AUTHENTICAT 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 12.10.21 | 12.09.21 |

ECS/ MCE WEB AUTHENTICAT No phone # available INQUIRY DATES: 12.09.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 12.04.21 | 06.28.21 | 06.18.21 |

DESERVE INC 1010 DOYLE ST STE 200 MENLO PARK CA 94025 (800) 418 7353 INQUIRY DATES: 11.23.21 | 09.01.21 |

EXPERIAN PO BOX 9800 ALLEN TX 75013 (800) 311 4769 INQUIRY DATES: 11.17.21 | 11.16.21 | 11.12.21 | 11.02.21 | 10.25.21 | 10.14.21 | 09.30.21 | 09.10.21 | 07.20.21 | 07.13.21 | 06.02.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809 INQUIRY DATES: 11.04.21 | 10.21.21 | 10.07.21 | 09.23.21 | 09.09.21 | 08.26.21 | 08.12.21 | 07.29.21 | 06.17.21 | 06.03.21 |

LEXISNEXIS 2885 BRECKENRIDGE BLVD #55D DULUTH GA 30096 (770) 752 6000 INQUIRY DATES: 09.21.21 |

CREDIT BUREAU CONNECTION 575 E LOCUST AVE STE 103 FRESNO CA 93720 No phone # available INQUIRY DATES: 09.07.21 |

DISCOVER FINANCIAL SVCS 2500 LAKE COOK RD RIVERWOODS IL 60015 No phone # available INQUIRY DATES: 09.07.21 |

EXPERIAN BUSINESS CREDIT PO BOX 9701 ALLEN TX 75013 (844) 866 3849 INQUIRY DATES: 09.06.21 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| NELSON L BRUCE | Name ID #: 14788 |
| NELSON BRUCE | Name ID #: 22570 |
| BRUCE NELSON | Name ID #: 3328 |
| NELSON LEON BRUCE | Name ID #: 21358 |

**ADDRESSES**

PO BOX 3345
SUMMERVILLE SC 29484-3345

Geo Code: 0-1070010-35-1440
Address ID #: 0815005868 Address Type: Post office box

EXHIBIT B

**Dispute Results** (Continued)

**Your Personal Information** (Continued)

144 PAVILION ST
SUMMERVILLE SC 29483-8444

Geo Code: 0-1070000-35-1440
Address ID #: 0706253170 Address Type: Single family

4501 HARBOUR LAKE DR APTG-9
GOOSE CREEK SC 29445-5927

Geo Code: 0-2080510-15-1440
Address ID #: 0518127180 Address Type: Apartment complex

4501 HARBOUR LAKE DR APT9G
GOOSE CREEK SC 29445-5927

Geo Code: 0-2080510-15-1440
Address ID #: 0058561998 Address Type: Apartment complex

4501 HARBOUR LAKE DR APTG9
GOOSE CREEK SC 29445-5927

Geo Code: 0-2080510-15-1440
Address ID #: 0418504453 Address Type: Apartment complex

4501 HARBOUR LAKE 9 DR APT G
GOOSE CREEK SC 29445-

Geo Code: 0-00- 0-1440
Address ID #: 0884068816 Address Type: Apartment complex

4501 HARBOUR LAKE DRIVE G 9
NORTH CHARLESTON SC 29405-

Geo Code: 0-00- 0-
Address ID #: 069103241B Address Type: Single family

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1982

TransUnion

https://onlinedispute.transunion.com/oda/odic/searchInvestigation/resolutionsummary/3349594...

 **TransUnion**   |   **Online Dispute Service**

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.
Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

    **1.** Updated your credit report based on the information you provided; OR
    **2.** Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
    **3.** Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information, OR
    **4.** Asked the data furnisher reporting the information you disputed to do all of the following:
      • Review relevant information we sent them, including any provided documents
      • Investigate your dispute and verify whether the information they report is accurate
      • Provide us a response to your dispute and update any other information
      • Update their records and systems, if necessary.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To review a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport

| Current File |
| --- |
| File Number: |
| 334959402 |
| Report Date: |
| 07/02/2019 |
| Name: |
| NELSON L. BRUCE |
| Address: |
| PO BOX 3345 |
| SUMMERVILLE, SC 29484-3345 |

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears for each investigation result, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

### A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made,** please keep in mind, the data may not represent very recent payment activity. For inactive accounts or accounts that have been closed and paid, **Pay Status** represents the last known status of the account.

### Definitions

For your reference, here are some definitions to help you understand the information contained in your Investigation Results.

### For Accounts

| | |
| --- | --- |
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was opened | **Pay Status:** The current status of the account; how you are currently paying |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |

Want to review a full copy of your credit report? Get yours at www.transunion.com/fullreport

EXHIBIT B

7/2/2019, 8:24 PM

TransUnion

https://onlinedispute.transunion.com/oda/odic/searchInvestigation/resolutionsummary/

| | |
|---|---|
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

## For Public Records

| | |
|---|---|
| **Court Type:** The court where the item was filed | **Docket Number:** The number assigned to the item by the court |
| **Date Filed:** The date the item was filed | **Plaintiff:** The name of the party who initiated the item |
| **Date Paid:** The date the item was paid or otherwise, dismissed or discharged | **Type:** The nature of the public record filed |

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RP | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Your Investigation Results

### INVESTIGATION RESULTS - DELETED
The disputed item(s) was removed from your credit report.



Want to review a full copy of your credit report? Get yours at  www.transunion.com/fullreport

EXHIBIT B

7/2/2019, 8:24 PM

TransUnion



**PENTAGON FCU #: 430679160525******
POB 456
ALEXANDRIA, VA 22313
(800) 247-5626

In response to your dispute, this item was **DELETED** from your credit report

Want to review a full copy of your credit report? Get yours at  www.transunion.com/fullreport

EXHIBIT B

7/2/2019, 8:24 PM

TransUnion

https://onlinedispute.transunion.com/oda/odic/searchInvestigation/resolutionsummary/

**PENTAGON FEDERAL CREDIT #: 3036870****
P O BOX 247009
OMAHA, NE 68124-7009
(800) 247-5626

In response to your dispute, this item was **DELETED** from your credit report

**PENTAGON FEDERAL CREDIT #: 3038218****
P O BOX 247009
OMAHA, NE 68124-7009
(800) 247-5626

In response to your dispute, this item was **DELETED** from your credit report



Want to review a full copy of your credit report? Get yours at   www.transunion.com/fullreport

EXHIBIT B

7/2/2019, 8:24 PM