# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,                                ) | Case No. 2:22-cv-02211-BHH-MGB |
|                  Plaintiff,     ) | |
| v.                                               ) | **ORDER** |
| Pentagon Federal Credit Union, *a.k.a.*        ) | |
| Pentagon Federal Credit Union Foundation;   ) | |
| Experian Information Solutions, Inc.;         ) | |
| Trans Union, LLC;                              ) | |
| Equifax Information Services, LLC; and       ) | |
| All Unknown Does 1–100,                       ) | |
|                 Defendants.  ) | |

      Plaintiff Nelson L. Bruce, proceeding *pro se* and *in forma pauperis*, brings this civil action alleging violations of the Fair Credit Reporting Act, among other claims. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

      On July 13, 2022, the undersigned issued a proper form order warning Plaintiff that the Court could not authorize service of his Complaint until he provided a completed set of proposed service documents and answers to the Court's interrogatories. (Dkt. No. 4.) The undersigned then gave Plaintiff twenty-one days to cure these deficiencies and warned him that failure to comply with the Court's instructions in a timely manner could result in dismissal of his case. **To date, Plaintiff has not submitted any of the aforementioned documents, and the time to do so has lapsed.**

**<u>TO PLAINTIFF</u>:**

      In an abundance of caution, the undersigned is giving you one final opportunity to bring this case into proper form. You have **twenty-one days, plus three days for mail time**, to do the following:

    1.    **Complete one summons form for <u>each</u> Defendant named in your Complaint** and return the forms to the Clerk of Court. In the space following "TO: (Defendant's name and address)," you must provide a complete name and a full address where defendant can be served under Federal Rule of Civil Procedure 4. You must provide your complete name and full address in the blank section following "plaintiff or plaintiff's attorney, whose name and address are." Handwritten information must be printed and legible. Do not write anything else on either the front or back of the summons or in the margins. **<u>Four blank summons forms are enclosed for your use</u>.**

2. **Complete one Form USM 285 for <u>each</u> Defendant named in your Complaint** and return the forms to the Clerk of Court. Only one defendant's name and <u>street</u> address should appear on each form. The defendant's name and street address should be placed in the spaces preceded by the words, "SERVE AT." Your name and address should be placed in the space designated, "SEND NOTICE OF SERVICE COPY TO. . . ," and you must sign where the form requests, "Signature of Attorney or other Originator . . . ." You must provide the defendant's **complete street address** on the form (**not a post office box address**). You must provide, and are responsible for, information sufficient to identify Defendants on the Forms USM-285. The United States Marshal cannot serve an inadequately identified defendant, and unserved Defendants may be dismissed as parties to this case. **Four blank Forms USM-285 are enclosed for your use**.

3. **Complete, sign, and return your responses to the Court's Local Civil Rule 26.01 interrogatories. A blank copy of the interrogatories is enclosed herewith**.

The undersigned reiterates that if you do not follow the instructions above within the time permitted by this Order, **this case will be dismissed for failure to prosecute and failure to comply with an order of this Court** under Rule 41 of the Federal Rules of Civil Procedure.[1]

**TO THE CLERK OF COURT**:

The Clerk shall mail a copy of this Order and the proper form documents to Plaintiff. If Plaintiff fails to provide the items specified above to the Clerk within the period prescribed in this order, the Clerk shall forward the file to the assigned United States District Judge to determine whether to enter an order of dismissal. *See In Re: Procedures in Civil Actions Filed by Non-Prisoner Pro Se Litigants*, No. 3:07-mc-5015-JFA (D.S.C. Sept. 18, 2007). If, however, Plaintiff provides the items specified above, the Clerk should forward the file to the undersigned to determine if service of process should be authorized.

**IT IS SO ORDERED.**

_____
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

September 2, 2022
Charleston, South Carolina

---

[1] The undersigned also reminds you that you must **make diligent efforts to properly identify the unknown "John Does" named in your Complaint and provide information sufficient for the United States Marshal to perfect service on the same.** Be mindful of the 90-day deadline in obtaining further identifying information and submitting the necessary service documents for the unknown defendants. **Unserved defendants <u>may be dismissed</u> as parties to this case if not served within the 90-day time period.** *But see* Rule 4(m), Fed. R. Civ. P. (noting that "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period").

2