C-2

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Nelson L. Bruce, | 2:22-cv-02211-BHH-MGB |
| DEFENDANT | TYPE OF PROCESS |
| PENTAGON FEDERAL CREDIT UNION et al. | Civil |

RECEIVED USDC CLERK CHARLESTON SC 2022 OCT -7 PM 12:26

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THE PRENTICE-HALL CORPORATION SYSTEM, INC (Registered Agent for Defendant Trans Union)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
508 Meeting Street, West Columbia, South Carolina 29169

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nelson L. Bruce
c/o P.O. Box 3345
Summerville, South Carolina 29484

| Number of process to be served with this Form 285 | 4 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Contact information for Service on Registered Agent
(800) 683-4769
Hours of Operation M-F from 9:00 a.m. to 4:30 p.m.

Signature of Attorney other Originator requesting service on behalf of    ☒ PLAINTIFF    ☐ DEFENDANT    TELEPHONE NUMBER: 843-437-7901    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin: 071 | District to Serve: 071 | Signature of Authorized USMS Deputy or Clerk: Judy Spury | Date: 9/12/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Trey Williams

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 9.21.22 | 9:30 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| (1)w $65.00 | 4 x .625= $2.50 | ∅ | $67.50 | ∅ | $67.50 $0.00 |

REMARKS: FWD TO Cola-OPS DUSM Toliver for p/s.

THIS PERSON IS AUTHORIZED TO ACCEPT PROCESS ON BEHALF OF PERSON BEING SERVED!

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13

C-3

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Nelson L. Bruce | 2:22-cv-02211-BHH-MGB |
| DEFENDANT | TYPE OF PROCESS |
| PENTAGON FEDERAL CREDIT UNION et al. | Civil |

USDC CLERK, CHARLESTON, SC
RECEIVED 2022 OCT -7 PM 12:26

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORPORATION SERVICE COMPANY (Registered Agent for Defendant Equifax)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
508 Meeting Street, West Columbia, South Carolina 29169

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nelson L. Bruce
c/o P.O. Box 3345
Summerville, South Carolina 29484

| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Contact information for Service on Registered Agent
1-866-403-5272
Hours of Operation M-F from 9:00 a.m. to 4:30 p.m.

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 843-437-7901
DATE:

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: 071
District to Serve: 071
Signature of Authorized USMS Deputy or Clerk: Judy Spires
Date: 9/12/2022

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Trey Williams

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 9-21-22
Time: 9:30 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| (1) hr $65.00 | 4 X .625 = $2.50 | 0 | $67.50 | 0 | $67.50  $0.00 |

REMARKS: FWD TO Cola-ops Dusm Tolliver for pls.
THIS PERSON IS AUTHORIZED TO ACCEPT PROCESS ON BEHALF OF PERSON BEING SERVED!

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

C-4

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>Nelson L. Bruce | COURT CASE NUMBER<br>2:22-cv-02211-BHH-MGB |
|---|---|
| DEFENDANT<br>PENTAGON FEDERAL CREDIT UNION et al. | TYPE OF PROCESS<br>Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C T CORPORATION SYSTEM (Registered Agent for Defendant Experian)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2 Office Park Court, Suite 103, Columbia, South Carolina 29223

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nelson L. Bruce
c/o P.O. Box 3345
Summerville, South Carolina 29484

| Number of process to be served with this Form 285 | 4 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Contact information for Service on Registered Agent
(864) 240-3302
Hours of Operation M-F from 9:00 a.m. to 4:30 p.m.

Plaintiff

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Nelson L. Bruce
TELEPHONE NUMBER: 843-437-7901
DATE: 9-2-2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 01 | District to Serve<br>No. 01 | Signature of Authorized USMS Deputy or Clerk | Date<br>9/12/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Lisa Culler

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date<br>9-19-22 | Time<br>11:35 | ☒ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee<br>(1)w<br>$65.00 | Total Mileage Charges<br>including endeavors)<br>21 x .625 =<br>$13.12 | Forwarding Fee<br>∅ | Total Charges<br>$78.12 | Advance Deposits<br>∅ | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$78.12<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: FWD TO COLA-OPS DUSM Tolliver for p/s.

THIS PERSON IS AUTHORIZED TO ACCEPT PROCESS ON BEHALF OF PERSON BEING SERVED!

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

2022 OCT -7 PM 12:26 RECEIVED USDC CLERK, CHARLESTON SC