# EXHIBITS E

RECEIVED USDC
CLERK CHARLESTON, SC

2022 NOV -2  AM 8: 43





## PRIVACY & SECURITY PROTECTED
We are committed to protecting your information.



Dashboard > **Credit Report**

# CREDIT REPORT

Credit reports are key to helping you confidently protect and manage your identity. You can rest assured - reviewing your report does not negatively impact your standing or score.

Financial institutions, employers and insurers use credit reports to gain insight into your financial profile. Because they provide a record of your present and past credit use, credit reports may determine whether or not you will be offered credit, and on what terms. Inaccurate or fraudulent account information on credit reports can result in denial of credit, higher loan and insurance rates and even rejection for employment. The Federal Trade Commission (FTC) has prepared A Summary of Your Rights Under the Fair Credit Reporting Act, you may also find additional information on their website www.FTC.gov/credit.

Understanding your credit score and the factors that impact it will prepare you to make the best possible decisions for your financial future. Want help reading your report? We've prepared a quick educational guide for you: How to Read, Use and Act on Your Credit Report. If you find inaccurate information on your report, you may contact one of our Credit Specialists to help dispute this information directly with the credit reporting agencies.

See Less

PURCHASE REPORT

Report History: | 04/22/2022 - 3B ▾ |          🖨 **Print this page**          ⬇ **Download this report**

## Three Bureau Credit Report

**Reference #**  M37432448                                    **Report Date:**    04/22/2022

Quick Links: **Credit Score** / **Summary** / **Account History** / **Inquiries** / **Creditor Contacts**

### Personal Information

ℹ Below is your personal information as it appears in your credit file. This information includes your legal name, current and previous addresses, employment information and other details.

4/22/22, 11:23 PM                     Credit Report - IdentityIQ                     **EXHIBIT E**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Credit Report Date: | 04/22/2022 | 04/22/2022 | 04/22/2022 |
| Name: | NELSON L BRUCE | NELSON L BRUCE | NELSON BRUCE |
| Also Known As: | BRUCE,NELSON,LEON | - | - |
| Former: | - | - | - |
| Date of Birth: | 9/28/1982 | 1982 | 9/28/1982 |
| Current Address(es): | 3345 PO BOX 3345 SUMMERVILLE, SC 29484 | 144 PAVILION ST SUMMERVILLE, SC 29483-8444 09/2021 | 144 PAVILION ST SUMMERVILLE, SC 29483 |
| Previous Address(es): | 4501 9G HARBOUR LAKE DR GOOSE CREEK, SC 29445 4118 GENESEE AV SAN DIEGO, CA 92111 | 4501 HARBOUR LAKE DR APT G-9 GOOSE CREEK, SC 29445-5927 01/2008 PO BOX 3345 SUMMERVILLE, SC 29484-3345 06/2021 | PO BOX 3345 SUMMERVILLE, SC 29484 1605 CENTRAL AVE STE 6 SUMMERVILLE, SC 29483 |



## Credit Score                                                                ⬆ Back to Top

ⓘ Your Credit Score is a representation of your overall credit health. Most lenders utilize some form of credit scoring to help determine your credit worthiness.

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Credit Score: | | | |
| Lender Rank: | | | |
| Score Scale: | | | |

### Risk Factors

**TransUnion**
There is a bankruptcy on your credit report [+]
Lack of sufficient credit history [+]
You have too many delinquent or derogatory accounts [+]
The date that you opened your oldest account is too recent [+]

**Experian:**
Total of all balances on bankcard or revolving accounts is too high
Lack of sufficient relevant real estate account information
The total of your delinquent or derogatory account balances is too high
The date that you opened your oldest account is too recent

**Equifax:**

The score(s) on your IdentityIQ credit report (using the VantageScore® 3.0 model) are provided as a tool to help you understand how lenders may view the data contained in your credit reports and evaluate your credit risk. We provide these scores solely for educational purposes. IdentityIQ does not offer credit; delivery of these scores does not qualify you for any loan. The scoring model your lender uses may be different than the VantageScore® 3.0. As a result, the score and score factors we have delivered may show differences when compared to the score and score factors produced by your lender's scoring model. Please also understand that lenders use multiple sources of information when underwriting a loan and making lending decisions. Credit scores are just one factor that may be used and each lender will have different criteria they consider.

IdentityIQ provides informational materials along with your credit report(s) and score(s) these materials are educational in nature and intended to broaden your understanding of how credit scoring works. They should not be construed as advice in handling your

Credit Report - IdentityIQ
**EXHIBIT E**



4/22/22, 11:23 PM                              Credit Report - IdentityIQ                          **EXHIBIT E**

| | | |
|---|---|---|
| Account #: | 30382** | 30382** |
| Account Type: | Credit Line | Credit Line |
| Account Type - Detail: | Check credit/Line of credit | Line of credit |
| Bureau Code: | Individual | Individual |
| Account Status: | Closed | Derogatory |
| Monthly Payment: | $0.00 | $0.00 |
| Date Opened: | 03/01/2016 | 03/01/2016 |
| Balance: | $0.00 | $4,427.00 |
| No. of Months (terms): | 0 | 0 |
| High Credit: | $4,432.00 | $4,818.00 |
| Credit Limit: | $5,000.00 | $0.00 |
| Past Due: | $0.00 | $0.00 |
| Payment Status: | Current | Collection/Chargeoff |
| Last Reported: | 06/13/2017 | 03/01/2022 |
| Comments: | Credit line closed – consumer request – reported by subscriber. | Charged off account Line of credit |
| Date Last Active: | 06/01/2017 | 02/01/2017 |
| Date of Last Payment: | 06/13/2017 | 02/01/2017 |

Two-Year payment history                                                              ≣ Legend

| Month | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 22 | 22 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

**PENTAGON FEDERAL CR UN**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | | 30368** | 30368** |
| Account Type: | | Installment | Installment |
| Account Type - Detail: | | Auto Loan | Auto Loan |
| Bureau Code: | | Individual | Individual |
| Account Status: | | Paid | Derogatory |
| Monthly Payment: | | $0.00 | $0.00 |
| Date Opened: | | 04/01/2016 | 04/01/2016 |
| Balance: | | $0.00 | $31,794.00 |
| No. of Months (terms): | | 60 | 60 |
| High Credit: | | $33,478.00 | $32,658.00 |
| Credit Limit: | | $0.00 | $0.00 |
| Past Due: | | $0.00 | $0.00 |
| Payment Status: | | Current | Collection/Chargeoff |
| Last Reported: | | 06/13/2017 | 03/01/2022 |
| Comments: | | | Charged off account Auto |
| Date Last Active: | | 06/01/2017 | 10/01/2016 |
| Date of Last Payment: | | 06/13/2017 | 10/01/2016 |

Two-Year payment history                                                              ≣ Legend

| Month | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 22 | 22 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |

4/22/22, 11:23 PM                    Credit Report - IdentityIQ ·                                    **EXHIBIT E**

| | Apr | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

## PENTAGON FEDERAL CR UN

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | | 43067916**** | 43067916**** |
| Account Type: | | Revolving | Revolving |
| Account Type - Detail: | | Credit Card | Credit Card |
| Bureau Code: | | Individual | Individual |
| Account Status: | | Derogatory · | Derogatory |
| Monthly Payment: | | $0.00 | $0.00 |
| Date Opened: | | 02/01/2016 | 02/01/2016 |
| Balance: | | $13,777.00 | $13,777.00 |
| No. of Months (terms): | | 0 | 0 |
| High Credit: | | $0.00 | $13,777.00 |
| Credit Limit: | | $20,000.00 | $0.00 |
| Past Due: | | $13,777.00 | $13,777.00 |
| Payment Status: | | Collection/Chargeoff | Collection/Chargeoff |
| Last Reported: | | 04/08/2022 | 04/01/2022 |
| Comments: | | Unpaid balance reported as a loss by the credit grantor. | Charged off account Credit card |
| Date Last Active: | | 07/01/2019 | 01/01/2017 |
| Date of Last Payment: | | 12/06/2016 | 01/01/2017 |

**Two-Year payment history**                                                                    ☰ Legend

| Month | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 22 | 22 | 22 | 22 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| Equifax | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## CARRINGTON MORTGAGE SE

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | | 700012**** | |
| Account Type: | | Mortgage | |
| Account Type - Detail: | | FHA real estate mortgage | |
| Bureau Code: | | Individual | |
| Account Status: | | Derogatory · | |
| Monthly Payment: | | $1,057.00 | |
| Date Opened: | | 03/01/2009 | |
| Balance: | | $244,528.00 | |
| No. of Months (terms): | | 0 | |
| High Credit: | | $161,385.00 | |
| Credit Limit: | | $0.00 | |
| Past Due: | | $98,446.00 | |
| Payment Status: | | Foreclosure | |
| Last Reported: | | 09/30/2021 | |
| Comments: | | Customer disputed account - reported by subscriber. | |



4/22/22, 11:23 PM

Credit Report - IdentityIQ

**EXHIBIT E**

Foreclosure proceeding started.

| | | |
|---|---|---|
| Date Last Active: | | 09/01/2021 |
| Date of Last Payment: | | 07/01/2015 |

Two-Year payment history

Legend

| Month | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | RF | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

TransUnion    Experian    Equifax

Legend

Equifax

TransUnion    Experian    Equifax

4/22/22, 11:23 PM                    Credit Report - IdentityIQ                    **EXHIBIT E**



| | TransUnion | Experian | Equifax |
|---|---|---|---|
| **REVFCU** | | | |
| Account #: | 1000000233140**** | 1000000233140**** | |
| Account Type: | Open Account | Open Account | |
| Account Type - Detail: | Deposit related | Unknown - credit extension, review, or collection | |
| Bureau Code: | Individual | Individual | |
| Account Status: | Derogatory | Derogatory | |
| Monthly Payment: | $0.00 | $0.00 | |
| Date Opened: | 06/07/2016 | 06/01/2016 | |
| Balance: | $471.00 | $471.00 | |
| No. of Months (terms): | 0 | 1 | |
| High Credit: | $571.00 | $571.00 | |
| Credit Limit: | $0.00 | $0.00 | |
| Past Due: | $471.00 | $471.00 | |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | |
| Last Reported: | 04/01/2022 | 02/01/2022 | |
| Comments: | Charged off as bad debt Profit and loss write-off | Unpaid balance reported as a loss by credit grantor. | |
| Date Last Active: | 08/01/2019 | 08/01/2019 | |
| Date of Last Payment: | - | - | |

Two-Year payment history                                                          ☰ Legend

| Month | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 22 | 22 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

4/22/22, 11:23 PM                          Credit Report - IdentityIQ                          **EXHIBIT E**

## Inquiries                                                           Back to Top

ℹ️ Below are the names of people and/or organizations who have obtained a copy of your Credit Report. Inquiries such as these can remain on your credit file for up to two years.

| Creditor Name | Type of Business | Date of inquiry | Credit Bureau |
|---|---|---|---|
| P S E C U | Credit Unions | 04/05/2022 | Experian |
| SECU | | 12/10/2021 | Equifax |
| ALLIANT CRED | Credit Union | 12/10/2021 | TransUnion |
| TOWER FEDERA | Credit Union | 12/08/2021 | TransUnion |
| NAVY FCU | Credit Union | 11/21/2021 | TransUnion |
| NAVY FCU | Credit Union | 12/08/2020 | TransUnion |
| CAPITAL ONE | Bank | 11/16/2020 | TransUnion |

## Public Information                                                 Back to Top

ℹ️ Below is an overview of your public records and can include details of bankruptcy filings, court records, tax liens and other monetary judgments. Public records typically remain on your Credit Report for 7 – 10 years.

### Bankruptcy

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Type: | Chapter 13 Bankruptcy | | |
| Status: | Dismissed | | |
| Date Filed/Reported: | 06/13/2017 | | |
| Reference#: | 1702941 | | |
| Closing Date: | 07/07/2017 | | |
| Asset Amount: | $0.00 | | |
| Court: | U.S. Bankruptcy Court | | |
| Liability: | $0.00 | | |
| Exempt Amount: | $0.00 | | |
| ⟶ Remarks: | - | | |

## Creditor Contacts                                                 Back to Top

ℹ️ The names of people and/or organizations who have obtained a copy of your credit report are listed below.

| Creditor Name | Address | Phone Number |
|---|---|---|
| CAPITAL ONE | 15000 CAPITAL ONE<br>RICHMOND, VA 23238 | (800) 955-7070 |
| NAVY FCU | 820 FOLLIN LANE<br>VIENNA, VA 22180 | (803) 255-8062 |
| TOWER FEDERAL CU | 7901 SANDY SPRING<br>LAUREL, MD 20707 | (800) 787-8328 |

**EXHIBIT E**

 LexisNexis®

LexisNexis® Consumer Center

Consumer Number: 11121161

Case Number: 30099921

June 30, 2022

NELSON BRUCE
PO BOX 3345
SUMMERVILLE, SC 29484

Dear NELSON BRUCE,

 RE: Results of Reseller Dispute

*Please be advised that you may receive multiple communications if you disputed multiple items in your LexisNexis file.*

You recently contacted LexisNexis® Risk Solutions (LexisNexis) regarding information associated to your file. In accordance the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), LexisNexis filed your dispute regarding the following data with the listed entity.

 Dispute Date: 06/02/2022
 Dispute Filed With: Experian

As of the date of this letter LexisNexis has removed the disputed information from your file. Should you wish to reach out to the entity, we are providing the following contact information:

 Experian
 P.O. Box 4500
 Allen, TX 75013
 866-200-6020
 www.experian.com

Please visit us at **https://consumer.risk.lexisnexis.com** to learn more about the personal information LexisNexis Risk Solutions maintains about you in accordance with the Fair Credit Reporting Act.

LexisNexis Consumer Center
Attention: Reseller
P.O. Box 105289
Atlanta, GA 30348-5289

Consumers with disabilities or who need other special assistance can email us:
**Accessibility@lexisnexisrisk.com**

**Further Information**

If you have any further questions, you may contact the LexisNexis Risk Solutions Consumer Center via email at Consumer.Documents@LexisNexis.com or by phone at 866-323-0932. The LexisNexis Risk Solutions Consumer Center hours of operation are Monday – Friday from 8:00 A.M. to 7:00 P.M. Eastern Time. In an effort to protect your privacy and

EXHIBIT E

deliver prompt service, please have your Case Number (located at the top of this letter) accessible when you call our support number.





**EXHIBIT E**

 LexisNexis®

LexisNexis® Consumer Center

Consumer Number: 16029711

Case Number: 39124481

September 08, 2022

NELSON BRUCE
PO BOX 3345
SUMMERVILLE, SC 29484



Dear NELSON BRUCE,

RE: Results of Reseller Dispute

*Please be advised that you may receive multiple communications if you disputed multiple items in your LexisNexis file.*

You recently contacted LexisNexis® Risk Solutions (LexisNexis) regarding information associated to your file. In accordance the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), LexisNexis filed your dispute regarding the following data with the listed entity.

Dispute Date: 08/15/2022
Dispute Filed With: Experian

As of the date of this letter LexisNexis has removed the disputed information from your file. Should you wish to reach out to the entity, we are providing the following contact information:

Experian
P.O. Box 4500
Allen, TX 75013
866-200-6020
www.experian.com

Please visit us at **https://consumer.risk.lexisnexis.com** to learn more about the personal information LexisNexis Risk Solutions maintains about you in accordance with the Fair Credit Reporting Act.

LexisNexis Consumer Center
Attention: Reseller
P.O. Box 105289
Atlanta, GA 30348-5289

Consumers with disabilities or who need other special assistance can email us:
**Accessibility@lexisnexisrisk.com**



**Further Information**
If you have any further questions, you may contact the LexisNexis Risk Solutions Consumer Center via email at Consumer.Documents@LexisNexis.com or by phone at 866-323-0932. The LexisNexis Risk Solutions Consumer Center hours of operation are Monday – Friday from 8:00 A.M. to 7:00 P.M. Eastern Time. In an effort to protect your privacy and

D00000 03 07 000297 008024 P

**EXHIBIT E**

deliver prompt service, please have your Case Number (located at the top of this letter) accessible when you call our support number.

CC551-02-22

**EXHIBIT E**



LexisNexis® Consumer Center

Consumer Number: 6378461

Case Number: 15929681

January 11, 2022

NELSON BRUCE
PO BOX 3345
SUMMERVILLE, SC 29484

Dear NELSON BRUCE,

Thank you for contacting LexisNexis Risk Solutions regarding information contained in your consumer file. LexisNexis Risk Solutions is a leading provider of reliable, risk management information. We are providing this information to you, pursuant to Section § 609 of the Fair Credit Reporting Act (15 U.S.C. § 1681g).

LexisNexis Risk Solutions provides consumer reports to customers who have a permissible purpose to access your information. Our customers include companies in various industries, such as financial services, insurance, government and healthcare.

Included with this letter, may be some, or all, of the following:

1. Consumer statements that you requested be placed on your file;
2. Alerts or flags indicating the existence of a security freeze, identity theft alert or security fraud alert that you requested;
3. Data that is currently under dispute by you, with an indicator of the dispute;
4. Information pertaining to the source of the data contained on the report;
5. Identification of the entities whom have requested your information in the prior 12 months (or longer if requested for an employment eligibility purpose);
6. Copies of actual reports ordered by and provided to companies with a permissible purpose to access your information, if any exist in our system;
7. "How to Read" documentation, explaining information that may be contained In your file; and
8. Applicable Federal and State Summary of Rights.

In order to access your LexisNexis Consumer Disclosure Report, please use this one-time URL, which will expire in 30 days.

https://consumer.risk.lexisnexis.com/files/354H2WM

You will be asked to enter the following PIN, once you access the URL –

If prompted to enter password after entering the PIN, please re-enter the PIN. Please review your file carefully and notify us of any concerns or disputes you may have with the information at the address or tollfree number below. To expedite your request, be prepared to provide us with proper identification and any information that will help us resolve your concerns.

While LexisNexis delivers information to various industries, we are not involved in decisions made by our customers based on the information we provide and are not provided the reasons regarding those decisions.

Please be aware that an affiliate of LexisNexis Risk Solutions Inc. provides debt collectors with "contact and locate"

information about consumers. That information is not a "consumer report" under the FCRA and is not enclosed in this mailing. For more information about this "contact and locate" information, or to request a copy of such report about you, please visit http://www.lexisnexis.com/privacy/forconsumers/requestpersonalinformation.aspx or call 866-868-9534.

If you have any further questions, you may contact the LexisNexis Consumer Center via email at consumer.documents@LexisNexis.com or by phone at 888-497-0011. The LexisNexis Consumer Center's hours of operation are Monday – Friday from 8:00 A.M. to 7:00 P.M. Eastern Time. In an effort to protect your privacy and deliver prompt service, please have your case number (located at the top of this letter) accessible when you call our support number.

LexisNexis Consumer Center
P.O. Box 105108
Atlanta, GA 30348-5108

EXHIBIT E

1/11/2022



## SECTION 13:
# Inquiry Records

The following inquiries are not reported to any third party or used in credit scoring. The purpose of each inquiry is noted below under Inquiry Permissible Purpose.

| Date of Inquiry (Year/Mo/Day) | Inquiry Permissible Purpose | Inquiring Company and Contact Details |
|---|---|---|
| 20211001 | Insurance Renewals | State Farm Mut 1 State Farm Plaza Bloomington IL 61701 |
| 20210921 | Insurance Renewals | State Farm Mut 1 State Farm Plaza Bloomington IL 61701 |
| 20210803 | Written Consent - Prequalification | Capital One 77 W Wacker Drive 9th Floor Chicago IL 60601 312-739-4856 |
| 20210523 | Written Consent - Prequalification | Capital One 77 W Wacker Drive 9th Floor Chicago IL 60601 312-739-4856 |
| 20210523 | Written Consent - Prequalification | AMERICAN EXPRESS 1801 NW 66th Ave Ste 103 Plantation FL 33313 9543895585 |
| 20210509 | Written Consent - Prequalification | Capital One 77 W Wacker Drive 9th Floor Chicago IL 60601 312-739-4856 |
| 20210505 | Written Consent - Prequalification | Capital One 77 W Wacker Drive 9th Floor Chicago IL 60601 312-739-4856 |

The following inquiries are shared with companies that view your Consumer file, may be used in credit scoring and may impact a credit rating. The purpose of each inquiry is noted below under Inquiry Permissible Purpose and may include applying for credit or financing, debt collection activities, or tenant screening.

| Date of Inquiry (Year/Mo/Day) | Inquiry Permissible Purpose | Inquiring Company and Contact Details |
|---|---|---|
| 20211205 | Demand Deposit | STATE EMPLOYEES CU OF MARYLAND, INC 971 CORPORATE BLVD #110, LINTHICUM, MD |
| 20211128 | Demand Deposit | ALLIANT CREDIT UNION PO BOX 66945, CHICAGO, IL |
| 20211124 | Credit Application | FUNDATION GROUP LLC 9 E 37TH ST FL 2 2ND FLOOR NEW YORK NY 10016-2809 |

EXHIBIT E

1/11/2022

| | | |
|---|---|---|
| | | 6467067319 |
| 20210831 | Credit Application | Upgrade, Inc. 275 BATTERY ST FL 23RD 23RD FLOOR SAN FRANCISCO CA 94111-3305 9253664219 |
| 20210804 | Credit Application | Capital One 77 W Wacker Drive 9th Floor Chicago IL 60601 312-739-4856 |
| 20210427 | Credit Application | Upgrade, Inc. 275 BATTERY ST FL 23RD 23RD FLOOR SAN FRANCISCO CA 94111-3305 9253664219 |
| 20210329 | Collections | NATIONAL LOAN EXCHANGE INC 10 SUNSET HILLS PROFESSIONAL CTR EDWARDSVILLE IL 62025-3785 6186929500 |

## Military Lending Act Covered Borrower Status

This status indicates whether you are considered an active military service member, spouse of a service member, or a dependent of a service member as maintained by the Department of Defense. LexisNexis is an authorized reseller of this data provided by Equifax Information Services LLC and does not retain a copy of that information in your file. In order to see what information Equifax has on you, please contact them directly at 800-203-7843; PO Box 105873 Atlanta GA 30374; www.equifax.com.

EXHIBIT E

LexisNexis - NATIONAL CREDIT FILE REPORT

```
-------------------------------SEARCH INFORMATION----------------------------
     NAME: BRUCE,  NELSON L                         SSN: XXX-XX-7185
     SPOUSE:                                         SSN:
     ADDRESS: 144 PAVILION ST, SUMMERVILLE SC 29483-8444    ORDER TYPE: INDIV
     FMR ADD:

     ------------------------------SUBJECT IDENTIFICATION-------------------------
     NAME: BRUCE,  NELSON L                          SSN: XXX-XX-0000
     A/K/A: NELSON,  BRUCE
     DOB/AGE: 000  SEX:    MARITAL:     DEPENDENTS: 00
     ADDRESS: 144 PAVILION ST, SUMMERVILLE SC 29483-8444        RPDT: 09/00/2021
              SINCE: 04/00/2009 STATUS: R
     FMR ADD:  PO BOX 3345, SUMMERVILLE SC 29484-3345            RPDT: 06/00/2021
     ------------------------------------SUMMARY---------------------------------
     BANKRUPTCIES: NO                     FILE ESTABLISHED: 00/00/0000
     PUBLIC RECORDS: NO          OLDEST OPENING DATE OF TRADE: 02/2008
     COLLECTION ITEMS: NO        LATEST REPORTING DATE OF TRADE: 09/2021
     HIGH CREDIT RANGE: 300-161385         LATEST FILE ACTIVITY: 09/00/2021
     TOTAL TRADE LINES: 018
     ACCT STATUS: CURRENT HIST DELNQ DESCRIPTION
                  ------- ---------- -----------
          0:       00                Accounts too new to rate
          1:       13                Pays account as agreed
          2:       00        01      Pays/paid 30-60 days or max 2 paymts past due
          3:       00        01      Pays/paid 60-90 days or max 3 paymts past due
          4:       00        00      Pays/paid 90-120 days or max 4 paymts past due
          5:       01        02      Pays/paid 120+ days or max 4+ paymts past due
          7:       00        00      Making regular payments under W.E.P.
          8:       00        03      Repossession
          9:       03        07      Bad debt
          :        01                Status not known
```

EXHIBIT E

```
FORMER: POSITION:                                    DATE LEFT:
        FIRM/LOC:
-------------------------TRADE ACCOUNT ACTIVITY-------------------------------
Date   Current        High    Now     Past    Terms Mos.Date    Acct            Firm
Rpdt   Status         Credit  Owes    Due     /Pymt Rev Opened  Type            Name & No
-----  ------------   ------- ------- ------- ----- --- ------  ---------------  ----------


 09/2021R9/ Bad Debt 0020000 0013777 013777  REV   67  02/2016Individual        PENTAGON FED
 ERAL CR UN
        LAST ACTIV.: 09/2021      ACCT. NO.:                    *120NU0209
 TIMES LATE - BY 30 DAYS: 01    BY 60 DAYS: 01    BY 90 DAYS: 02
 PREV DELNQ.: 07/20219/ Bad Debt      06/20219/ Bad Debt    08/20219/ Bad Debt
 UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR/CHARGE OFF
 CREDIT CARD, TERMS REV


 06/2017R1/On Time   0005000 0000000 000000  REV   17  03/2016Individual        PENTAGON FED
 ERAL CR UN
        LAST ACTIV.: 06/2017      ACCT. NO.:                    *171FC0180
 CREDIT LINE CLOSED
 CLOSED ACCNT
```

**EXHIBIT E**



09/2021I9/ Bad Debt 0000571 0000471 000471  1    26  06/2016Individual      HERITAGE TRU
ST/REV FCU
      LAST ACTIV.: 09/2021    ACCT. NO.:                    *171FC0209
PREV DELNQ.:  07/20219/ Bad Debt      06/20219/ Bad Debt      08/20219/ Bad Debt
UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR/CHARGE OFF
DEPOSIT RELATED

06/2017I1/On Time    0033478 0000000 000000  60    16  04/2016Individual      PENTAGON FED
ERAL CR UN
      LAST ACTIV.: 06/2017    ACCT. NO.:                    *171FC0180
AUTO LOAN

EXHIBIT E

```
LexisNexis® Consumer Center
P.O. Box 105289
Atlanta, Georgia 30348-5289
1-866-323-0932 (Toll Free) Monday - Friday, 8:00 AM to 7 PM Eastern Time
```

EXHIBIT E

LexisNexis - NATIONAL CREDIT FILE REPORT



```
-----------------------------SEARCH INFORMATION---------------------------
   NAME: BRUCE,  NELSON L                              SSN: XXX-XX-7185
   SPOUSE:                                             SSN:
   ADDRESS: 144 PAVILION ST, SUMMERVILLE SC 29483-8444  ORDER TYPE: INDIV
   FMR ADD:

   ---------------------------SUBJECT IDENTIFICATION-------------------------
   NAME: BRUCE,  NELSON L                              SSN: XXX-XX-0000
   A/K/A: NELSON,  BRUCE
   DOB/AGE: 000   SEX:    MARITAL:    DEPENDENTS: 00
   ADDRESS: 144 PAVILION ST, SUMMERVILLE SC 29483-8444      RPDT: 09/00/2021
          SINCE: 04/00/2009 STATUS: R
   FMR ADD: PO BOX 3345, SUMMERVILLE SC 29484-3345         RPDT: 06/00/2021
   -----------------------------------SUMMARY-------------------------------
   BANKRUPTCIES: NO                 FILE ESTABLISHED: 00/00/0000
   PUBLIC RECORDS: NO        OLDEST OPENING DATE OF TRADE: 02/2008
   COLLECTION ITEMS: NO      LATEST REPORTING DATE OF TRADE: 09/2021
HIGH CREDIT RANGE: 300-161385         LATEST FILE ACTIVITY: 09/00/2021
   TOTAL TRADE LINES: 018
   ACCT STATUS: CURRENT HIST DELNQ DESCRIPTION
                ------- ---------- -----------
          0:     00                Accounts too new to rate
          1:     13                Pays account as agreed
          2:     00        01      Pays/paid 30-60 days or max 2 paymts past due
          3:     00        01      Pays/paid 60-90 days or max 3 paymts past due
          4:     00        00      Pays/paid 90-120 days or max 4 paymts past due
          5:     01        02      Pays/paid 120+ days or max 4+ paymts past due
          7:     00        00      Making regular payments under W.E.P.
          8:     00        03      Repossession
          9:     03        07      Bad debt
          :      01                Status not known
```

EXHIBIT E

```
              FIRM/LOC:
------------------------TRADE ACCOUNT ACTIVITY------------------------------------
Date   Current        High    Now    Past    Terms Mos.Date   Acct             Firm
Rpdt   Status         Credit  Owes   Due     /Pymt Rev Opened Type             Name & No
-----  -------------  ------- ------ ------- ----- --- ------ ---------------- ---------

  09/2021R9/ Bad Debt 0020000 0013777 013777 REV   67  02/2016Individual       PENTAGON FED
ERAL CR UN
      LAST ACTIV.: 09/2021      ACCT. NO.:                    *120NU0209
  TIMES LATE - BY 30 DAYS: 01    BY 60 DAYS: 01    BY 90 DAYS: 02
  PREV DELNQ.:  07/20219/ Bad Debt      06/20219/ Bad Debt      08/20219/ Bad Debt
UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR/CHARGE OFF
CREDIT CARD, TERMS REV


  06/2017R1/On Time    0005000 0000000 000000 REV   17  03/2016Individual       PENTAGON FED
ERAL CR UN
      LAST ACTIV.: 06/2017      ACCT. NO.:                    *171FC0180
CREDIT LINE CLOSED
CLOSED ACCNT
```

**EXHIBIT E**

09/2021I9/ Bad Debt 0000571 0000471 000471  1    26  06/2016Individual      HERITAGE TRU
ST/REV FCU
        LAST ACTIV.: 09/2021    ACCT. NO.:                    *171FC0209
PREV DELNQ.: 07/20219/ Bad Debt      06/20219/ Bad Debt   · 08/20219/ Bad Debt
UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR/CHARGE OFF
DEPOSIT RELATED

06/2017I1/On Time  0033478 0000000 000000  60    16  04/2016Individual      PENTAGON FED
ERAL CR UN
        LAST ACTIV.: 06/2017    ACCT. NO.:                  *171FC0180
AUTO LOAN

-----------------Prepared by: NATIONAL CREDIT FILE SYSTEM----------------------
LexisNexis® Consumer Center

EXHIBIT E

P.O. Box 105289
Atlanta, Georgia 30348-5289
1-866-323-0932 (Toll Free) Monday - Friday, 8:00 AM to 7 PM Eastern Time



LexisNexis® Consumer Center

Consumer Number: 14459111

Case Number: 36720191

July 30, 2022

NELSON BRUCE
PO BOX 3345
SUMMERVILLE, SC 29484

Dear NELSON BRUCE,

Thank you for contacting LexisNexis Risk Solutions regarding information contained in your consumer file. LexisNexis Risk Solutions is a leading provider of reliable, risk management information. We are providing this information to you, pursuant to Section § 609 of the Fair Credit Reporting Act (15 U.S.C. § 1681g).

LexisNexis Risk Solutions provides consumer reports to customers who have a permissible purpose to access your information. Our customers include companies in various industries, such as financial services, insurance, government and healthcare.

Included with this letter, may be some, or all, of the following:

1. Consumer statements that you requested be placed on your file;
2. Alerts or flags indicating the existence of a security freeze, identity theft alert or security fraud alert that you requested;
3. Data that is currently under dispute by you, with an indicator of the dispute;
4. Information pertaining to the source of the data contained on the report;
5. Identification of the entities whom have requested your information in the prior 12 months (or longer if requested for an employment eligibility purpose);
6. Copies of actual reports ordered by and provided to companies with a permissible purpose to access your information, if any exist in our system;
7. "How to Read" documentation, explaining information that may be contained In your file; and
8. Applicable Federal and State Summary of Rights.

In order to access your LexisNexis Consumer Disclosure Report, please use this one-time URL, which will expire in 30 days.

https://consumer.risk.lexisnexis.com/files/13EJSK6

You will be asked to enter the following PIN, once you access the URL —

█████████

If prompted to enter password after entering the PIN, please re-enter the PIN. Please review your file carefully and notify us of any concerns or disputes you may have with the information at the address or tollfree number below. To expedite your request, be prepared to provide us with proper identification and any information that will help us resolve your concerns.

While LexisNexis delivers information to various industries, we are not involved in decisions made by our customers based on the information we provide and are not provided the reasons regarding those decisions.

Please be aware that an affiliate of LexisNexis Risk Solutions Inc. provides debt collectors with "contact and locate"

**EXHIBIT E**

information about consumers. That information is not a "consumer report" under the FCRA and is not enclosed in this mailing. For more information about this "contact and locate" information, or to request a copy of such report about you, please visit http://www.lexisnexis.com/privacy/forconsumers/requestpersonalinformation.aspx or call 866-868-9534.

If you have any further questions, you may contact the LexisNexis Consumer Center via email at consumer.documents@LexisNexis.com or by phone at 888-497-0011. The LexisNexis Consumer Center's hours of operation are Monday – Friday from 8:00 A.M. to 7:00 P.M. Eastern Time. In an effort to protect your privacy and deliver prompt service, please have your case number (located at the top of this letter) accessible when you call our support number.

LexisNexis Consumer Center
P.O. Box 105108
Atlanta, GA 30348-5108

7/30/2022

**SECTION 11:**



**SECTION 12:**

7/30/2022

**SECTION 13:**

# Inquiry Records

The following inquiries are not reported to any third party or used in credit scoring. The purpose of each inquiry is noted below under Inquiry Permissible Purpose.

| Date of Inquiry (Year/Mo/Day) | Inquiry Permissible Purpose | Inquiring Company and Contact Details |
|---|---|---|
| 20220723 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220723 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220723 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220723 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220722 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220722 | Written Consent - | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |

7/30/2022

| | | |
|---|---|---|
| | Prequalification | |
| 20220720 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220720 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220718 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220718 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220705 | Insurance Underwriting | Liberty Mut Ins Co-ADPF 10 SAINT JAMES AVE BOSTON MA 02116-3813 |
| 20220705 | Insurance Underwriting | Liberty Mut Ins Co-ADPF 10 SAINT JAMES AVE BOSTON MA 02116-3813 |
| 20220622 | Insurance Underwriting | NATIONAL GENERAL HOLDINGS CORP 5630 UNIVERSITY PKWY WINSTON SALEM NC 27105-1312 |
| 20220616 | Insurance Underwriting | PGR SAQ CC 6085 PARKLAND BLVD CLEVELAND OH 44124-4184 |
| 20220616 | Insurance Underwriting | PGR POS 6085 PARKLAND BLVD CLEVELAND OH 44124-4184 |
| 20220616 | Insurance Underwriting | PGR POS 6085 PARKLAND BLVD CLEVELAND OH 44124-4184 |
| 20220604 | Insurance Underwriting | Geico 4295 Ocumulgee Blvd Macon GA 31216 |
| 20220530 | Insurance Underwriting | State Farm Mutual 1 State Farm Plaza BLOOMINGTON IL 61701 |
| 20220530 | Insurance Underwriting | State Farm Mutual 1 State Farm Plaza BLOOMINGTON IL 61701 |
| 20220530 | Insurance Underwriting | State Farm Mutual 1 State Farm Plaza BLOOMINGTON IL 61701 |
| 20220530 | Insurance Underwriting | State Farm Mutual 1 State Farm Plaza BLOOMINGTON IL 61701 |
| 20211001 | Insurance Renewals | State Farm Mut 1 State Farm Plaza Bloomington IL 61701 |
| 20210921 | Insurance Renewals | State Farm Mut 1 State Farm Plaza Bloomington IL 61945 |
| 20210803 | Written Consent - Prequalification | Capital One 77 W Wacker Drive 9th Floor Chicago IL 60601 312-739-4856 |

The following inquiries are shared with companies that view your Consumer file, may be used in credit scoring and may impact a credit rating. The purpose of each inquiry is noted below under Inquiry Permissible Purpose and may include applying for credit or financing, debt collection activities, or tenant screening.

| Date of Inquiry (Year/Mo/Day) | Inquiry Permissible Purpose | Inquiring Company and Contact Details |
|---|---|---|
| 20220406 | Demand Deposit | PENNSYLVANIA STATE EMPLOYEES CU 1500 ELMERTON AVE, HARRISBURG, PA |
| 20211205 | Demand Deposit | STATE EMPLOYEES CU OF MARYLAND, INC 971 CORPORATE BLVD #110, LINTHICUM, MD |
| 20211128 | Demand Deposit | ALLIANT CREDIT UNION PO BOX 66945, CHICAGO, IL |
| 20211124 | Credit Application | FUNDATION GROUP LLC 9 E 37TH ST FL 2 2ND FLOOR NEW YORK NY 10016-2809 6467067319 |
| 20210831 | Credit Application | Upgrade, Inc. 275 BATTERY ST FL 23RD 23RD FLOOR SAN FRANCISCO CA 94111-3305 9253664219 |
| 20210804 | Credit Application | Capital One 77 W Wacker Drive 9th Floor Chicago IL 60601 312-739-4856 |

**EXHIBIT E**

LexisNexis - NATIONAL CREDIT FILE REPORT



```
------------------------------SEARCH INFORMATION----------------------------
    NAME: BRUCE,  NELSON L                          SSN: XXX-XX-7185
    SPOUSE:                                          SSN:
    ADDRESS: 144 PAVILION ST, SUMMERVILLE SC 29483-0000   ORDER TYPE: INDIV
    FMR ADD:

    ---------------------------SUBJECT IDENTIFICATION---------------------------
    NAME: BRUCE,  NELSON L                          SSN: XXX-XX-7185
    A/K/A: NELSON,  BRUCE
    DOB/AGE: 000   SEX:    MARITAL:    DEPENDENTS: 00
    ADDRESS:  PO BOX 3345, SUMMERVILLE SC 29484-3345          RPDT: 05/00/2022
          SINCE: 05/00/2021 STATUS: R
    FMR ADD: 144 PAVILION ST, SUMMERVILLE SC 29483-8444      RPDT: 09/00/2021
    --------------------------------SUMMARY--------------------------------
    BANKRUPTCIES: NO                    FILE ESTABLISHED: 00/00/0000
    PUBLIC RECORDS: NO          OLDEST OPENING DATE OF TRADE: 02/2008
    COLLECTION ITEMS: NO        LATEST REPORTING DATE OF TRADE: 05/2022
    HIGH CREDIT RANGE: 300-33478      LATEST FILE ACTIVITY: 05/00/2022
        TOTAL TRADE LINES: 017
    ACCT STATUS: CURRENT HIST DELNQ DESCRIPTION
                 ------- ---------- -----------
          0:      00                Accounts too new to rate
          1:      15                Pays account as agreed
          2:      00        00      Pays/paid 30-60 days or max 2 paymts past due
          3:      00        00      Pays/paid 60-90 days or max 3 paymts past due
          4:      00        00      Pays/paid 90-120 days or max 4 paymts past due
          5:      00        00      Pays/paid 120+ days or max 4+ paymts past due
          7:      00        00      Making regular payments under W.E.P.
          8:      00        00      Repossession
          9:      02        06      Bad debt
          :       00                Status not known
```

EXHIBIT E

```
        FIRM/LOC:
------------------------------TRADE ACCOUNT ACTIVITY----------------------------------
Date   Current        High    Now     Past    Terms  Mos.Date    Acct             Firm
Rpdt   Status         Credit  Owes    Due     /Pymt  Rev Opened  Type             Name & No
-----  ------------   ------- ------- ------- -----  --- ------  ----------------  ---------

  05/2022R9/ Bad Debt 0020000 0013777 013777  REV    75  02/2016Individual        PENTAGON FED
  ERAL CR UN
         LAST ACTIV.: 05/2022     ACCT. NO.:                     *120NU0209
  TIMES LATE - BY 30 DAYS: 01    BY 60 DAYS: 01    BY 90 DAYS: 02
  PREV DELNQ.: 03/20229/ Bad Debt    02/20229/ Bad Debt    04/20229/ Bad Debt
  UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR/CHARGE OFF
  CREDIT CARD, TERMS REV

  06/2017R1/On Time   0005000 0000000 000000  REV    17  03/2016Individual        PENTAGON FED
  ERAL CR UN
         LAST ACTIV.: 06/2017     ACCT. NO.:                     *171FC0180
  CREDIT LINE CLOSED
  CLOSED ACCNT
```

EXHIBIT E



→ 05/2022I9/ Bad Debt 0000571 0000471 000471 1    34  06/2016Individual    REV FCU
→        LAST ACTIV.: 05/2022    ACCT. NO.:              *171FC0209
→ PREV DELNQ.:  03/20229/ Bad Debt    02/20229/ Bad Debt    04/20229/ Bad Debt
→ UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR/CHARGE OFF
→ DEPOSIT RELATED

→ 06/2017I1/On Time  0033478 0000000 000000 60   16 04/2016Individual    PENTAGON FED
→ ERAL CR UN
→        LAST ACTIV.: 06/2017    ACCT. NO.:              *171FC0180
→ AUTO LOAN

------------------------------INQUIRY HISTORY------------------------------

       INQ. DATE              MEMBER NO.              FIRM
       04/05/2022             670FC0020              P S E C U


------------------Prepared by: NATIONAL CREDIT FILE SYSTEM----------------------
LexisNexis® Consumer Center
P.O. Box 105289
Atlanta, Georgia 30348-5289
1-866-323-0932 (Toll Free) Monday - Friday, 8:00 AM to 7 PM Eastern Time

**EXHIBIT E**

 **LexisNexis®**

LexisNexis® Consumer Center

Consumer Number: 19257721

Case Number: 44162191

September 15, 2022

NELSON BRUCE
PO BOX 3345
SUMMERVILLE, SC 29484

Dear NELSON BRUCE,

Thank you for contacting LexisNexis Risk Solutions regarding information contained in your consumer file. LexisNexis Risk Solutions is a leading provider of reliable, risk management information. We are providing this information to you, pursuant to Section § 609 of the Fair Credit Reporting Act (15 U.S.C. § 1681g).

LexisNexis Risk Solutions provides consumer reports to customers who have a permissible purpose to access your information. Our customers include companies in various industries, such as financial services, insurance, government and healthcare.

Included with this letter, may be some, or all, of the following:

1. Consumer statements that you requested be placed on your file;
2. Alerts or flags indicating the existence of a security freeze, identity theft alert or security fraud alert that you requested;
3. Data that is currently under dispute by you, with an indicator of the dispute;
4. Information pertaining to the source of the data contained on the report;
5. Identification of the entities whom have requested your information in the prior 12 months (or longer if requested for an employment eligibility purpose);
6. Copies of actual reports ordered by and provided to companies with a permissible purpose to access your information, if any exist in our system;
7. "How to Read" documentation, explaining information that may be contained In your file; and
8. Applicable Federal and State Summary of Rights.

In order to access your LexisNexis Consumer Disclosure Report, please use this one-time URL, which will expire in 30 days.

https://consumer.risk.lexisnexis.com/files/YYUC6TR

You will be asked to enter the following PIN, once you access the URL –

If prompted to enter password after entering the PIN, please re-enter the PIN. Please review your file carefully and notify us of any concerns or disputes you may have with the information at the address or tollfree number below. To expedite your request, be prepared to provide us with proper identification and any information that will help us resolve your concerns.

While LexisNexis delivers information to various industries, we are not involved in decisions made by our customers based on the information we provide and are not provided the reasons regarding those decisions.

Please be aware that an affiliate of LexisNexis Risk Solutions Inc. provides debt collectors with "contact and locate"

EXHIBIT E

information about consumers. That information is not a "consumer report" under the FCRA and is not enclosed in this mailing. For more information about this "contact and locate" information, or to request a copy of such report about you, please visit http://www.lexisnexis.com/privacy/forconsumers/requestpersonalinformation.aspx or call 866-868-9534.

If you have any further questions, you may contact the LexisNexis Consumer Center via email at consumer.documents@LexisNexis.com or by phone at 888-497-0011. The LexisNexis Consumer Center's hours of operation are Monday – Friday from 8:00 A.M. to 7:00 P.M. Eastern Time. In an effort to protect your privacy and deliver prompt service, please have your case number (located at the top of this letter) accessible when you call our support number.

LexisNexis Consumer Center
P.O. Box 105108
Atlanta, GA 30348-5108

EXHIBIT E

9/15/2022

████████████████████████████████████████████████████

# SECTION 13:
## Inquiry Records

The following inquiries are not reported to any third party or used in credit scoring. The purpose of each inquiry is noted below under Inquiry Permissible Purpose.

| Date of Inquiry (Year/Mo/Day) | Inquiry Permissible Purpose | Inquiring Company and Contact Details |
|---|---|---|
| 20220723 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220723 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220722 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220720 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220718 | Written Consent - Prequalification | Credit Karma, LLC 1100 Broadway Suite 1800 Oakland CA 07946 415-510-5238 |
| 20220705 | Insurance Underwriting | Liberty Mut Ins Co-ADPF 10 SAINT JAMES AVE BOSTON MA 02116-3813 |
| 20220705 | Insurance Underwriting | Liberty Mut Ins Co-ADPF 10 SAINT JAMES AVE BOSTON MA 02116-3813 |
| 20220622 | Insurance Underwriting | NATIONAL GENERAL HOLDINGS CORP 5630 UNIVERSITY PKWY WINSTON SALEM NC 27105-1312 |
| 20220616 | Insurance Underwriting | PGR SAQ CC 6085 PARKLAND BLVD CLEVELAND OH 44124-4184 |
| 20220616 | Insurance Underwriting | PGR POS 6085 PARKLAND BLVD CLEVELAND OH 44124-4184 |
| 20220616 | Insurance Underwriting | PGR POS 6085 PARKLAND BLVD CLEVELAND OH 44124-4184 |
| 20220604 | Insurance Underwriting | Geico 4295 Ocumulgee Blvd Macon GA 31216 |
| 20220530 | Insurance Underwriting | State Farm Mutual 1 State Farm Plaza BLOOMINGTON IL 61701 |
| 20220530 | Insurance Underwriting | State Farm Mutual 1 State Farm Plaza BLOOMINGTON IL 61701 |
| 20220530 | Insurance Underwriting | State Farm Mutual 1 State Farm Plaza BLOOMINGTON IL 61701 |
| 20220530 | Insurance Underwriting | State Farm Mutual 1 State Farm Plaza BLOOMINGTON IL 61701 |
| 20211001 | Insurance Renewals | State Farm Mut 1 State Farm Plaza Bloomington IL 61701 |
| 20210921 | Insurance Renewals | State Farm Mut 1 State Farm Plaza Bloomington IL 61701 |

The following inquiries are shared with companies that view your Consumer file, may be used in credit scoring and may impact a credit rating. The purpose of each inquiry is noted below under Inquiry Permissible Purpose and may include applying for credit or financing, debt collection activities, or tenant screening.

| Date of Inquiry (Year/Mo/Day) | Inquiry Permissible Purpose | Inquiring Company and Contact Details |
|---|---|---|
| 20220406 | Demand Deposit | PENNSYLVANIA STATE EMPLOYEES CU 1500 ELMERTON AVE, HARRISBURG, PA |
| 20211205 | Demand Deposit | STATE EMPLOYEES CU OF MARYLAND, INC 971 CORPORATE BLVD #110, |

**EXHIBIT E**

9/15/2022

| | | LINTHICUM, MD |
|---|---|---|
| 20211128 | Demand Deposit | ALLIANT CREDIT UNION PO BOX 66945, CHICAGO, IL |
| 20211124 | Credit Application | FUNDATION GROUP LLC 9 E 37TH ST FL 2 2ND FLOOR NEW YORK NY 10016-2809 6467067319 |

# Military Lending Act Covered Borrower Status

This status indicates whether you are considered an active military service member, spouse of a service member, or a dependent of a service member as maintained by the Department of Defense. LexisNexis is an authorized reseller of this data provided by Equifax Information Services LLC and does not retain a copy of that information in your file. In order to see what information Equifax has on you, please contact them directly at 800-203-7843; PO Box 105873 Atlanta GA 30374; www.equifax.com.

EXHIBIT E



LexisNexis - NATIONAL CREDIT FILE REPORT

```
-----------------------------SEARCH INFORMATION----------------------------
    NAME: BRUCE,  NELSON L                          SSN: XXX-XX-7185
    SPOUSE:                                          SSN:
    ADDRESS: 144 PAVILION ST, SUMMERVILLE SC 29483-0000    ORDER TYPE: INDIV
    FMR ADD:

    --------------------------SUBJECT IDENTIFICATION-------------------------
    NAME: BRUCE,  NELSON L                          SSN: XXX-XX-7185
    A/K/A: NELSON,  BRUCE
    DOB/AGE: 000   SEX:    MARITAL:     DEPENDENTS: 00
    ADDRESS:  PO BOX 3345, SUMMERVILLE SC 29484-3345       RPDT: 05/00/2022
             SINCE: 05/00/2021 STATUS: R
    FMR ADD: 144 PAVILION ST, SUMMERVILLE SC 29483-8444    RPDT: 09/00/2021
    -------------------------------SUMMARY----------------------------------
    BANKRUPTCIES: NO                  FILE ESTABLISHED: 00/00/0000
    PUBLIC RECORDS: NO          OLDEST OPENING DATE OF TRADE: 02/2008
    COLLECTION ITEMS: NO     LATEST REPORTING DATE OF TRADE: 05/2022
    HIGH CREDIT RANGE: 300-33478        LATEST FILE ACTIVITY: 05/00/2022
       TOTAL TRADE LINES: 017
       ACCT STATUS: CURRENT HIST DELNQ DESCRIPTION
                    ------- ---------- -----------
                0:    00              Accounts too new to rate
                1:    15              Pays account as agreed
                2:    00      00      Pays/paid 30-60 days or max 2 paymts past due
                3:    00      00      Pays/paid 60-90 days or max 3 paymts past due
                4:    00      00      Pays/paid 90-120 days or max 4 paymts past due
                5:    00      00      Pays/paid 120+ days or max 4+ paymts past due
                7:    00      00      Making regular payments under W.E.P.
                8:    00      00      Repossession
                9:    02      06      Bad debt
                :     00              Status not known
```

**EXHIBIT E**

```
        FIRM/LOC:
--------------------------TRADE ACCOUNT ACTIVITY----------------------------------
Date   Current        High    Now    Past    Terms Mos.Date    Acct             Firm
Rpdt   Status         Credit  Owes    Due    /Pymt Rev Opened  Type             Name & No
-----  ------------   ------- ------- ------- ----- --- ------  ---------------- --------
```

→ 05/2022R9/ Bad Debt 0020000 0013777 013777  REV    75  02/2016Individual     PENTAGON FED
→ ERAL CR UN
        →    LAST ACTIV.: 05/2022    ACCT. NO.:                    *120NU0209
→ TIMES LATE - BY 30 DAYS: 01    BY 60 DAYS: 01    BY 90 DAYS: 02
→ PREV DELNQ.: 03/20229/ Bad Debt      02/20229/ Bad Debt    04/20229/ Bad Debt
→ UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR/CHARGE OFF
→ CREDIT CARD, TERMS REV

→ 06/2017R1/On Time   0005000 0000000 000000  REV    17  03/2016Individual     PENTAGON FED
→ ERAL CR UN
        →    LAST ACTIV.: 06/2017    ACCT. NO.:                    *171FC0180
→ CREDIT LINE CLOSED
→ CLOSED ACCNT



→ 05/2022I9/ Bad Debt 0000571 0000471 000471  1    34  06/2016Individual    REV FCU
→ LAST ACTIV.: 05/2022    ACCT. NO.:                    *171FC0209
→ PREV DELNQ.: 03/20229/ Bad Debt    02/20229/ Bad Debt    04/20229/ Bad Debt
→ UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR/CHARGE OFF
→ DEPOSIT RELATED

→ 06/2017I1/On Time   0033478 0000000 000000  60   16  04/2016Individual    PENTAGON FED
→ ERAL CR UN
→ LAST ACTIV.: 06/2017    ACCT. NO.:              *171FC0180
→ AUTO LOAN

--------------------------------INQUIRY HISTORY--------------------------------

        INQ. DATE              MEMBER NO.              FIRM
        04/05/2022             670FC0020              P S E C U


------------------Prepared by: NATIONAL CREDIT FILE SYSTEM----------------------
LexisNexis® Consumer Center
P.O. Box 105289
Atlanta, Georgia 30348-5289
1-866-323-0932 (Toll Free) Monday - Friday, 8:00 AM to 7 PM Eastern Time