## Affidavit of Verification

I, Nelson L. Bruce, hereby swear, attest, affirm, ascribe, and declare as follows:

1. I am a consumer, the Plaintiff in the present case, and a resident of the State of South Carolina and I am of the age of the Majority, over the age of 18;

2. I have reviewed the complaint in its entirety and have personal knowledge of myself, my activities, and my intentions, including those set out in the foregoing **1st Amended Verified Complaint** for Declaratory and Injunctive relief and the Relief requested in this **1st Amended Verified Complaint**;

3. I have personal knowledge of all the allegations in this **1st Amended Verified Complaint** for Declaratory and Injunctive Relief and the relief requested, and swear all of them to be true and correct to the best of my knowledge, information and belief;

4. I do hereby swear, attest, affirm, ascribe, and declare that the aforementioned claims are true, correct and accurate and that I have firsthand knowledge of the foregoing facts stated in this **1st Amended Verified Complaint** as being true, correct and accurate, and I do so under penalty of the Constitution of the United States of America as such so help me god.

FURTHER AFFIANT SAYETH NOT.

_____
Nelson L. Bruce

**NOTARY**

STATE OF South Carolina            )
                                   )
COUNTY OF Dorchester               )

On this 31st day of October, 2022, before me __Tamara S. Boyd__ (Notary Public) personally appeared **Nelson L. Bruce**, a natural person, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument the person, acted, executed the instrument.

Notary Public Signature: _Tamara S. Boyd_     Date: 10-31-2022

My Commission expires: January 8, 2030

**SEAL**