**Record/FILE ON DEMAND**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

RECEIVED USDC CLERK, CHARLESTON, SC 2022 DEC 14 AM 9:05

| | |
|---|---|
| Nelson L. Bruce,<br><br>            Plaintiff,<br><br>-v-<br><br>Pentagon Federal Credit Union; et al.<br><br>           Defendants. | Case No.: 2:22-cv-02211-BHH-MGB<br><br>**NOTICE TO THE COURT** |

Comes now Plaintiff, **Nelson L Bruce**, above the age of 18, of the age of the majority, with the exercise of any and all his natural reserved and retained rights hereby respectfully presents this notice to the court to correct the address for service upon LexisNexis Risk Management, Inc. and for the court to notify the U.S. Marshals so that this defendant can be properly served. Dated this 8th day of December, 2022.

RESPECTFULLY PRESENTED,

                                                        "Without Prejudice"
                                        */s/ Nelson L. Bruce*
                                      Nelson L. Bruce, Propria Persona, Sui Juris
                       "All Natural Rights Explicitly Reserved and Retained"
                                  U.C.C.1-207/ 1-308, 1-103.6
                   c/o P.O. Box 3345, Summerville, South Carolina 29484
                                            Phone: 843-437-7901
                                   Email: leonbruce81@yahoo.com