Record/FILE ON DEMAND

USDC CLERK, CHARLESTON, SC
RECEIVED
2023 MAR 14 AM 9:53

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, | CASE NO.: **2:22-cv-02211-BHH-MGB** |
| Plaintiff(s), | |
| vs. | REQUEST FOR ENTRY OF DEFAULT |
| PENTAGON FEDERAL CREDIT UNION ("PENFED"), et al.. | |
| Defendant(s). | |

Comes now Plaintiff, **Nelson L. Bruce** a natural man, being at or above the age of 18, of the age of the majority, with reservation of any and all natural rights, and hereby exercise such rights at all times and hereby requests the clerk to enter a default against the defendant, **LexisNexis Risk Management, Inc. (ECF No. 69)** as defendant was served and required to respond by March 8, 2023 (See…ECF No. 69). An Entry of default is being requested on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by **Rule 55(a)** of the Federal Rules of Civil Procedure. An affidavit in support of this request is attached hereto.

DATED this 11th day of March, 2023.

_____
Nelson L. Bruce, Petitioner, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C. 1-308
c/o P.O. Box 3345, Summerville, South Carolina [29484]
Email: leonbruce81@yahoo.com
Phone: 843-437-7901

**Record/FILE ON DEMAND**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>PENTAGON FEDERAL CREDIT UNION ("PENFED"), et al..<br><br>　　　　　Defendant(s). | **CASE NO.: 2:22-cv-02211-BHH-MGB** |

## ENTRY OF DEFAULT

　　It appearing that the amended complaint was filed in this case on November 2, 2022 (ECF No. 31); that the summons and complaint were duly served upon the defendant, LexisNexis Risk Management, Inc., and no answer or other pleading has been filed by said defendant as required by law;

　　Therefore, upon request of the plaintiff, default is hereby entered against the defendant, LexisNexis Risk Management, Inc. as provided in Rule 55(a), of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　　　　　_____, Clerk

　　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk