**Record/FILE ON DEMAND**

USDC CLERK, CHARLESTON, SC
RECEIVED
2023 MAR 14  AM 9: 53

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, | CASE NO.: **2:22-cv-02211-BHH-MGB** |
| Plaintiff(s), | |
| vs. | AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT |
| PENTAGON FEDERAL CREDIT UNION ("PENFED"), et al.. | |
| Defendant(s). | |

I, **Nelson L. Bruce**, a natural man, being at or above the age of 18, of the age of the majority, with reservation of any and all natural rights, and hereby exercise such rights at all times, hereby declare under penalty of perjury that I have firsthand and personal knowledge of the following facts which are true and correct to the best of my knowledge information and belief:

1. I am the Plaintiff in this action;

2. An amended complaint was filed herein on November 2, 2022 and service of process was had on defendant, **LexisNexis Risk Management, Inc.** on their Legal registered agent, Lisa Coller, a member of C T CORPORATION SYSTEM (See…ECF No. 69) registered with the South Carolina Secretary of State, who is authorized to receive service of process;

3. This service was completed by the **U.S. Marshalls** and filed on the record on 2-24-2023 (See…ECF No. 69);

4. More than twenty-one (21) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as they had until 3-8-2023 to plead or otherwise defend as provided by Rule 55(a) as directed by this courts "text order" filed on 2-24-2023 (See…ECF No. 69);

_____Nelson L. Bruce_____ 3-11-23
Nelson L. Bruce, Petitioner, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C. 1-308
c/o P.O. Box 3345, Summerville, South Carolina [29484]
Email: leonbruce81@yahoo.com
Phone: 843-437-7901

Sworn to and subscribed before me this __11__ day of March, 2023.

__WILLIAM RIFE__
Notary Public Print:

_____
Signature

Commission Expires: __01/24/2032__

*[Notary Seal: WILLIAM RIFE, NOTARY PUBLIC, MY COMMISSION EXPIRES 01-24-2032, STATE OF SOUTH CAROLINA]*