






UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

Expected delivery date specified for domestic use.

Most domestic shipments include up to $50 of insurance (restrictions apply).*

USPS Tracking® included for domestic and many international destinations.

Limited international insurance.**

When used internationally, a customs declaration form is required.

ısurance does not cover certain items. For details regarding claims exclusions see the ›mestic Mail Manual at *http://pe.usps.com.*

See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# LAT RATE ENVELOPE

NE RATE ■ ANY WEIGHT

RACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.

FF | UNITED STATES POSTAL SERVICE | Click-N-Ship®

P

usps.com 9405 5036 9930 0498 7669 37 0096 5000 0012 9402
$9.65
US POSTAGE
Flat Rate Env
U.S. POSTAGE PAID
03/11/2023 Mailed from 29484 986763391286790

PRIORITY MAIL®

NELSON: BRUCE
PO BOX 3345
SUMMERVILLE SC 29484-3345

Expected Delivery Date: 03/13/23

0000

B099

2023 MAR 14 AM 9:41
RECEIVED
USDC CLERK, CHARLESTON, SC

ATTN: CLERK OF COURT
UNITED STATES DISTRICT COURT
PO BOX 835
CHARLESTON SC 29402-0835

USPS TRACKING #

9405 5036 9930 0498 7669 37

# UNITED STATES
## POSTAL SERVICE®

# PRIORITY®
# MAIL

**RATE ENVELOPE**
■ ANY WEIGHT

ule free Package Pickup,
can the QR code.



PS.COM/PICKUP

CKED ■ INSURED



ITEM X-RAYED BY
USMS

03/14


0001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE