**Record/FILE ON DEMAND**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION



| | |
|---|---|
| Nelson L. Bruce, | CASE NO.: **2:22-cv-02211-BHH-MGB** |
| Plaintiff(s), | |
| vs. | **REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |
| PENTAGON FEDERAL CREDIT UNION ("PENFED"), et al.. | |
| Defendant(s). | |

The defendant, <u>LexisNexis Risk Management, Inc.</u>, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of <u>$1,988,256</u>; That defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain;

It is hereby ORDERED, ADJUDGED, and DECREED that plaintiff, <u>Nelson L. Bruce,</u> recover of the defendant, <u>LexisNexis Risk Management, Inc.</u> the sum of $ <u>1,988,256</u> from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

_____, Clerk

By _____
*Deputy Clerk*