Record/FILE ON DEMAND

RECEIVED
USDC CLERK, CHARLESTON, SC
2023 MAR 26 PM 9:13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>Plaintiff(s),<br><br>vs.<br><br>PENTAGON FEDERAL CREDIT UNION ("PENFED"), et al..<br><br>Defendant(s). | CASE NO.: **2:22-cv-02211-BHH-MGB**<br><br>AMENDED MOTION FOR FINAL DEFAULT JUDGMENT AGAINST LEXISNEXIS RISK SOLUTIONS, INC. |

Comes now Plaintiff, Nelson L. Bruce, with his amended motion to correct the defaulted parties name and requests the Court, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure as to all claims against defendant, LexisNexis Risk Solutions, Inc. and the computed damages as calculated in plaintiff's amended affidavit in support of motion for final default judgment as presented herein as there are multiple parties to this case. Plaintiff demands that a final default judgment be entered against LexisNexis Risk Solutions, Inc. (ECF No. 69) pursuant to Rule 54(c) of the Federal Rules of Civil Procedure. In support of this request, Plaintiff, Nelson L. Bruce relies upon the record in this case and the affidavit presented herein which include the computed damages in the amount of One Million Nine Hundred Eighty Eight Thousand Two Hundred Fifty Six Dollars ($1,988,256.00). That a Declaration and Injunction be filed against defendant, LexisNexis Risk Solutions, Inc. their successors, assigns, affiliates, partners, both known and unknown pursuant to 37-20-170(G) and 37-20-200(D) to restrain defendant from future acts constituting a violation of this chapter.

**DATED this 24th day of March, 2023.**

Respectfully Presented,

*Nelson L. Bruce*

Nelson L. Bruce, ▇▇▇▇▇▇, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C. 1-308
P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: Leonbruce81@yahoo.com