Record/FILE ON DEMAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>Plaintiff(s),<br><br>vs.<br><br>PENTAGON FEDERAL CREDIT UNION ("PENFED"), et al..<br><br>Defendant(s). | **CASE NO.: 2:22-cv-02211-BHH-MGB** |

## AMENDED ENTRY OF DEFAULT

This amendment is being filed to correct the defaulted party name. It appearing that the amended complaint was filed in this case on November 2, 2022 (ECF No. 31); that the summons and complaint were duly served upon the defendant, LexisNexis Risk Solutions, Inc., and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, LexisNexis Risk Solutions, Inc. as provided in Rule 55(a), of the Federal Rules of Civil Procedure.

_____, Clerk

By _____
    Deputy Clerk

Record/FILE ON DEMAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Nelson L. Bruce, | **CASE NO.: 2:22-cv-02211-BHH-MGB** |
| Plaintiff(s), | |
| vs. | AFFIDAVIT IN SUPPORT OF AMENDED ENTRY OF DEFAULT |
| PENTAGON FEDERAL CREDIT UNION ("PENFED"), et al.. | |
| Defendant(s). | |

I, **Nelson L. Bruce**, a natural man, being at or above the age of 18, of the age of the majority, with reservation of any and all natural rights, and hereby exercise such rights at all times, hereby declare under penalty of perjury that I have firsthand and personal knowledge of the following facts which are true and correct to the best of my knowledge information and belief:

1. I am the Plaintiff in this action;

2. An amended complaint was filed herein on November 2, 2022 adding LexisNexis Risk Solutions, Inc. (herein "LexisNexis") as a defendant in this case who's Legal registered agent, Lisa Coller, a member of C T CORPORATION SYSTEM (See…ECF No. 69) registered with the South Carolina Secretary of State, who is authorized to receive service of process was served a summons and a copy of the complaint by the U.S. Marshals and filed on the record on 2-24-2023 (See…ECF No. 69);

3. More than twenty-one (21) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as they had until 3-8-2023 to plead or otherwise defend as provided by Rule 55(a) as directed by this courts "text order" filed on 2-24-2023 (See…ECF No. 69);

_____
Nelson L. Bruce, Plaintiff, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C. 1-308
c/o P.O. Box 3345, Summerville, South Carolina [29484]
Email: leonbruce81@yahoo.com
Phone: 843-437-7901

Sworn to and subscribed before me this 24 day of March, 2023.

_Annie E. Lewis_
Notary Public Print:

_Annie E. Lewis_
Signature

Commission Expires: June 21, 2027

[Notary Seal: ANNIE E. LEWIS, NOTARY PUBLIC, SOUTH CAROLINA, My Commission Expires June 21, 2027]