IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| PENTAGON FEDERAL CREDIT UNION  ) | |
| a/k/a PENTAGON FEDERAL CREDIT  ) | |
| UNION FOUNDATION, EXPERIAN  ) | CASE NO.:  2:22-cv-02211-BHH-MGB |
| INFORMATION SOLUTIONS, INC.,  ) | |
| TRANS UNION, LLC, EQUIFAX  ) | |
| INFORMATION SERVICES, LLC,  ) | |
| LEXISNEXIS RISK SOLUTIONS, INC., and  ) | |
| UNKNOWN DOES 1-100,  ) | |
| ) | |
| Defendants.  ) | |

## JOINT MOTION FOR AGREED CONFIDENTIALITY ORDER

CONSENT:

The attached proposed Confidentiality Order is requested:

☒      by consent of all parties.

☐      by consent as to some, but not all, of the terms [alternative provisions are set forth in both proposed and redlined versions].

☐      by some, but not all, parties [requesting parties include:   [requesting parties]].

CONTENT:

The attached proposed Confidentiality Order:

☐      is identical to the standard form on the court's website.

☒      has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

☐      is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

[explain requested changes with reference to relevant paragraph numbers]

1

7118088.1

**WE SO MOVE/CONSENT**

*s/ Wilbur E. Johnson*

Wilbur E. Johnson
wjohnson@ycrlaw.com
Federal ID No.: 2212
Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
(843) 724-6659
(843) 579-1332 Fax
**Counsel for Trans Union LLC**


*s/ G. Troy Thames*

G. Troy Thames
tthames@wjlaw.net
Willson Jones Carter and Baxley
421 Wando Park Boulevard, Suite 100
Mt Pleasant, SC 29464
(843) -284-0832
(843) 284-1081 Fax
and
Michael A. Graziano
mgraziano@eckertseamans.com
Eckert Seamans Cherin and Mellott LLC
1717 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
(202) 659-6671
(202)659-6699 Fax
**Counsel for Pentagon Federal Credit Union a/k/a Pentagon Federal Credit Union Foundation**


*S/ Lyndey Ritz Zwing Bryant*

Lyndey Ritz Zwing Bryant
lyndey.bryant@arlaw.com
Adams and Reese LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-4958
(803) 779-4749 Fax
**Counsel for Experian Information Solutions, Inc.**

Nelson L. Bruce
P.O. Box 3345
Summerville, SC 29484-3345
**Pro Se Plaintiff**


*s/ William Joseph Farley, III*

William Joseph Farley, III
will.farley@troutman.com
Troutman Sanders LLP
301 S Tryon Street, Suite 3400
Charlotte, NC 28202
(704) 998-4099
and
Susan Jean Lloyd
susie.lloyd@troutman.com
Troutman Pepper
301 South College Street, Suite 3400
Charlotte, NC 28202
(724) 561-7546
**Counsel for LexisNexis Risk Solutions, Inc.**


*s/ Rita Bolt Barker*

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E Broad Street, Suite 400
Greenville, SC 29601-2892
(864) 242-8235
and
Eric F. Barton
ebarton@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
(404) 885-1500
**Counsel for Equifax Information Services, LLC**

2

7118088.1

**WE SO MOVE/CONSENT**

_Nelson L. Bruce_

Nelson L. Bruce
P.O. Box 3345
Summerville, SC 29484-3345
***Pro Se Plaintiff***

Wilbur E. Johnson
wjohnson@ycrlaw.com
Federal ID No.: 2212
Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
(843) 724-6659
(843) 579-1332 Fax
***Counsel for Trans Union LLC***

William Joseph Farley, III
will.farley@troutman.com
Troutman Sanders LLP
301 S Tryon Street, Suite 3400
Charlotte, NC 28202
(704) 998-4099
and
Susan Jean Lloyd
susie.lloyd@troutman.com
Troutman Pepper
301 South College Street, Suite 3400
Charlotte, NC 28202
(724) 561-7546
***Counsel for LexisNexis Risk Solutions, Inc.***

G. Troy Thames
tthames@wjlaw.net
Willson Jones Carter and Baxley
421 Wando Park Boulevard, Suite 100
Mt Pleasant, SC 29464
(843) -284-0832
(843) 284-1081 Fax
and
Michael A. Graziano
mgraziano@eckertseamans.com
Eckert Seamans Cherin and Mellott LLC
1717 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
(202) 659-6671
(202)659-6699 Fax
***Counsel for Pentagon Federal Credit Union
a/k/a Pentagon Federal Credit Union
Foundation***

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E Broad Street, Suite 400
Greenville, SC 29601-2892
(864) 242-8235
and
Eric F. Barton
ebarton@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
(404) 885-1500
***Counsel for Equifax Information Services,
LLC***

Lyndey Ritz Zwing Bryant
lyndey.bryant@arlaw.com
Adams and Reese LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-4958
(803) 779-4749 Fax
***Counsel for Experian Information
Solutions, Inc.***

7118088.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

G. Troy Thames
tthames@wjlaw.net
Willson Jones Carter and Baxley
421 Wando Park Boulevard, Suite 100
Mt Pleasant, SC 29464
(843) -284-0832
(843) 284-1081 Fax
and
Michael A. Graziano
mgraziano@eckertseamans.com
Eckert Seamans Cherin and Mellott LLC
1717 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
(202) 659-6671
(202)659-6699 Fax
*Counsel for Pentagon Federal Credit Union a/k/a Pentagon Federal Credit Union Foundation*

Lyndey Ritz Zwing Bryant
lyndey.bryant@arlaw.com
Adams and Reese LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-4958
(803) 779-4749 Fax
*Counsel for Experian Information Solutions, Inc.*

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E Broad Street, Suite 400
Greenville, SC 29601-2892
(864) 242-8235
and
Eric F. Barton
ebarton@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
(404) 885-1500
*Counsel for Equifax Information Services, LLC*

William Joseph Farley, III
will.farley@troutman.com
Troutman Sanders LLP
301 S Tryon Street, Suite 3400
Charlotte, NC 28202
(704) 998-4099
and
Susan Jean Lloyd
susie.lloyd@troutman.com
Troutman Pepper
301 South College Street, Suite 3400
Charlotte, NC 28202
(724) 561-7546
*Counsel for LexisNexis Risk Solutions, Inc.*

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participants:

Nelson L. Bruce
PO BOX 3345
Summerville, SC 29484-3345
*Pro Se Plaintiff*

*s/ Wilbur E. Johnson*
**WILBUR E. JOHNSON**

3

7118088.1