IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PENTAGON FEDERAL CREDIT UNION a/k/a PENTAGON FEDERAL CREDIT UNION FOUNDATION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, LEXISNEXIS RISK SOLUTIONS, INC., and UNKNOWN DOES 1-100,<br><br>　　　　Defendants. | CASE NO.: 2:22-cv-02211-BHH-MGB |

**TRANS UNION LLC'S MOTION TO
DISMISS PLAINTIFF'S THIRD AMENDED VERIFIED COMPLAINT**

Defendant Trans Union LLC ("Trans Union") hereby files this Motion to Dismiss Plaintiff's Third Amended Verified Complaint ("Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) and moves the Court to dismiss Plaintiff Nelson L. Bruce's ("Plaintiff") Complaint on the grounds that Plaintiff fails to allege facts sufficient to support a claim for relief.

For the reasons set forth in Trans Union's accompanying Memorandum in Support, Trans Union respectfully requests that this Court grant Trans Union's Motion and dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6).

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　*s/ Wilbur E. Johnson*
　　　　　　　　　　　　　　　　Wilbur E. Johnson
　　　　　　　　　　　　　　　　wjohnson@ycrlaw.com
　　　　　　　　　　　　　　　　Federal ID No.: 2212
　　　　　　　　　　　　　　　　Clement Rivers, LLP
　　　　　　　　　　　　　　　　25 Calhoun Street, Suite 400
　　　　　　　　　　　　　　　　Charleston, SC 29401
　　　　　　　　　　　　　　　　(843) 724-6659
　　　　　　　　　　　　　　　　(843) 579-1332 Fax

*Counsel for Trans Union LLC*

7110404.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June 2024, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

G. Troy Thames
tthames@wjlaw.net
Willson Jones Carter and Baxley
421 Wando Park Boulevard, Suite 100
Mt Pleasant, SC 29464
(843) -284-0832
(843) 284-1081 Fax
and
Michael A. Graziano
mgraziano@eckertseamans.com
Eckert Seamans Cherin and Mellott LLC
1717 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
(202) 659-6671
(202)659-6699 Fax
***Counsel for Pentagon Federal Credit Union a/k/a Pentagon Federal Credit Union Foundation***

Lyndey Ritz Zwing Bryant
lyndey.bryant@arlaw.com
Adams and Reese LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-4958
(803) 779-4749 Fax
***Counsel for Experian Information Solutions, Inc.***

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E Broad Street, Suite 400
Greenville, SC 29601-2892
(864) 242-8235
and
Eric F. Barton
ebarton@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
(404) 885-1500
***Counsel for Equifax Information Services, LLC***

William Joseph Farley, III
will.farley@troutman.com
Troutman Sanders LLP
301 S Tryon Street, Suite 3400
Charlotte, NC 28202
(704) 998-4099
***Counsel for LexisNexis Risk Solutions, Inc.***

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participants:

Nelson L. Bruce
PO BOX 3345
Summerville, SC 29484-3345
***Pro Se Plaintiff***

*s/ Wilbur E. Johnson*
**WILBUR E. JOHNSON**

7110404.1