2024 JUL 16 AM 9:23

Record/FILE ON DEMAND

U.S.P.S. PRIORITY MAIL NO. 9405 8301 0935 5113 6701 05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br>Plaintiff(s),<br>vs.<br>Pentagon Federal Credit Union ("PenFed"), et al.<br>Defendant(s). | **CASE NO.: 2:22-cv-02211-BHH-MGB**<br>**PLAINTIFF'S EMERGENCY MOTION TO ISSUE SUBPOENAS TO NON-PARTIES** |

Comes now plaintiff, Nelson L. Bruce with his emergency motion to issue subpoenas to the Non-parties Jay Ferrin, Senior Manager, Financial Reporting at Pentagon Federal Credit Union and or VP, Corporate Controller at Pentagon Federal Credit Union, Jon Dorn, Vice President of Collections for Pentagon Federal Credit Union, Federal Reserve Bank of Richmond Virginia, National Credit Corporation ("NCC"), United Holdings Group, LLC (UHG), who all have relevant information related to the claims in plaintiffs 3rd amended complaint. Although Fed. Rule 45(a)(3) states that "The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it", it appears that there are other rules different form an attorney that the plaintiff is required to follow that prolongs the process of subpoenas being issued. Plaintiff hereby moves this court for an order as soon as possible to issues subpoena (See…Exhibit 1) to non-parties that have information relevant to plaintiff's claims in this matter that will support his claims and or defenses. Plaintiff is also filing this emergency motion for the sake of time. Plaintiff hereby moves this court for an immediate order as soon as possible to issues subpoena to all the non-parties referenced in "Exhibit 1" as they all have information relevant to plaintiff's claims for this matter that will support his claims in this case and or defenses at trial.

## CONCLUSION

For the following reasons, Plaintiff prays that the court grants Plaintiff an order directing the clerk of the court to sign his subpoena so that they may be served to the parties as soon as possible.

Dated this 12th day of July, 2024.

RESPECTFULLY PRESENTED,

"Without Prejudice"

Nelson L. Bruce

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served to all parties on the service list **via the CM/ECF system.** Dated this 12th day of July, 2024.

**SENT TO:**

Willson Jones Carter & Baxley, P.A.
**Attention: G. Troy Thames**
Email: tthames@wjcblaw.com
*Attorney for Pentagon Federal Credit Union*

Eckert Seamans Cherin & Mellott, LLC
**Attn.: Michael A. Graziano & Sarah A. James**
Email: mgraziano@eckertseamans.com
Email: sjames@eckertseamans.com
*Attorney for Pentagon Federal Credit Union*

Wyche PA
**Attention: Rita Bolt Barker**
Email: rbarker@wyche.com
*Attorney for Equifax*

Seyfarth Shaw, LLP
**Attention: Eric F Barton**
Email: ebarton@seyfarth.com
*Attorney for Equifax*

Adams and Reese LLP
**Attention: Lyndey Ritz Zwing Bryant**
Email: lyndey.bryant@arlaw.com
*Attorney for Experian*

Clement Rivers LLP
**Attention: Wilbur Eugene Johnson**
Email: wjohnson@ycrlaw.com
*Attorney for Trans Union, LLC*

Quilling Selander Lownds Winslett and Moser PC
**Attn: Kyle Pietrzak**
Email: kpietrzak@qslwm.com
*Attorney for Trans Union, LLC*

Jones Day
ATTN: **Grant Edward Schnell**
Email: gschnell@jonesday.com
*Attorney for Experian*

Troutman Pepper Hamilton Sanders LLP
**Attention:** William J. Farley III
Email: will.farley@troutman.com
*Attorney for Defendant LexisNexis Risk Solutions, Inc.*

Troutman Pepper
**Attn: Susan Jean Lloyd**
Email: susie.lloyd@troutman.com
*Attorney for Def. LNRS*

"Without Prejudice"

Nelson L. Bruce

Nelson L. Bruce, Propria Persona, Sui Juris
"All Secured Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com