




**FROM:**
Nelson L. Bruce
P.O. Box 3345
Summerville, South Carolina
[29483]

**TO:**
United States District Court
Attention: Clerk of Court
P.O. Box 835
Charleston, South Carolina
29402







**MAILING ENVELOPE**
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



EP14 July 2022

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE