Record/FILE ON DEMAND                    U.S.P.S. PRIORITY MAIL NO. 9405 8301 0935 5113 6701 05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, | CASE NO.: 2:22-cv-02211-BHH-MGB |
| Plaintiff(s), | |
| vs. | **PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENAS ON NON-PARTIES** |
| Pentagon Federal Credit Union ("PenFed") et al. | |
| Defendant(s). | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff Nelson L. Bruce intends to serve Subpoenas on Jay Ferrin, Senior Manager, Financial Reporting at Pentagon Federal Credit Union and or VP, Corporate Controller at Pentagon Federal Credit Union, Federal Reserve Bank of Richmond Virginia, National Credit Corporation ("NCC"), and United Holdings Group, LLC (UHG), forms attached hereto as **Exhibits 1**. The Federal Reserve Bank of Richmond Virginia who is an Expert in monetary instruments, the deposit of and the pledging of both novel and routine draft notes, negotiable instruments, bonds, securities and other financial instruments in connection with the discount window of the federal reserve bank, the U.S. Treasury Department and parts of the open market trading desk to enable the Federal Reserve to make advances of credit and or Federal Reserve notes that are connected with plaintiffs alleged loans, accounts and eligible paper/financial instruments tendered to PenFed. Who is familiar with and associated with the transactions and deposits of PenFed With The Federal Reserve Bank, Reserve Bank their discount window. Jay Ferrin is an expert assigned to PenFed's Financials and therefore has relevant information related to the assets of PenFed and accounting of

PenFed, NCC and UHG has relevant information related to the assignment/transfer and or sale of the plaintiff's alleged debt and associated original accounts.

Dated this 12th day of **July, 2024.**

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served to all parties on the service list **via the CM/ECF system.** Dated this 12th day of July, 2024.

**SENT TO:**

Willson Jones Carter & Baxley, P.A.
**Attention: G. Troy Thames**
Email: tthames@wjcblaw.com
*Attorney for Pentagon Federal Credit Union*

Eckert Seamans Cherin & Mellott, LLC
**Attn.: Michael A. Graziano & Sarah A. James**
Email: mgraziano@eckertseamans.com
Email: sjames@eckertseamans.com
*Attorney for Pentagon Federal Credit Union*

Wyche PA
**Attention: Rita Bolt Barker**
Email: rbarker@wyche.com
*Attorney for Equifax*

Seyfarth Shaw, LLP
**Attention: Eric F Barton**
Email: ebarton@seyfarth.com
*Attorney for Equifax*

Adams and Reese LLP
**Attention: Lyndey Ritz Zwing Bryant**
Email: lyndey.bryant@arlaw.com
*Attorney for Experian*

Clement Rivers LLP
**Attention: Wilbur Eugene Johnson**
Email: wjohnson@ycrlaw.com
*Attorney for Trans Union, LLC*

Quilling Selander Lownds Winslett and Moser PC
**Attn: Kyle Pietrzak**
Email: kpietrzak@qslwm.com
*Attorney for Trans Union, LLC*

Jones Day
ATTN: **Grant Edward Schnell**
Email: gschnell@jonesday.com
*Attorney for Experian*

Troutman Pepper Hamilton Sanders LLP
**Attention:** William J. Farley III
Email: will.farley@troutman.com
*Attorney for Defendant LexisNexis Risk Solutions, Inc.*

Troutman Pepper
**Attn: Susan Jean Lloyd**
Email: susie.lloyd@troutman.com
*Attorney for Def. LNRS*

"Without Prejudice"

*/s/ Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Secured Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com