

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

PRIORITY MAIL
POSTAGE REQUIRED



- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic
- Limited international insurance.**
- When used internationally, a customs declaration

*Insurance does not cover certain items. For details regarding Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for avail

## MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL U

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**TRACKED • INSURED**



PS00000133100    EP14 July 2022
                 OD: 15 x 11.625



UNITED STATES POSTAL SERVICE.    Retail

US POSTAGE PAID
P    $10.35    Origin: 29483
                07/15/24
                4584800483-45

PRIORITY MAIL®

1 Lb 9.30 Oz
RDC 03

EXPECTED DELIVERY DAY: 07/17/24

B099

SHIP TO:
PO BOX 835
CHARLESTON SC 29402-0835

USPS TRACKING® #

9505 5107 1214 4197 0473 41

**PRIORITY MAIL** ★    UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Nelson L. Bruce
P.O. Box 3345
Summerville, South Carolina
[29483]

TO:

United States District Court
Attention: Clerk of Court
P.O. Box 835
Charleston, South Carolina
29402

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

ITEM X-RAYE  BY
USM

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



# UNITED STATES POSTAL SERVICE®  |  PRIORITY® MAIL

**MAILING ENVELOPE**
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ▪ INSURED**



EP14 July 2022

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE