Record/FILE ON DEMAND

U.S.P.S. PRIORITY MAIL TRACKING NO. 9405 8301 0935 5115 7250 87

RECEIVED
USDC CLERK, CHARLESTON, SC
2024 JUL 22  AM 11: 04

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| Nelson L. Bruce, | Case No.: 2:22-cv-02211-BHH-MGB |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF EXPERT WITNESSES** |
| Pentagon Federal Credit Union; et al. | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26(a)(2)(B) and (C), and Fed. R. Civ. P. 45(a) Plaintiff hereby Presentes this notice of the following Witnesses, Witness reports/statements, and/or other discovery presentments. This notice is to provide notice to all parties involved in this case that the following parties currently known and soon to be known to the Plaintiff after Defendant and all other parties served with discovery presentments properly responds to Plaintiff's Discovery requests to whom will eventually be served to be an expert witness in this case who may be required to provide written expert statements, a deposition and/or produce pertinent documents as evidence that are vital to the matter at hand. The following persons listed below are currently known to the Plaintiff for which he expects to call as an expert witness and/or to provide certified statements signed under oath and penalty of perjury, depositions at trial and the remaining expert witnesses will be known and disclosed to the Plaintiff when the Defendants or non-parties cooperates and properly responds to the discovery requests by Plaintiff in accords with the rules of discover and discloses the requested information and documentation requested through the Plaintiff's discovery Presentments, presented to the Defendant and/or other parties.

Plaintiff reserves the right to amend and or supplement these notice should further identifiable information be produced during discovery.

## **PLAINTIFF'S EXPERT WITNESSES LIST**

1) James Schenck - CEO and the President of Pentagon Federal Credit Union (PenFed Credit Union). Has knowledge of all the Activities, Policies, Procedures, Associations with the Federal Reserve and Trans Actions of PenFed;

   *a)* Address: 2930 Eisenhower Ave, Alexandria, VA 22314

   b) Phone #: 1- (800) 247-5626

2) Jay Ferrin - Senior Manager, Financial Reporting at Pentagon Federal Credit Union and or VP, Corporate Controller at Pentagon Federal Credit Union. Has knowledge and information related to PenFed's accounting , loans, transactions, collateral, assets, pledges, accounts, and required call reports filed with the National Credit Union Association ("NCUA");

   a) Address: Address: 2930 Eisenhower Ave, Alexandria, VA 22314

   b) Phone #: 1- (800) 247-5626

3) John Dorn – Vice President of Collections for Pentagon Federal Credit Union (PenFed Credit Union). Has firsthand knowledge of plaintiff's Exhibit C which is a letter from PenFed evidencing that plaintiff's alleged debts have been sold, assigned/transferred to third parties and the transactions supporting;

   *a)* Address: Address: 2930 Eisenhower Ave, Alexandria, VA 22314

   b) Phone #: 1- (800) 247-5626

4) Unknown 1 - Member/Employee and or representative of Pentagon Federal Credit Union (PenFed Credit Union). Has knowledge of the first call to PenFed on December 27, 2021 and the information that they pulled up in PenFed's system at the time to inform the plaintiff that his

alleged debts have been sold, assigned on transferred to a third party associated with the PenFed accounts in question;

    a) Address: Address: 2930 Eisenhower Ave, Alexandria, VA 22314

    b) Phone #: 1- (800) 247-5626

5) Unknown 2 - Member/Employee and or representative of Pentagon Federal Credit Union (PenFed Credit Union). Has knowledge of the second call to PenFed on December 27, 2021 and the information that they pulled up in PenFed's system at the time to inform the plaintiff that his alleged debts have been sold, assigned on transferred to a third party and the 3rd call from PenFed calling plaintiff to inform him of information related to the sale, assignment/transfer of the alleged debts associated with the PenFed accounts in question;

    a) Address: Address: 2930 Eisenhower Ave, Alexandria, VA 22314

    b) Phone #: 1- (800) 247-5626

6) Unknown - Managing Member/Employee and or representative of Nationwide Credit Corporation with firsthand personal knowledge of facts related to the sale, assignment/transfer of PenFed accounts related to the Plaintiff.

    a) Address: 5503 Cherokee Ave, Suite 100, Alexandria, VA 22312

    b) Phone #: (800) 882-7271 or 703-642-7513

7) Unknown – Managing Member/Employee and or representative of United Holdings Group, LLC (A.K.A. "United Holdings Group" and "UHG") with firsthand personal knowledge of facts related to the sale, assignment/transfer of PenFed accounts related to the Plaintiff.

    a) Address: 6400 Sheridan Dr., Ste. 138, Williamsville, NY 14221

    b) Phone #: 844-511-2047

8) Unknown – Managing Member/Employee and or representative of the Reserve Bank of Richmond, the Federal Reserve Bank. Has knowledge of and is familiar with and involved in or with receiving collateral, security, collateral security from the PenFed, pledges from the PenFed, what constitutes as collateral security from the PenFed that can and has been pledged by PenFed and deposited with the Reserve Bank, what collateral PenFed pledged and what the Reserve Bank disbursed to PenFed or applied to the PenFed's account(s) setup with the Federal Reserve as a result of the collateral and or security pledged. Has firsthand knowledge of all collateral pledged associated with Operating Circular's 1 through 12 completed by the PenFed.
   a) Address: 701 E Byrd St, Richmond, VA 23219
   b) Phone #: (804) 697-8000

9) Don Wagner - Managing Member/Employee and or representative of Trans Union, LLC. Has firsthand personal knowledge of their systems, database, communications and correspondences between Plaintiff and Trans Union, PenFed, and third parties conduction investigations of disputes received from the plaintiff;
   a) Address: 2 Baldwin Place, 1510 Chester Pike, Crum Lynne, PA 19022
   b) Phone #: Soon to be known

10) Unknown - Managing Member/Employee and or representative of Equifax Information Services, LLC. Has firsthand personal knowledge of their systems, database, communications and correspondences between Plaintiff and Trans Union, PenFed, REVFCU and third parties conduction investigations of disputes received from the plaintiff;
    a) Address: Soon to be known
    b) Phone #: Soon to be known

11) Unknown - Managing Member/Employee and or representative of Experian Information Solutions, Inc. Has firsthand personal knowledge of their systems, database, communications and correspondences between Plaintiff and Trans Union, PenFed, REVFCU and third parties conduction investigations of disputes received from the plaintiff;

   a) Address: Soon to be known
   b) Phone #: Soon to be known

12) Unknown - Managing Member/Employee and or representative of LexisNexis, et al.. Has firsthand personal knowledge of their systems, database, communications and correspondences between Plaintiff and Trans Union, PenFed, REVFCU and third parties conduction investigations of disputes received from the plaintiff;

   a) Address: Soon to be known
   b) Phone #: Soon to be known

13) Others soon to be known by Plaintiff once disclosed by the Defendant as requested in Plaintiff's discovery presentments.

Dated this 19th day of July, 2024.

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Secured Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com