Record/FILE ON DEMAND                U.S.P.S. PRIORITY MAIL TRACKING NO. 9405 8301 0935 5115 7250 87

RECEIVED

2024 JUL 22 AM 11: 05

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| Nelson L. Bruce, | Case No.: 2:22-cv-01292-BHH-MGB |
|---|---|
| Plaintiff, | **PLAINTIFF'S MOTION TO THE COURT TO FILE AND ACCEPT PLAINTIFF'S REPLY TO NON-PARTY BANK OF AMERICA, N.A.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AS TIMELY** |
| v. | |
| REV FEDERAL CREDIT UNION, TRANS UNION, LLC, et al. | |
| Defendants. | |

NOW COMES Plaintiff, Nelson L. Bruce a natural man, being at or above the age of 18, of the age of the majority, with reservation of any and all secured natural rights, and hereby exercise such rights at all times, hereby notifies this court that on June 5, 2024 plaintiff's "Reply to NON-PARTY BANK OF AMERICA, N.A.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL" was mailed to the court to be filed (see...Exhibit 1-1). When checking the court records I did not see that the court received my filing on July 8, 2024 as provided by the tracking information on www.usps.com checking the tracking number that is associated with this filing. This U.S.P.S. Priority Mail tracking no. is 9405 8301 0935 5111 5819 46. It was sent with other filings to be filed with the court for case 22-cv-02211. It appears that the reply I sent to be filed on the record in this court is now lost as the post office could not locate this envelope after it was showing delivered. I have put in a "search for missing mail piece" request with the Post office. For the sake of time, and for good cause shown, I am asking that this court file the attached copy of my reply to Bank of America, N.A. as a timely filed reply because it was mailed to the court on June 5, 2024 and therefore had a date stamp within the timeframe required to file a reply Bank of America, N.A.'s response to my motion to compel. Please see below, a copy and paste tracking of this mailing directly from the USPS website

as it evidences the same tracking number at the top of reply filing attached to this motion and shows the mailing was processed through the Charleston center but then came back to Summerville as delivered but cannot be located.

**U.S.P.S. Tracking Info.:**



## CONCLUSION

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court for good cause shown place an order direct the clerk of court to file exhibit 1-1 as plaintiff's response to non-party Bank of America, N.A.'s response to plaintiff's motion to compel and notifying the parties that this filing is timely filed by the plaintiff. Dated this 19th day of July, 2024.

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Secured Natural Secured Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served to all parties on the service list **via the CM/ECF system.** Dated this 19th day of July, 2024.

### **SENT TO:**

CLEMENT RIVERS, LLP
Attention: Wilbur E. Johnson
25 Calhoun Street, Suite 400
Charleston, SC 29401
***Counsel for Trans Union***

Quilling Selander Lownds Winslett and Moser PC
Attention: Kyle Pietrzak
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
Attention: Kyle Pietrzak
***Counsel for Trans Union***

McGuireWoods LLP (Char NC)
Attention: Thomas Richmond McPherson, III
201 N Tryon Street, Suite 3000
Charlotte, NC 28202
***Counsel for Bank of America, N.A.***

Date this 19th day of **July, 2024.**

"Without Prejudice"

*Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com