Record/FILE ON DEMAND                    U.S.P.S. PRIORITY MAIL TRACKING NO. 9405 8301 0935 5115 7250 87

RECEIVED
2024 JUL 30 AM 9: 07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| Nelson L. Bruce,<br><br>    Plaintiff,<br><br>v.<br><br>Pentagon Federal Credit Union; et al.<br><br>    Defendants. | Case No.: 2:22-cv-02211-BHH-MGB<br><br>**PLAINTIFF'S AMENDED MOTION TO COMPEL DISCOVERY FROM PENTAGON FEDERAL CREDIT UNION ("PENFED")** |
|---|---|

Pursuant to **Fed. R. Civ. P. 37**, Plaintiff **Nelson L. Bruce,** hereby moves this court for an order compelling defendant, PENTAGON FEDERAL CREDIT UNION ("PENFED") to provide a sufficient response to and produce documents related to plaintiff's First and Second set of requests for discovery as provided below.

### REQUEST TO COMPEL DISCOVERY FROM PENTAGON FEDERAL CREDIT UNION ("PENFED")

On or about May 6, 2024, Plaintiff sent PenFed his 1st set of discovery (See…Exhibit 4.1). On or about 6-4-2024 PenFed through its counsel "Sarah James" by email requested a 6 day extension of time to respond to plaintiff's 1st set of discovery which Plaintiff granted until 6-11-2024. On 6-11-2024, PenFed responded to plaintiff's 1st set of discovery but had not produced any discovery documents because the protective order was not yet granted (See…Exhibit 4.2). On 6-13-2024, Plaintiff sent his amended second set of discovery to PenFed (See…Exhibit 4.3). On July 2, plaintiff requested a meet and confer Under Local Rule 37.01 related to his first set of discovery as plaintiff did not receive sufficient responses to his discovery nor was documents produced. On 7-2-2024 plaintiff met and conferred with PenFed Counsel Sarah although there was a little difficulty on the phone but alternatively there was an agreement to revisit the meet and confer once

the discovery documents were produced completing the response to plaintiff's 1st set of discovery requests as there may be changes to the discovery responses based on what was being produced. There also was a request to extend the timeframe to file a motion to compel which Penfed Granted on July 2, 2024.  On 7-3-2024 PenFed Responded to plaintiff's second set of discovery raising objections and not really responding to plaintiff's specific requests (See…Exhibit 4.4).  Once the protective order was granted, PenFed completed the response to plaintiff's first set of discovery and produced some discovery documents on 7-10-2024 along with resending their responses to plaintiff's first set of discovery technically completing the response to plaintiff's 1st set of discovery responses on July 10, 2024.  Plaintiff finished reviewing PenFed's response to his 1st set of discovery and another meet and confer was requested and scheduled on 7-19-2024.  The parties met and Conferred to try to resolve the issues but did not get far spending an hour trying to resolve the issues before plaintiff files a motion to compel to involve the court related to plaintiff's first interrogatory but it never got resolved.  Although plaintiff stated at the meeting why he requested the information, the conversation went into law and ultimately the issue never got resolved.  The questions asked of plaintiff were questions if sent to PenFed they could respond instead of the attorney as PenFed is the source of the information requested and very familiar with what they receive and or don't receive from the federal reserve.  Plaintiff notified Sarah that he would provide more information related to law this week since these were the question that were re-directed to avoid properly responding to my 1st set of discovery and production of documents as the questions had nothing to do with plaintiff's specific requests.  On 7-24-2024 plaintiff sent an email to PenFed Counsel Sarah within the 21 days of the meet and confer requirement related to his 2nd set of discovery to PenFed and also incorporating a request to meet and confer to resolve the 1st set of discovery requirements.  This email also requested an extension of time to file a motion to compel 7 days after our meet and confer.  Sarah responded back addressing only the meet and confer

related to the 1st set of discovery stating that they will not extend the timeframe past the 3-week originally granted. After reviewing the timeframe that they actually completed the response to plaintiff's first set of discovery, plaintiff is and was still within the 21-day meet and confer for the 1st set of discovery as their full response was completed on 7-10-2024 therefore no extensions were required. Based on PenFed's responses, previous meet and confer, it is clear that PenFed doesn't intent to cooperate nor respond sufficiently to plaintiff's discovery requests and therefore plaintiff moves this court for an order compelling PenFed to sufficiently respond to his 1st set of discovery (interrogatories 1 through 17 and request for production no.'s 1,2, 4 - 22.) and second set of discovery (all of the 2nd set of discovery interrogatories and requests for production presented).

For these reasons, plaintiff's motion to compel is timely and plaintiff has exercised multiple attemts in good faith to work with PenFed to resolve the discovery issues but have been unsuccessful and therefore moves this court for an order against defendant PenFed directing them to fully sufficiently respond to plaintiff's discovery requests and produce the documents requested by the plaintiff no later than 15 days from the order of this court without any further delays.

**WHEREFORE**, since PenFed refuses to comply with plaintiff's discovery requests, Plaintiff respectfully moves this court for an order to compel PenFed to comply with plaintiffs above referenced discovery requests so that plaintiff has the opportunity to complete discovery without any further delays to support his claims in this case.

**Certification of Plaintiff:**

I <u>Nelson L. Bruce</u> hereby certify that I have in good faith attempted to meet and confer with the defendant for discovery as presented above in an effort to obtain it without court action but it appear that the defendant is being uncooperative as of the date of the filing of this motion. Date this 24th day of **July, 2024**.

**RESPECTFULLY PRESENTED,**

"Without Prejudice"

*Nelson L. Bruce*
_____
Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com