# EXHIBITS 4.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>Plaintiff,<br><br>v.<br><br>Pentagon Federal Credit Union; et al.<br><br>Defendants. | Case No.: 2:22-cv-02211-BHH-MGB<br><br>PLAINTIFF'S FIRST SET OF REQUESTS FOR INTERROGATORIES AND PRODUCTION OF DOCUMENTS TO PENTAGON FEDERAL CREDIT UNION ("PENFED") |

<u>**PLAINTIFF'S FIRST SET OF REQUESTS FOR INTERROGATORIES AND PRODUCTION OF DOCUMENTS TO PENFED**</u>

Pursuant to Fed. R. Civ. P. 26, 33, and 34 Plaintiff hereby Presents the following Interrogatories and request for production of documents to **PENTAGON FEDERAL CREDIT UNION (herein PENFED)** to serve its answers, in writing and under oath, to the Plaintiff at c/o P.O. BOX 3345, Summerville, South Carolina 29484, within 30 days of service of these Interrogatories and requests for the production of documents. INTERROGATORIES (are to be answered contextually, without regard to typo, sentence structure and/or grammar. Everyone is deemed to know the law, everyone is deemed to have a reasonable understanding of law, the following is founded on the maxim i.e.: principles of law, please be advised)-Purported and alleged as identified, unsecured creditor Pentagon Federal Credit Union "PenFed", shall be whom "you" and/or "your" is referenced in the next set of sections: please answer each item numbered below clearly and concisely. Pursuant to the Federal Reserve Operating Circular No. 10 Appendix 3, when a promissory note, accompanied by the application identified therein, is used as collateral and security for a loan, and upon approval by the Federal Reserve Board of Governors.

Page 1 | 14

1. **INTERROGATORY NO. 1:** Issuance of Federal Reserve Notes: Please confirm if Federal Reserve notes were issued to the local Federal Reserve agent on behalf of the borrower to complete the transactions in question? If yes, please provide the date of issuance and the amount.

   **ANSWER:**

2. **INTERROGATORY NO. 2:** Notification of Receipt: Did you or the local Federal Reserve agent notify the borrower of the receipt of such monies as required by the agreement between the parties? If yes, please provide a copy of the notification, with the date indicated, and proof of service and/or notification.

   **ANSWER:**

3. **INTERROGATORY NO. 3:** Cease Collection Attempts: Upon the receipt of Federal Reserve notes and or by the local Federal Reserve agent as specified in law 59 STAT 237 §2, were all collection attempts ceased as stipulated by the Fair Debt Collections Practices Act, the Fair Credit Reporting Act, and the Consumer Financial Protection Act's? Please provide details of any communication sent to the borrower regarding the cessation of collection attempts.

   **ANSWER:**

4. **INTERROGATORY NO. 4:** Statement of Accounting: If the local Federal Reserve agent, also known as the lender, operates as a "collective entity" or custodian of the records, has a comprehensive statement of accounting as prescribed by the Uniform Commercial Code Article 9 Section 210 been provided upon request? If yes, please attach a copy of the statement with the attachment as to its accuracy. 26 IRC 166: (a) General rule (1) Wholly worthless debts… There shall be allowed as a deduction any debt which becomes worthless within the taxable year.

   **ANSWER:**

5. **INTERROGATORY NO. 5:** Do you have a TRUE BILL associated with the debts referenced in the 2nd amended complaint? Is so provide a certified copy, if not explain why not in full and complete detail!

   **ANSWER:**

6. **INTERROGATORY NO. 6:** Eligible papers: The United States Government has recognized that "notes, drafts, bills of exchange, bankers acceptances, trade acceptances" are eligible papers, at par with Federal Reserve notes and when tendered to the local Federal Reserve agent accompanied by the application for the advancement of Federal Reserve notes, such are, for the same purposes as "national bank (the Federal Reserve) notes." See: TITLE IV SECTION 401 SUBSECTION 18 PARAGRAPH 6. The government has held that these "eligible papers" are the "security and gold" backing Federal Reserve notes, and/or tender (and since such is defined within the law, they equate to "legal tender"), *i.e*.: "collateral security- "new money" *page 80* "The ... bill provides for the issuance of a new money... this new money is to be handled. I refer to section 401, which reads: Upon deposit with the Treasurer of the United States of all contract obligations of the United States, or any notes-- And so forth. • Under the Federal Reserve Act obligations that are deposited as the security and gold for reserve notes are placed in the hands of the Federal Reserve agent... This provision is for the issuance of Federal ... Reserve notes; and the security back of it is the obligations, notes, drafts, bills of exchange, bank acceptances." When the promissory note is defined in law as "tender" for the issuance of Federal Reserve Notes', [ibid] what is the justification for claiming that a security interest remains?

**ANSWER:**

7. **INTERROGATORY NO. 7:** Dollar for dollar: JOINT RESOLUTION June 5, 1933 "An Act to uniform the value of the coins and currencies of the United States" makes it clear that it is perpetually against public policy and the laws of the United States for any creditor (obligor) to demand payment from the debtor (obligee), that any debt is to be discharged upon payment (tender), "dollar for dollar" in any coin or currency which is at the time legal tender for the payment of debts!' 59 STAT 237 §2 holds that, the eligible papers (referred to as interrogatory number 6) or to receive at par value, and can at no time, "in no event, be less than the total amount of Federal Reserve notes applied for!" The United States has made the aforementioned, "eligible papers" obligations of the United States, guaranteeing their value backing them by the "full faith and credit of the United States" stating on the Congressional Record their intent to have these items backed thereby, being worth "100 cents on the dollar" as they represent "a mortgage on all the homes and other property of the people of the United States." Is it your contention, that Congress did not have the power and/or authority to assume responsibility for such eligible papers? That such eligible papers are not tender for the payment of debts? That Congress does not have the authority to regulate the coins and currencies of the United States? That Congress did not state that the eligible papers were to have equal power along with the dollars coined and/or issued? If the answers to any of these questions is yes, please support your conclusion with facts and conclusions of the law and not code, as the laws of the United States is not the U.S. Code, as the U.S. Code is always *prima facie* and not law! Unless you have evidence to the contrary, and again, you must provide such evidence supported by facts and conclusions of "the law!"

**ANSWER:**

8. **INTERROGATORY NO. 8:** The bond and insurance information: What is your bond number('s) (this shall reference any and all)? What is the name of the company that issued your bond and/or insurance? What is their contact information? What is the value of the bond and/or the insurance policy('s)? Do you have a copy of the policy('s)? If so, you are to supply a copy('s) for review and inspection without delay. You are, in accordance with the "Liabilities Act" required to submit to your insurance company, confirmation upon request and notification of a damage claim. Such will result in a additional and separate claim being filed against the bond and insurance companies for your breach of trust!

**ANSWER:**

9. **INTERROGATORY NO. 9:** ALLEGED FRAUDULENT SECURITY: Since the promissory note appears to be traded on the public market, and the Federal Reserve Act Section 16 Paragraphs 2 and 4 (Acts of June 21, 1917 (40 Stat. 237); Jan. 30, 1934 (48 Stat. 338); June 12, 1945 (59 STAT 237 §2)))), if the promissory note is indeed "collateral and security" assuming the capacity of collateral for the presumed loan and the capacity for the security interest, directly associated with the borrower's interest and promissory note, from the trade of this instrument on the market, what is the income derived from the trade of this instrument on the market? What is the borrower's interest in the trade of the instrument on the market? Has the borrower receive any documented compensation and/or offset, as a result of the trade on the market? Did the very fact that the promissory note was tendered along with the application, which is identified as FEDERAL RESERVE OPERATING CIRCULAR 10 APPENDIX 3, and the law requires Federal Reserve notes to be issued to the lending institution *i.e.* the local Federal Reserve agent, on behalf of the borrower, did this transaction which is coupled with an interest, not satisfy the debt obligation? If it did not, please indicate by providing proof of an outstanding balance and/or transaction and/or provide and/or furnish evidence that the promissory note is neither collateral nor security as prescribed in law?

**ANSWER:**

10. **INTERROGATORY NO. 10:** Please explain in full complete detail whether the Federal Reserve have a policy and or procedure where they issues credits instead of federal reserve notes in exchange for notes, drafts, bills of exchange, bank acceptances?

**ANSWER:**

11. **INTERROGATORY NO. 11:** Please explain in full completed detail whether or not you have a "Master Account" setup with the Federal Reserve and or any of its affiliates? Please explain what you utilize this account for?

**ANSWER:**


12. **INTERROGATORY NO. 12:** According to the Federal Reserve, by their payment and risk system, The Reserve Banks accept a wide range of loan types as collateral such as consumer loans (auto, revolving credit plans, single payment and installment loans); consumer leases (other); 1-4 family mortgage loans (second lien, home equity); 1-4 family residential mortgage loans; student loans; and credit card receivables; the federal reserve also generally accepts original notes, original note amendments/assignments are generally accepted. Please explain in full completed detail have you ever received any Federal Reserve notes or credits from the Federal Reserve in exchange for any of the above referenced generally accepted collateral? If so, please explain in full complete detail how you received such Federal Reserve notes and or credits in exchange for the pledging of a borrowers collateral and what accounts you apply them to or how you apply them where you document you received it.

**ANSWER:**


13. **INTERROGATORY NO. 13:** Until further notice: THE INTERNAL REVENUE SERVICE has provided guidance, that until further notice, there will be no penalties for financial institutions such as yours and/or the one you claim to represent, for failing to provide the recipient copies of the 1099C to the borrower for The Cancellation of The Debt. Charge-Off, Write-Off, Forgiveness, Extinguishment, Offset, Setoff, Discharge, if any of these are associated with the alleged debt[1], please indicate which, the date that they apply, the dates the borrower was notified, and any and all financial records documenting discounts, deductions and/or reductions and/or credit in tax liability for you and/or your organization associated with the alleged debt? Please take special notice, that any discount, any deductions, any reductions in tax liabilities associated with the instant alleged debts, equate to some sort of benefit, usually "dollar for dollar" if this is the case, such was received directly related to and/or associated with the borrower's interest. If you received any of the aforementioned associated reduction and/or deduction and/or offset and/or benefit directly associated with or indirectly to the borrower's interest, the borrower was to be notified, the

---

[1] "(g) Requiring writing off of doubtful or worthless assets of banks to require the writing off of doubtful or worthless assets upon the books and balance sheets of Federal reserve banks.
(h) Suspending operations of or liquidating or reorganizing banks to suspend, for the violation of any of the provisions of this chapter, the operations of any Federal reserve bank, to take possession thereof, administer the same during the period of suspension, and, when deemed advisable, to liquidate or reorganize such bank. (i) Requiring bonds of agents; safeguarding property in hands of agents to require bonds of Federal reserve agents, to make regulations for the safeguarding of all collateral, bonds, Federal reserve notes, money, or property of any kind deposited in the hands of such agents, and said board shall perform the duties, functions, or services specified in this chapter, and make all rules and regulations necessary to enable said board effectively to perform the same." **94 Stat 248**

borrower's alleged account balance was to be adjusted, was this done (please note that throughout this presentment each paragraph is contextually construed unless otherwise indicated)? when was it done? when was the borrower notified? Please take further notice, that although the Internal Revenue Service has elected not to enforce penalties for these members to supply the "recipient copy" to the borrower indicating a calculation of the obligation, this does not absolve the alleged creditor of the duty and obligations of the borrower's, for failure to supply this information to the borrower equates to malfeasance and a breach of fiduciary duty, breach of fiduciary duty of care and is actionable!

**ANSWER:**

**14. INTERROGATORY NO. 14:** Altering a notarized document: Do you have a copy of the original promissory note? Has the original promissory note been altered in any way? Did you know that altering a notarized document is unlawful, as a notarized document carrying the seal representing THE SOVEREIGN STATE full faith and credit, is prohibited by law? Did you know that it is unlawful for anyone to trespass on a notary seal, since the notary seal is backed by the full faith and credit of the State for which the notary is registered? Has the promissory note been converted to a negotiable instrument as outlined in the Uniform Commercial Code Article 9 Section 102 (65)?

['(65) "Promissory note" means an instrument that evidences a promise to pay a monetary obligation, does not evidence an order to pay, and does not contain an acknowledgment by a bank that the bank has received for deposit a sum of money or funds.']

Is there any evidence and/or indication on the promissory note in its present condition which states "An order to pay?" Since a promissory note "does not evidence an order to pay" and it appears that the promissory note has a specific endorsement, and appears to carry an assignment after an endorsement of "pay to the order of… Without recourse" would indicate that the promissory note has been converted to a negotiable instrument as defined under Uniform Commercial Code Article 3 Sections 104, under what premise for you asserting that there is an outstanding obligation *via* a "promise to pay?"

**ANSWER:**

**15. INTERROGATORY NO. 15:** Regarding Loan Funding: You shall provide detailed documentation and evidence that directly confirms the actual funding of the loans in question referenced in plaintiff's 2nd amended complaint, specifying the source of the funds for each loan of credit? Was the plaintiff's promissory notes used as a means of funding the loan by converting it into a monetary instrument upon receipt? If the answer is either yes or no, you will provide proof attesting to the accuracy and validity of your response.

**ANSWER:**

16. **INTERROGATORY NO. 16:** Please clarify how the promissory note is treated as collateral for the loan according to 59 STAT 237 §2. Was it considered a direct obligation of value by your institution? Is Federal Reserve operating 10 appendix 3 associated in any capacity with the aforementioned account and/or loan and/or security interest? If the answer is yes or no, please provide documentation and/or other evidence proving your asserted claim. According to the Federal Reserve Act, as amended on March 9, 1933, promissory notes serve as collateral and security for a loan. How does your institution's handling of the promissory note align with these provisions?

**ANSWER:**


17. **INTERROGATORY NO. 17:** Have you ever reported to any credit reporting agency any consumer accounts that has or had an account with you (credit card, installment loan, auto loan, line of credit) with a zero balance because it was closed, charged-off, transferred to another lender and or purchased by another lender? If the answer is yes, please explain in full complete detail the reason why you reported it this way.

**ANSWER:**


18. **INTERROGATORY NO. 18:** Please explain in full complete detail the exact month, day and year each of the plaintiff's accounts referenced in his 2nd amended complaint were sold, assigned and transferred to a third party? Please provide the contact information for these third parties including the names, addresses and phone number of the third parties sold, assigned and transferred to which are associated with your agreements with them.

**ANSWER:**


## **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

These requests for production include the original media and all copies that differ from the original in any respect, such as notations made on the copy. These requests are also intended to include all media of any nature that are now or have at any time been within your care, custody or control. If a document or media is no longer in your care, custody or control, identify its

disposition.

If you contend that any document or media responsive to any request is privileged, in whole or in part, or if you otherwise object to its production, then with respect to each such document or media, Identify the date of the media, the nature or type of media, the individual that prepared the media, any recipients of the media, including anybody that may have the media in their possession, and from whom you obtained the media. State with particularity the reason or reasons for your objection and/or the nature of any privilege asserted together with sufficient proof supporting your alleged privilege exemption. All requests for production include electronically stored documents rather mentioned below or not.

Please identify each person who provides documents to these demands and each person (attach pages if necessary) who assisted, including attorneys, accountants, employees of third party entities, or any other person consulted, however briefly, on the content of any document to provide a statement under oath stating that the documents being sent are true and correct copies of the original.

**PLEASE NOTE** the maxim on notice's, if you are not the appropriate agent/principle or have knowledge of whom the actual party happens to be you are to notify myself and that party immediately, and have or cause to have delivered these demanded request[s] without delay, as is required via your internal policies and due process.

**REQUEST FOR PRODUCTION NO. 1:** Please produce any and all documents and electronically stored data related to Interrogatories No. 1 through 16 and 18.

**REQUEST FOR PRODUCTION NO. 2:** Please produce the names, addresses and phone numbers of the third parties that you sold assigned and transferred plaintiffs accounts referenced in his 2nd amended complaint to.

**REQUEST FOR PRODUCTION NO. 3:** Please produce any and all documents and electronically stored data supporting the exact dates that plaintiff's accounts were sold, assigned and transferred to third parties.

**REQUEST FOR PRODUCTION NO. 4:** Please produce any and all insurance policies that are associated with the plaintiff's alleged debts referenced in his 2nd amended complaint.

**REQUEST FOR PRODUCTION NO. 5:** Please produce any and all your procedures for following and being in compliance with the FCRA and the Data Furnisher Rules.

**REQUEST FOR PRODUCTION NO. 6:** Please produce any and all ACDV's that were created by any and all credit reporting agencies related to plaintiffs disputes from January 2019 to present.

**REQUEST FOR PRODUCTION NO. 7:** Please produce any and all documents you sent to plaintiff given him the opportunity, before the time that you disclosed nonpublic personal information to a nonaffiliated third such as the credit reporting agencies and the third parties referenced in plaintiff's 2nd amended complaint was initially disclosed to them so that he can direct that such information not be disclosed to such third party explaining how the plaintiff can exercise that nondisclosure option giving him the opportunity to opt-out of his non-public personal information being report to a non-affiliated third party as required by The Gramm-Leach-Bliley Act as codified under 15 U.S.C. 6802.

**REQUEST FOR PRODUCTION NO. 8:** Please produce any and all documents and electronically stored information related to your master account with any and all federal reserves. This would include your account number, any and all agreement, applications, transactions and balances transacted through this account from September 2016 to September 2017.

**REQUEST FOR PRODUCTION NO. 9:** Please produce any and all documents and electronically stored information related to the pools of loans that are securitized where plaintiff's alleged loan debts are or were associated with and pooled in. Produce all agreements associated, the names of the pools, cusip number associated and the organizations associated with these pools of securities included the insurance policies associated with these pools.

**REQUEST FOR PRODUCTION NO. 10:** Please produce any and all documents and electronically stored data that has you deductions you received from the IRS related to any and all uncollectible worthless business bad debts from 2016 to present. Include the required statement that are associated with these deductions and all Schedule-C's filed with the IRS which documents your losses.

**REQUEST FOR PRODUCTION NO. 11:** Please produce any and all your policies and procedures concerning the accuracy and integrity of furnished information as required under 16 C.F.R. § 660.3 et seq.

**REQUEST FOR PRODUCTION NO. 12:** Please produce the name, address, and phone number of any and all indenture trusties that you are associated with that are associated with plaintiff's alleged debt accounts referenced in plaintiff's 2nd amended complaint.

**REQUEST FOR PRODUCTION NO. 14:** Please produce all of the EIN and FEIN numbers that you are using in your business and the names associated with these tax identification numbers.

**REQUEST FOR PRODUCTION NO. 15:** Please produce any and all Bank accounts that you have and have created that are in the plaintiff's name.

**REQUEST FOR PRODUCTION NO. 16:** Please produce any and all of your charge-off policies.

**REQUEST FOR PRODUCTION NO. 17:** Please produce any and all information related to your ALLL account such as the amounts associated and the debits that you made from in this account to credit the receivables of charged-off debts from September 2016 to present. This would include documentation related to the amounts you have set as reserves to cover any and all loan and lease losses as required by the NCUA.

**REQUEST FOR PRODUCTION NO. 18:** Please produce a copy of your Call Reports to include your NCUA 5300 Call Reports from September 2016 to present.

**REQUEST FOR PRODUCTION NO. 19:** Please produce a colored picture of the front and back of any and all plaintiff's original "Notes" bearing his wet ink signature and or electronic signature in its current state as it stand today that is alleged to be in your custody control or possession.

**REQUEST FOR PRODUCTION NO. 20:** Please produce any and all transactions associated with account number ▓▓▓▓847 with a routing number of ▓▓▓▓446 that is a PENFED account and the name this account is associated with who the owner of this account and where the funds generated from that were credited to this account.

**REQUEST FOR PRODUCTION NO. 21:** Please produce the full names of any and all persons who have personal firsthand personal knowledge of any fact related to any claims and defenses that you may have at trial and can sufficiently answer questions at trial on behalf of you related to this case. Please produce a statement of their positions, and their day to day tasks, functions and responsibilities.

**REQUEST FOR PRODUCTION NO. 22:** Please produce any and all documents and electronically stored information that you will be using at trail to support any claims and defenses you may have.

## DEFINITIONS

The following are definitions of the terms used in these interrogatories and requests for production. Please read these definitions carefully as some of the words used in these discovery requests may be more expansive than those terms are given in common usage.

1. "You" and "your" shall refer to and include the party to whom these discovery requests are directed as well as current and former attorneys, agents, investigators, consultants, accountants, officers, directors, subsidiaries, holding companies, partners, assignors, assignees, investors, and employees.

2. "Person" or "entity" means any natural person, firm, corporation, partnership, proprietorship, joint venture, organization, group of natural persons or other association separately identifiable, whether or not such association has a separate juristic existence in its own right.

3. "Document" or "media" means recorded material in any form, including the original and all non-identical copies (whether different from the originals by reason of any notation made on such copies or otherwise), including, without limitation, correspondence, memoranda, notes, desk calendar, diaries, statistics, letters, telegrams, minutes, contracts, applications, reports, studies, checks, invoices, statements, receipts, returns, warranties, guaranties, summaries, pamphlets, books, interoffice and intraoffice communications, offers, notations of any sort of conversations, telephone calls, voice mails, chat rooms, meetings or other communications, bulletins, bulletin boards, magazines, publications, printed matter, photographs, video, computer stored or generated information, teletypes, telefax, invoices, worksheets and all drafts, alterations, modifications, changes and amendments of any of the foregoing, tapes, tape recording transcripts, graphic or aural records or representations of any kind, of which you have knowledge or which are or were formally in your actual or constructive possession, custody, or control.

4. "Possession, custody or control" includes the joint or several possession, custody or control not only by the person to whom these interrogatories and requests are addressed, but also the joint or several possession, custody or control by each or any other person or entity acting or purporting to act on behalf of the person, whether as employee, attorney, accountant, agent, sponsor, spokesman or otherwise.

5. The terms "relate to", "relating to", "pertain to", and "pertaining to" are used in the broadest sense and mean to refer to, discuss, involve, reflect, deal with, consist of, represent, constitute, emanate from, directed at, support, evidence, describe or mention.

6. "Describe" means to state every material fact and circumstance specifically and completely (including, but not limited to, date, time, location and the identity of all participants) and whether each such fact or circumstance is stated on knowledge, information, or belief, or is alleged without foundation.

7. "Account" means any account reported to plaintiff's consumer report by PENFED related to the claims in this case.

8. "Hard" or "Soft" Inquiry" means a credit check. A request to a credit reporting agency for a copy of Plaintiff's consumer credit file/report.

9.      "Computer" shall include, but is not limited to, microcomputers (also known as personal computers or desktops), laptop computers, portable computers, personal digital assistants, Blackberrys, minicomputers and mainframe computers.

10.     "Electronic data" and "Electronically Stored" means all information stored in a digital format. Electronic data also includes, but is not limited to, electronic mail messages and attachments, contacts, stored IP Addresses, journal entries, calendar entries, word processing documents, spreadsheets, databases including all records and fields and structural information, charts, graphs, and Any and all correspondence or other document/records that are not privileged as per rules of evidence that are in your possession and or expected to be in your possession either expressly through the original agreement and or statute; miscellaneous files responsive to the following requests. The responding party is expected to search for Any and all correspondence or other document/records that are not privileged as per rules of evidence that are in your possession and or expected to be in your possession either expressly through the original agreement and or statute; information stored on hard disks, floppy disks, CDs, DVDs, USB devices, Personal Digital Assistants (such as Palm Pilots, Blackberrys and Treos), and in any other vehicle for digital data storage and/or transmittal. The term electronic data also includes the file, folder tabs and/or containers and labels appended to, or associated with, any physical storage device associated with the information described above.

11.     "Evidentiary Image" means a true bit-stream copy of the data requested.

12.     "Deleted File" means any electronic data file that has been erased or deleted from the electronic media on which it resided.

13.     "File", when used in connection with information on any consumer, means all of the information on that consumer recorded and retained by a consumer reporting agency regardless of how the information is stored.

   a.   Throughout these discovery requests language should be read in light of the context in which it is used. Consequently, the singular includes the plural and the plural includes the singular, where appropriate. Furthermore, the masculine is intended to also refer to the feminine, where appropriate and vice versa.

14.     "Investigative consumer report" means a consumer report or portion thereof in which information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, or associates of the consumer reported on or with others with whom he is acquainted or who may have knowledge concerning any such items of information.

15.     "Verified" means to check that it is in fact true by careful examination or investigation, and through the receipt of physical documentation.

16.     "Data Furnisher" means PENTAGON FEDERAL CREDIT UNION (F.K.A. PENFED).

17. "Third Party" as it relates to this matter means any person, organization, entity, individual, trustee, indenture trustee, affiliate, agent, representative other than PENFED.

RESPECTFULLY PRESENTED,

Dated this 6th day of May, 2024.

"Without Prejudice"

*Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Secured Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com
