# Exhibit A

Declaration of Kyle Pietrzak

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE,<br><br>    Plaintiff,<br><br>v.<br><br>PENTAGON FEDERAL CREDIT UNION a/k/a PENTAGON FEDERAL CREDIT UNION FOUNDATION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, LEXISNEXIS RISK SOLUTIONS, INC., and UNKNOWN DOES 1-100,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: 2:22-cv-02211-BHH-MGB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF KYLE PIETRZAK IN SUPPORT OF
DEFENDANT TRANS UNION LLC'S MOTION TO COMPEL
PLAINTIFF'S DISCOVERY RESPONSES AND MEMORANDUM IN SUPPORT**

I, Kyle Pietrzak, counsel for Defendant Trans Union LLC ("Trans Union"), hereby declare:

1. My name is Kyle Pietrzak. I am over 21 years of age and I am competent to testify as to the matters stated herein. I have authority to submit this Declaration on Trans Union's behalf in support of Defendant Trans Union LLC's Motion to Compel Plaintiff's Discovery Responses.

2. I have personal knowledge of the facts herein stated based upon my experience with this litigation. I was admitted *Pro Hac Vice* in this case on May 1, 2024.

3. On May 9, 2024, I caused to be properly served, via email and U.S. First Class mail, on Plaintiff Nelson L. Bruce ("Plaintiff") Trans Union's First Set of Interrogatories, First Requests for Production and First Requests for Admission ("Discovery Requests"). A true and correct copy of the transmittal email forwarding Trans Union's Discovery Requests is attached

hereto as **Exhibit A-1**.

4.     On June 9, 2024, Plaintiff served responses to Trans Union's First Set of Interrogatories and Requests for Production ("Discovery Responses"). A true and correct copy of Plaintiff's Discovery Responses is attached hereto as **Exhibit A-2.**

5.     On July 1, 2024, counsel for Trans Union and Plaintiff met and conferred telephonically in a good faith attempt to resolve the discovery disputes. Following the conference, Plaintiff and Trans Union agreed, in writing, as required by Local Rule 37.01(A), that Plaintiff would supplement his Discovery Responses by July 22, 2024, and Trans Union would have until August 5, 2024, to bring a Motion to Compel, if necessary. A true and correct copy of the email chain between the Plaintiff and Trans Union's Counsel is attached hereto as **Exhibit A-3.**

6.     With respect to paragraph No. 5 above, Plaintiff and Trans Union originally agreed that Plaintiff's Supplemental Responses would be due July 15, 2024, giving Trans Union until July 29, 2024, to bring a Motion to Compel. On July 12, 2024, the original agreement was extended by 7 days at Plaintiff's request. *See* **Exhibit A-3.**

7.     Plaintiff served his First Supplemental responses to Trans Union's First Set of Interrogatories and Requests for Production ("Supplemental Discovery Responses") on July 22, 2024. A true and correct copy of Plaintiff's Discovery Responses is attached hereto as **Exhibit A-4.**

8.     Plaintiff's Supplemental Discovery Responses remain deficient as to Interrogatory No. 13, in that he still refused to provide any information regarding his income history and Request for Production No. 38, as he still refused to provide Trans Union with the tax authorization form allowing Trans Union to obtain the necessary income information directly

from the IRS

9. As a result of Plaintiff's continued refusal to provide the requested information, Trans Union has been forced to incur attorney fees as a result of having to prepare and file the instant Motion to Compel.

10. The attached Exhibits were made at or near the time of occurrence of the matters set forth in the attached records by, or from information transmitted by, a person with knowledge of those matters. The attached records were kept by the law firm Quilling, Selander, Lownds, Winslett, and Moser, P.C. in the regular course of its business, and as a regular practice of the law firm Quilling, Selander, Lownds, Winslett, and Moser, P.C. The Exhibits attached hereto are exact duplicates of the originals.

Pursuant to 28 U.S.C. §1746, I further declare under penalty of perjury that the foregoing is true and correct.

Executed this _5th_ day of August 2024, at Plano, Texas.

*/s/ Kyle Pietrzak*
**KYLE PIETRZAK**