IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) |
| PENTAGON FEDERAL CREDIT UNION a/k/a PENTAGON FEDERAL CREDIT UNION FOUNDATION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, LEXISNEXIS RISK SOLUTIONS, INC., and UNKNOWN DOES 1-100, | ) ) ) ) ) ) ) ) ) ) CASE NO.: 2:22-cv-02211-BHH-MGB |
|     Defendants. | ) |

**DEFENDANT TRANS UNION LLC'S CLARIFICATION REGARDING
MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

COMES NOW, Trans Union LLC ("Trans Union"), and files its Clarification regarding its Motion to Dismiss Plaintiff's Third Amended Complaint ("Motion to Dismiss"), and would respectfully show the Court as follows:

1. On June 13, 2024, Trans Union filed its Motion to Dismiss. In the Motion to Dismiss, Trans Union makes reference to "Trans Union's Reinvestigation Results (ECF 163-3 at p. 36)" and " ECF 163-3 at pp. 75-76."

2. As pointed out by the Court in its August 29, 2024 text order requiring clarification, there are no corresponding exhibits at ECF No. 163. ECF No. 258

3. Trans Union apologizes for the confusion caused and clarifies that the documents referenced in its Motion to Dismiss can be found at ECF No. 1-3 at pp. 33-36 and ECF No. 1-3 at pp. 73–76, respectively.

1

7493497.1

        Respectfully Submitted,

        *s/ Wilbur E. Johnson*
        Wilbur E. Johnson
        wjohnson@ycrlaw.com
        Federal ID No.: 2212
        Clement Rivers, LLP
        25 Calhoun Street, Suite 400
        Charleston, SC 29401
        (843) 724-6659
        (843) 579-1332 Fax
        *and*
        Kyle Pietrzak, Esq.
        (admitted *Pro Hac Vice*)
        kpietrzak@qslwm.com
        Quilling, Selander, Lownds, Winslett & Moser, P.C.
        6900 N Dallas Parkway, Suite 800
        Plano, TX 75024
        (214) 560-5458
        (214) 871-2111 Fax
        **Counsel for Trans Union LLC**

Date:  August 29, 2024

7493497.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

G. Troy Thames
tthames@wjlaw.net
Willson Jones Carter and Baxley
421 Wando Park Boulevard, Suite 100
Mt Pleasant, SC 29464
(843) -284-0832
(843) 284-1081 Fax
and
Michael A. Graziano
mgraziano@eckertseamans.com
Sarah A. James
sjames@eckertseamans.com
Eckert Seamans Cherin and Mellott LLC
1717 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
(202) 659-6671
(202)659-6699 Fax
***Counsel for Pentagon Federal Credit Union a/k/a Pentagon Federal Credit Union Foundation***
Lyndey Ritz Zwing Bryant
lyndey.bryant@arlaw.com
Adams and Reese LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-4958
(803) 779-4749 Fax
and
Grant Edward Schnell
gschnell@jonesday.com
Jones Day
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
(404) 581-8023
***Counsel for Experian Information Solutions, Inc.***

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E Broad Street, Suite 400
Greenville, SC 29601-2892
(864) 242-8235
and
Eric F. Barton
ebarton@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
(404) 885-1500
***Counsel for Equifax Information Services, LLC***
William Joseph Farley, III
will.farley@troutman.com
Troutman Sanders LLP
301 S Tryon Street, Suite 3400
Charlotte, NC 28202
(704) 998-4099
and
Susan Jean Lloyd
susie.lloyd@troutman.com
Troutman Pepper
301 South College Street, Suite 3400
Charlotte, NC 28202
(724) 561-7546
***Counsel for LexisNexis Risk Solutions, Inc.***

3

7493497.1

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participants:

Nelson L. Bruce
leonbruce81@yahoo.com
PO BOX 3345
Summerville, SC 29484-3345
*Pro Se Plaintiff*

*s/ Wilbur E. Johnson*
**WILBUR E. JOHNSON**