IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PENTAGON FEDERAL CREDIT UNION ) | |
| a/k/a PENTAGON FEDERAL CREDIT ) | |
| UNION FOUNDATION, EXPERIAN ) | CASE NO.: 2:22-cv-02211-BHH-MGB |
| INFORMATION SOLUTIONS, INC., ) | |
| TRANS UNION, LLC, EQUIFAX ) | |
| INFORMATION SERVICES, LLC, ) | |
| LEXISNEXIS RISK SOLUTIONS, INC., and ) | |
| UNKNOWN DOES 1-100, ) | |
| Defendants. ) | |

**DEFENDANT TRANS UNION LLC'S RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

COMES NOW, Defendant Trans Union LLC ("Trans Union"), and files this Response in Opposition to Plaintiff's Motion for Protective Order, and would respectfully show the Court as follows:

**I.   BACKGROUND**

1. On May 9, 2024, Trans Union served its First Set of Interrogatories and First Requests for Production on Plaintiff. On June 9, 2024, Plaintiff served his Discovery Responses, but failed to sufficiently answer Trans Union's Interrogatories and Requests for Production.

2. On July 1, 2024, counsel for Trans Union and Plaintiff met and conferred telephonically in a good faith attempt to resolve the discovery disputes. Plaintiff served his First Supplemental responses to Trans Union's First Set of Interrogatories and Requests for Production on July 22, 2024, however, these supplemental responses remained deficient.

3. On August 5, 2024, Trans Union filed a Motion to Compel Plaintiff's Discovery Responses, ("Motion to Compel"). *See* ECF No. 230.

4.  Plaintiff filed his Opposition to Trans Union's Motion to Compel on August 20, 2024. ECF No. 244. That same day, Plaintiff filed a Motion for a Protective Order, claiming that the discovery sought by Trans Union is "invasive of his privacy" and is "intended to harass rather than to obtain relevant information." ECF No. 246 at pg. 1.

5.  On August 27, 2024, Trans Union filed it Reply to Support of its Motion to Compel Plaintiff's Discovery Responses. *See* ECF No. 253.

6.  Plaintiff filed his Motion for Protective Order on August 20, 2024, claiming that the discovery sought by Trans Union is "invasive of his privacy" and is "intended to harass rather than to obtain relevant information." ECF No. 246 at pg. 1.

7.  As Plaintiff's Motion for Protective Order is redundant of his Response to Trans Union's Motion to Compel and entirely unnecessary, Trans Union incorporates by reference the arguments set forth in its Motion to Compel (ECF No. 230) and its Reply to Plaintiff's Opposition to Trans Union's Motion to Compel (ECF No. 253).

For the foregoing reasons, Trans Union respectfully requests that the Court deny Plaintiff's Motion for Protective Order in its entirety, and for such other and further relief as this Court deems just.

Respectfully Submitted,

Wilbur E. Johnson
wjohnson@ycrlaw.com
Federal ID No.: 2212
Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
(843) 724-6659
(843) 579-1332 Fax

Kyle Pietrzak, Esq.

7474007.1

(admitted *Pro Hac Vice*)
kpietrzak@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5458
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

7474007.1

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September 2024, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

G. Troy Thames
tthames@wjlaw.net
Willson Jones Carter and Baxley
421 Wando Park Boulevard, Suite 100
Mt Pleasant, SC 29464
(843) -284-0832
(843) 284-1081 Fax
and
Michael A. Graziano
mgraziano@eckertseamans.com
Sarah A. James
sjames@eckertseamans.com
Eckert Seamans Cherin and Mellott LLC
1717 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
(202) 659-6671
(202)659-6699 Fax
**Counsel for Pentagon Federal Credit Union a/k/a Pentagon Federal Credit Union Foundation**
Lyndey Ritz Zwing Bryant
lyndey.bryant@arlaw.com
Adams and Reese LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-4958
(803) 779-4749 Fax
and
Grant Edward Schnell
gschnell@jonesday.com
Jones Day
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
(404) 581-8023
**Counsel for Experian Information Solutions, Inc.**

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E Broad Street, Suite 400
Greenville, SC 29601-2892
(864) 242-8235
and
Eric F. Barton
ebarton@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
(404) 885-1500
**Counsel for Equifax Information Services, LLC**
William Joseph Farley, III
will.farley@troutman.com
Troutman Sanders LLP
301 S Tryon Street, Suite 3400
Charlotte, NC 28202
(704) 998-4099
and
Susan Jean Lloyd
susie.lloyd@troutman.com
Troutman Pepper
301 South College Street, Suite 3400
Charlotte, NC 28202
(724) 561-7546
**Counsel for LexisNexis Risk Solutions, Inc.**

7474007.1

4

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participants:

Nelson L. Bruce
PO BOX 3345
Summerville, SC 29484-3345
***Pro Se Plaintiff***

WILBUR E. JOHNSON

7474007.1