**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Nelson L. Bruce,<br><br>Plaintiff,<br><br>v.<br><br>Pentagon Federal Credit Union; *et al.*<br><br>Defendants. | ) | CASE NO.: 2:22-cv-02211-BHH-MGB |

**DECLARATION OF JAY FERRIN**

I, Jay Ferrin, declare as follows:

1. I am currently employed as Pentagon Federal Credit Union's ("PenFed") Senior Manager, Financial Reporting.

2. Unless otherwise stated, I have personal knowledge of the facts herein.

3. My job responsibilities at PenFed focus on general financial reporting related to the overall financial condition of PenFed.

4. I do not have any responsibilities for, or specialized knowledge of, PenFed's credit reporting policies, procedures, or practices.

5. I do not have any responsibilities related to individual accounts of PenFed's members, and I do not use data or information from individual accounts to perform my job.

6. I do not know Nelson L. Bruce, have never communicated with him, and, before executing this declaration, had never heard of him.

7. I do not have any responsibilities related to, or knowledge of, Mr. Bruce's relationship with PenFed or any details regarding his accounts with PenFed, any credit reporting disputes he has raised, or any requests for an accounting he has made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2024.

Jay Ferrin