Record/FILE ON DEMAND

U.S.P.S. PRIORITY MAIL NO. 9405 5301 0935 5038 4310 26

RECEIVED
2024 SEP 23 AM 9:28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>Plaintiff(s),<br><br>vs.<br><br>Pentagon Federal Credit Union ("PenFed") et al.<br><br>Defendant(s). | **CASE NO.: 2:22-cv-02211-BHH-MGB**<br><br>**PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENAS ON NON-PARTIES** |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff, Nelson L. Bruce, hereby provides notice to Defendant Pentagon Federal Credit Union (PenFed) and all other defendants in this action of Plaintiff's intent to serve subpoenas duces tecum on the following non-parties:

1. Wells Fargo Bank, N.A., located at 1150 N. 54th St., Chandler, AZ 85226.
2. Chapman I-10, LLC d/b/a Chapman BMW, located at 7455 W. Orchid Lane, Chandler, AZ 85226.
3. Federal Reserve Bank of Richmond, located at 701 East Byrd Street, Richmond, VA 23219.
4. PenFed is located at Pentagon Federal Credit Union ("PenFed") 2930 Eisenhower Avenue, Alexandria, VA 22313-2032.

These subpoenas will request documents and records related to the processing and payment of the transactions involving Plaintiff's auto loan, line of credit, and credit card with PenFed.

Dated this 19th day of **September, 2024.**

RESPECTFULLY PRESENTED,

Nelson L. Bruce

Nelson L. Bruce, Propria Persona, Sui Juris
All Secured Natural Rights Explicitly Reserved and Retained "With Prejudice"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com