Record/FILE ON DEMAND　　　　　　　　U.S.P.S. Priority Mail Tracking No. 9405 5301 0935 5036 8872 52

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Pentagon Federal Credit Union; et al.<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-02211-BHH-MGB<br><br>**PETITION TO FILE UNDER SEAL "EXHIBIT K"** |

*2024 SEP 23 AM 9:34 RECEIVED*

## TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff, **Nelson L. Bruce**, respectfully petitions this Court for an order allowing the filing of **Exhibit K** under seal. This exhibit contains confidential and proprietary internal documents provided by Defendant **Pentagon Federal Credit Union** during discovery, which are relevant to Plaintiff's petition for an evidentiary hearing and forensic audit.

### I.　LEGAL STANDARD

Pursuant to **Local Civil Rule 5.03 (D.S.C.)** and **Fourth Circuit precedent**, sealing of documents may be permitted when a party demonstrates that the public's right of access is outweighed by competing interests. In *In re Knight Publishing Co.*, **743 F.2d 231, 235 (4th Cir. 1984)**, the court outlined factors for determining whether to allow documents to be sealed, such as the potential harm to a party from disclosure of sensitive information and the interests of the public.

Here, Plaintiff presents that **Exhibit K** contains proprietary information of PenFed.

Public disclosure of this information could cause harm to Defendants by revealing sensitive business practices and internal procedures that are not typically available to the public. As such, Plaintiff requests that this exhibit be sealed to protect Defendants' proprietary information.

## II.   GROUNDS FOR SEALING

1. **Confidential Nature of Exhibit K:**

    The exhibit contains internal practices and transactions of the Defendant PenFed that are not publicly available and are considered confidential and proprietary. Public disclosure of these documents would reveal sensitive business practices.

2. **To comply with the protective order:**

    To comply with the protective order in this case, it is requested that Exhibit K be sealed because it is a confidential document that is associated with the protective order.

3. **Balancing the Public Interest and Private Harm**:

    While there is a general presumption of public access to judicial records, this is outweighed here by the potential harm to Defendants if proprietary business information is made public. The Fourth Circuit has recognized that protecting sensitive commercial information can justify sealing documents. See ***Stone v. Univ. of Md. Med. Sys. Corp.*, 855 F.2d 178, 180-81 (4th Cir. 1988)**.

## III.   CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that this Court grant the petition to file **Exhibit K** under seal to protect the confidential nature of the Defendants' business transactions and practices. DATED this 17th day of September, 2024.

**RESPECTFULLY PRESENTED,**

*Nelson L. Bruce*
Nelson L. Bruce, Plaintiff, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained "with prejudice"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com