# EXHIBITS A-1

View report from

Dec 06, 2022　⌄

You are viewing an out-of-date report. This does not reflect your current score.

Print report

# NELSON LEON BRUCE

## 623
Calculated using VantageScore 3.0
Provided by TransUnion

## Personal Information

**NAMES REPORTED**

NELSON LEON BRUCE

**EMPLOYMENT INFO**

REAL ESTATE CONSULTING

CAPITAL RETURN INVESTMENTS LL

Today　Credit　Cards　Loans　Money

**Hide closed (2)**

**OTHER LOANS**

| | |
|---|---|
| **NAVY FEDERAL CR UN**<br>Reported: Nov. 30, 2022 | $19.00 +<br>In good standing |
| **REVFCU**<br>Reported: Dec. 01, 2022 | $471.00 +<br>Closed |
| **PENTAGON FEDERAL CREDIT**<br>Reported: Nov. 30, 2022 | $4,427.00 −<br>Closed |

**Overview**

You have **100%** left to pay on this loan.

| | |
|---|---|
| Balance<br>$4427 | Highest Balance<br>$4432 |
| Monthly payment | $0 |
| Opened | Mar. 15, 2016 (7 yrs, 2 mos) |
| Term | No Info |

**Payment History**

| | |
|---|---|
| Last payment | Feb. 04, 2017 |

Today   Credit   Cards   Loans   Money

| | |
|---|---|
| Account status | Derogatory |
| Type | Line of credit |
| Responsibility | Individual |
| Remarks | Charged off as bad debt |
| | Profit and loss write-off |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Nov. 30, 2022 |

**Creditor Information**

PENTAGON FEDERAL CREDIT
1001 N. FAIRFAX
ALEXANDRIA, VA 22314

(703) 838-1000

**REVFCU** — $0.00
Reported: May 24, 2013 — **Closed**

**REVFCU** — $0.00
Reported: May 24, 2013 — **Closed**

**Hide closed (4)**

Today | Credit | Cards | Loans | Money

View report from

Jan 30, 2023

You are viewing an out-of-date report. This does not reflect your current score.

Print report

# NELSON LEON BRUCE

**609**
Calculated using VantageScore 3.0
Provided by TransUnion

## Personal Information

**NAMES REPORTED**

NELSON LEON BRUCE

**EMPLOYMENT INFO**

REAL ESTATE CONSULTING

CAPITAL RETURN INVESTMENTS LL

Today  Credit  Cards  Loans  Money

## PENTAGON FEDERAL CREDIT

Reported: Dec. 31, 2022

$4,427.00
**Closed**

### Overview

You have **100%** left to pay on this loan.

| | |
|---|---|
| Balance | Highest Balance |
| $4427 | $4432 |
| Monthly payment | $0 |
| Opened | Mar. 15, 2016 (7 yrs, 2 mos) |
| Term | No Info |

### Payment History

| | |
|---|---|
| Last payment | Feb. 04, 2017 |
| Current Payment Status | In Collections/Charge-off |
| Worst Payment Status | No Info |

 Today     Credit     Cards    Loans     Money

| | |
|---|---|
| Account status | Derogatory |
| Type | Line of credit |
| Responsibility | Individual |
| Remarks | Charged off as bad debt |
| | Profit and loss write-off |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Nov. 30, 2022 |

**Creditor Information**

PENTAGON FEDERAL CREDIT
1001 N. FAIRFAX
ALEXANDRIA, VA 22314

(703) 838-1000

**Hard Inquiries**

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your TransUnion report.

**CAPITAL ONE**
Inquiry: Jan. 20, 2023

**ALLIANT CREDIT UNION**
Inquiry: Dec. 10, 2021

---

**NAVY FEDERAL CR UN**  $0.00  +
Reported: Dec. 07, 2022  **Closed**

**REVFCU**  $0.00  +
 **Closed Bank**  +
(800) 955-7070
 $0.00  +
 **Closed Credit Union**  +
(800) 328-1935

| Today | Credit | Cards | Loans | Money |

View report from

Feb 03, 2023

You are viewing an out-of-date report. This does not reflect your current score.

Print report

# NELSON LEON BRUCE

## 611
Calculated using VantageScore 3.0
Provided by TransUnion

## Personal Information

**NAMES REPORTED**

NELSON LEON BRUCE

**EMPLOYMENT INFO**

REAL ESTATE CONSULTING

CAPITAL RETURN INVESTMENTS LL


Today  Credit  Cards  Loans  Money

## PENTAGON FEDERAL CREDIT
Reported: Jan. 31, 2023

**$4,427.00**
**Closed**

### Overview

You have **100%** left to pay on this loan.

Balance
$4427

Highest Balance
$4432

Monthly payment

$0

Opened

Mar. 15, 2016 (7 yrs, 2 mos)

Term

No Info

### Payment History

Last payment

Feb. 04, 2017

Current Payment Status

In Collections/Charge-off

Worst Payment Status

No Info

Today | Credit | Cards  | Loans  | Money 

| | |
|---|---|
| Account status | Derogatory |
| Type | Line of credit |
| Responsibility | Individual |
| Remarks | Charged off as bad debt |
| | Profit and loss write-off |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Nov. 30, 2022 |

**Creditor Information**

PENTAGON FEDERAL CREDIT
1001 N. FAIRFAX
ALEXANDRIA, VA 22314

(703) 838-1000

**Hard Inquiries**

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your TransUnion report.

**CAPITAL ONE**
Inquiry: Jan. 20, 2023

**ALLIANT CREDIT UNION**
Inquiry: Dec. 10, 2021

---

Overlapping account block (behind Hard Inquiries):

**NAVY FEDERAL CR UN**　　$0.00　+
Reported: Dec. 07, 2022　　**Closed**

**REVFCU**　　$0.00　+
　　**Closed**
　　**Bank**　+
　　(800) 955-7070
　　$0.00　+
　　**Closed**
　　**Credit Union**　+
　　(800) 328-1935

| Today | Credit | Cards | Loans | Money |
|---|---|---|---|---|



View report from

Feb 06, 2023

You are viewing an out-of-date report. This does not reflect your current score.

Print report

# NELSON LEON BRUCE

**652**
Calculated using VantageScore 3.0
Provided by TransUnion

## Personal Information

**NAMES REPORTED**

NELSON LEON BRUCE

**EMPLOYMENT INFO**

REAL ESTATE CONSULTING

CAPITAL RETURN INVESTMENTS LL

    

| | |
|---|---|
| **NAVY FEDERAL CR UN**<br>Reported: Dec. 07, 2022 | $0.00<br>**Closed** |
| **REVFCU**<br>Reported: May 24, 2013 | $0.00<br>**Closed** |
| **REVFCU**<br>Reported: May 24, 2013 | $0.00<br>**Closed** |

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your TransUnion report.

| | |
|---|---|
| **CAPITAL ONE**<br>Inquiry: Jan. 20, 2023 | Bank<br>(800) 955-7070 |
| **ALLIANT CREDIT UNION**<br>Inquiry: Dec. 10, 2021 | Credit Union<br>(800) 328-1935 |
| **TOWER FEDERAL CU**<br>Inquiry: Dec. 08, 2021 | Credit Union<br>(800) 787-8328 |
| **NAVY FCU**<br>Inquiry: Nov. 21, 2021 | Credit Union<br>(803) 255-8062 |

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

*Clean slate! As of Feb. 06, 2023, you have no collection accounts on your credit report.*



Today | Credit | Cards | Loans | Money