# EXHIBITS A-2

M Gmail                                                                                            Leon Bruce <lbglobaltechnologies@gmail.com>

**You're approved. Welcome to the Spark Business family!**

Capital One <capitalone@notification.capitalone.com>                                        Fri, Jan 20, 2023 at 2:23 AM
To: lbglobaltechnologies@gmail.com


   Sign In

## CapitalOne



### Congratulations, Nelson!
You've got a lot to look forward to.

**Here are your account details:**

| 1.5% | $5000 | 28.24% |
|---|---|---|
| cash back rewards on all purchases | credit limit available to you | variable APR on purchases |

0.0% intro APR for 12 months; 28.24% variable APR after that

Welcome, Nelson! We look forward to serving as a trusted partner for your business.

You should receive your new Capital One Spark Business card in the mail in 7-10 days. In the meantime, check out your Important Disclosures and Credit Score Disclosure Notice. Then, be sure to download or print and save a copy for your records.

**Access your documents**

Once that's done, download the Capital One Mobile app to set up online access and track your new card when it ships.

Now take a sneak peek at some great benefits coming your way:


**Unlimited rewards**
Earn unlimited 1.5% cash back and you could be putting thousands of dollars back into your business. Redeem at any time with no minimums.


**Free employee cards**
Add employee cards for free and earn all the rewards from their purchases.


**Eno, your Capital One assistant**
Receive text or email alerts if Capital One detects suspicious activity on your account. Stop potential fraud in its tracks by locking your card with a quick reply.*

And that's not all. Learn more about your new card's perks for your business.

 Download the Capital One Mobile app      

**About This Message**

*Some activity may continue including returns, credits, payments, interest, dispute adjustments, other account fees, purchase transactions during system downtime, and certain other exempted transactions. Review your statements to ensure that all transactions are authorized. If your card is lost or stolen, please notify Capital One as soon as possible.

Web access is needed to use the mobile app. Check with your service provider for details on specific fees and charges.

Texting with Eno means you agree to chat about your account over SMS and receive recurring messages. Message and data rates may apply.

The site may be unavailable during normal maintenance or due to unforeseen circumstances.

**Important information from Capital One**

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to lbglobaltechnologies@gmail.com and contains information directly related to your account, a credit card, other services to which you have subscribed, and/or any application you may have submitted.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us.

Products and services are offered by Capital One, N.A.

© 2022 Capital One. Capital One is a federally registered service mark.

SBCWEL 45773 626656 6

