# EXHIBIT A

Excerpt from Bruce Deposition

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
                    CHARLESTON DIVISION
                          - - -

  NELSON L. BRUCE,          :
                            :
             Plaintiff,     :
                            :
         vs.                :
                            :
  REV FEDERAL CREDIT        :
  UNION, TRANS UNION,       :
  LLC, et al.,              :
                            :
             Defendants.    : NO. 2:22-cv-01292-BHH-MGB

                          - - -

                  MONDAY, JUNE 10, 2024

                          - - -

          Oral deposition of NELSON L. BRUCE,
  taken remotely via Zoom, at South Carolina,
  commencing at 10:00 a.m., by Kimberly A. Rue,
  a Registered Professional Reporter, New Jersey
  Certified Court Reporter (Certificate No.
  30X100223500), and Notary Public.
```

                          - - -
              VERITEXT LEGAL SOLUTIONS
                MID-ATLANTIC DIVISION

Page 213

1  that fair?
2       A.    Correct.
3       Q.    Okay.  So when you sign a
4  promissory note aren't you agreeing, Mr.
5  Bruce, to pay that amount to whoever you sign
6  the promissory note to?
7       A.    Correct.
8       Q.    So I will admit, I am at a
9  complete loss how anyone who signs a
10 promissory note then someone other than that
11 person is obligated to pay it.  Is that what
12 you're saying?
13      A.    Well, the issue is, is when you
14 sign a promissory note they don't keep it as a
15 promissory note.  They convert it.  The
16 conversion changes it into a draft instrument.
17      Q.    Who converts it?
18      A.    The banks.
19      Q.    What are you basing that on?
20      A.    The law.
21      Q.    The law, what, tell me.
22      A.    It's all on the record.  I
23 don't know why -- it's on the record.  All you
24 got to do is review the record.

Page 214

1     Q.    I have reviewed everything in
2  this case.  You're getting deposed right now.
3  I need you to tell me that what you base that
4  statement on.
5     A.    The Federal Reserve Act, the
6  information that relates to that.
7     Q.    So according to you, Mr. Bruce,
8  anyone in America, if they sign a promissory
9  note they don't have to pay it back.  The
10 government will cover that cost; is that what
11 you're saying?
12    A.    That's what the law says.
13    Q.    You can't honestly believe
14 that, sir, can you?
15    A.    Well, provide me a copy of the
16 law that says it's not true.
17    Q.    There is nothing in the law
18 that says that, sir.
19    A.    What?  So you got proof that
20 the banks don't go to the Federal Reserve?
21    Q.    You're asking me to prove that
22 the banks don't --
23    A.    I can --
24    Q.    There's nothing no support that