Record/FILE ON DEMAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Pentagon Federal Credit Union; et al.<br><br>　　　　　　　　Defendants. | Case No.: 2:22-cv-02211-BHH-MGB<br><br>**PLAINTIFF'S STATUS REPORT RELATED TO THE REFILING OF PETITION TO COMPEL DISCOVERY FROM NATIONWIDE CREDIT CORPORATION ("NCC") FILED IN OTHER JURISDICTION** |

　　　　Plaintiff Nelson L. Bruce presents the following Status Report pursuant to the Court's 9-23-2024 Order, **ECF No. 281**.

1. On or about 7-16-2024, Plaintiff filed a motion requesting for subpoenas to be issued to non-party, Nationwide Credit Corporation ("NCC") incorrectly named in the motion as National Credit Corporation, See…ECF No. 202.

2. On 7-19-2024, this court granted plaintiff's Motion for Issuance of Subpoena against incorrectly named non-party National Credit Corporation at the proper named party is Nationwide Credit Corporation and instructing the Clerk of Court to issue the subpoenas and mailed out the subpoenas to plaintiff (See…ECF No. 211 at 4). Although the name is incorrectly referenced in the motion, the subpoenas issued by the clerk and referenced on the U.S. Marshal form 285 have the correct names therefore correctly addressing the proper non-party.

3. On 8-30-2024, Plaintiff filed a motion to compel discovery from NCC. See…ECF No. 264).

4. On 9-23-2024, this court issued an order denying plaintiff's motion to compel for failure to comply with the jurisdictional requirements of Rule 45(d)(2)(B)(i) stating that "to the extent Plaintiff intends to re-file his motion to compel in the proper district, he must keep the Court informed of these proceedings. To that end, Plaintiff must file a status update by October 10, 2024, informing the Court about any motions to compel he has filed in another district." (See…ECF No. 281 at 2-3).

5. As October 3, 2024, the District Court for the Eastern District of Virginia has received plaintiff's Petition to compel NCC to respond to his discovery. A copy of this petition is included with this filing (See…Exhibit 14).

6. There is no other status to report at this time as plaintiff is waiting for the case number for that case and will notify this court of that information in the next updated status report.

Date this 4th day of **October, 2024.**

RESPECTFULLY PRESENTED,

"Without Prejudice"

_Nelson L. Bruce_

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com