# EXHIBITS 15.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

**Nelson L. Bruce,**

**Plaintiff,**

**v.**

**Pentagon Federal Credit Union, *et al.***

**Defendants.**

**Case No. 2:22-cv-02211-BHH-MGB**

**DEFENDANT PENTAGON FEDERAL CREDIT UNION'S**
**RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES**

Pentagon Federal Credit Union ("PenFed") provides the following responses to the third set of interrogatories served by Nelson L. Bruce.

24. (incorrectly numbered as 23). Please explain in full complete detail what Assets you Pledged to Secure Borrowing as documented on your June 30, 2016 Call Report "NCUA 5300" which was filed your accountant Jay Ferrin?

**OBJECTION: PenFed objects to Interrogatory No. 24 because the information it seeks is not relevant to any of the claims or defenses asserted in this case.**

25. (incorrectly numbered as 24). You produced in discovery a document labeled "Preapproval draft" which is a copy of the draft signed by plaintiff to be negotiated and credited to the account setup for him in his name as evidenced by the draft to complete the transaction of the purchase of a vehicle which you electronically endorsed and presented to the Federal Reserve requesting a credit in the amount of $353,252.34. Please explain in full completed detail where those credits were distributed to and why wasn't those credits used to offset the alleged debts you

claim plaintiff allegedly owes you and why wasn't plaintiffs account credited with the remainder amount notifying him of this excess amount?

**ANSWER: PenFed did not present the document referenced in Interrogatory No. 25 to a Federal Reserve Bank, or to anybody else, to obtain "credits" to "offset" the loan PenFed issued to Nelson Bruce. Nor did PenFed receive any "credits" as described in Interrogatory No. 25. The document includes a copy of a check that PenFed issued to a car dealership to fund a vehicle loan PenFed issued to Mr. Bruce. After the car dealership negotiated the check at another financial institution, that financial institution sought reimbursement from PenFed through a Federal Reserve Bank. The check was included in a batch with other checks in the aggregate amount of $353,252.34. The $353,252.34, therefore, is an amount PenFed was requested to pay, rather than a "credit" it received.**

Dated: September 19, 2024.

**PENTAGON FEDERAL CREDIT UNION**

/s/ Michael A. Graziano
Michael A. Graziano (*pro hac vice*)
Sarah A. James (*pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006
Telephone: 202.659.6671
Facsimile: 202.659.6699
E-mail: mgraziano@eckertseamans.com
sjames@eckertseamans.com

G. Troy Thames (Federal ID No.: 07713)
WILLSON JONES CARTER & BAXLEY, P.A.
4922 O'Hear Avenue, Suite 301
North Charleston, SC 29405
Telephone: (843) 284-0832
Facsimile: (843) 606-3300
Email: tthames@wjcblaw.com

*Attorneys for Pentagon Federal Credit Union*

## VERIFICATION

I verify under penalty of perjury that the foregoing interrogatory answers are true and correct to the best of my knowledge and belief.

Executed: September 19, 2024.

Craig Olson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2024, I served the foregoing via e-mail and first class mail on:

Nelson L. Bruce
P.O. Box 3345
Summerville, SC 29484
*Pro Se Plaintiff*

/s/ Michael A. Graziano
Michael A. Graziano

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **Nelson L. Bruce,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 2:22-cv-02211-BHH-MGB** |
| **Pentagon Federal Credit Union, *et al.*,** | ) | |
| **Defendants.** | ) | |

**PENTAGON FEDERAL CREDIT UNION RESPONSES TO**
**PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION**

Pentagon Federal Credit Union ("PenFed") responds to the third set of requests for production served by Nelson L. Bruce as follows.

35. (incorrectly numbered as 27). Please produce any and all documents and electronically stored data related to Interrogatories No. 23.

**OBJECTION: PenFed objects to this request because it seeks documents that are irrelevant to the claims and defenses asserted in this matter. PenFed also objects to this request to the extent the requested documents are protected by the attorney-client or the work product doctrine, such as emails between PenFed and undersigned counsel about PenFed's interrogatory answers or other materials created for or at the direction of PenFed's counsel. PenFed hereby incorporates its objects to the interrogatory reference in the request.**

36. (incorrectly numbered as 28). Please produce any and all documents and electronically stored data related to Interrogatories No. 24.

**OBJECTION: PenFed objects to this request because it seeks documents that are irrelevant to the claims and defenses asserted in this matter. PenFed also objects to this request to the extent the requested documents are protected by the attorney-client or the work product doctrine, such as emails between PenFed and undersigned counsel about PenFed's interrogatory answers or other materials created for or at the direction of PenFed's counsel. PenFed hereby incorporates its objects to the interrogatory reference in the request.**

37. (incorrectly numbered as 29). Please produce a copy of all your insurance policies.

**OBJECTION: PenFed objects to this request because it is vague, ambiguous, overbroad, unduly burdensome, seeks documents that are irrelevant to the claims and defenses asserted in this case, and disproportionate to the needs of the case. PenFed also objects because this request is duplicative of Request for Production No. 4.**

38. (incorrectly numbered as 30). Please produce all transactions, account ledgers and statements in your Possession, custody or control associated with account number 1160990 with a routing number of 256078446 from February 1, 2016 to present which is the account directly associated with the alleged vehicle loan transaction.

**OBJECTION: PenFed objects to this request because it is overbroad and seeks documents that are irrelevant to the claims and defenses asserted in this case and disproportionate to the needs of the case. Subject to its objections, PenFed refers Bruce to the documents it previously produced in relation to the loan referenced in the request, including the promissory note and account statements.**

38. (incorrectly numbered as 31): Your June 30, 2016 Call Report "NCUA 5300" page 10 documents that you Pledged Assets to Secure Borrowing, please produce your policies and procedures documenting what type of assets you pledge to secure the amount you borrowed as of

June 30, 2016 in the amount of $10,410,524,209 and who you borrowed the referenced amount from.

**OBJECTION: PenFed objects to this request because the documents it seeks are not relevant to the claims and defenses asserted in this case, and because the request is vague, unclear, overbroad, unduly burdensome, and disproportionate to the needs of the case.**

39. (incorrectly numbered as 31): Please produce any and all information you have related to the proceeds that you received from plaintiffs note dated 4/20/2016.

**OBJECTION: PenFed objects to this request because it is vague and unclear. The request appears to refer to the promissory note Bruce executed in connection with a vehicle loan. If so, PenFed did not receive "proceeds from plaintiff's note" and therefore does not have any documents that are responsive to this request. Subject to its objections, PenFed refers Bruce to the documents it previously produced in relation to the vehicle loan referenced, including the promissory note, account statements, and the check that PenFed issued to the car dealership to fund the loan it extended to Bruce.**

40. (unnumbered). Please produce all your policies and procedures related to the collateral you pledge and who you pledge them to

**OBJECTION: PenFed objects to this request because the documents it seeks are not relevant to the claims and defenses asserted in this case, and because the request is vague, unclear, overbroad, unduly burdensome, and disproportionate to the needs of the case.**

41. (unnumbered). Please produce all documents in your custody control that is a PENFED account and the name this account is associated with who the owner of this account and where the funds generated from that were credited to this account.

**OBJECTION: PenFed objects to this request because the documents it seeks are not relevant to the claims and defenses asserted in this case, and because the request is vague, unclear, overbroad, unduly burdensome, and disproportionate to the needs of the case.**

Dated: September 19, 2024.

**PENTAGON FEDERAL CREDIT UNION**

/s/ Michael A. Graziano
Michael A. Graziano (*pro hac vice*)
Sarah A. James (*pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006
Telephone: 202.659.6671
Facsimile: 202.659.6699
E-mail: mgraziano@eckertseamans.com
sjames@eckertseamans.com

G. Troy Thames (Federal ID No.: 07713)
WILLSON JONES CARTER & BAXLEY, P.A.
4922 O'Hear Avenue, Suite 301
North Charleston, SC 29405
Telephone: (843) 284-0832
Facsimile: (843) 606-3300
Email: tthames@wjcblaw.com

*Attorneys for Pentagon Federal Credit Union*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2024, I served the foregoing via e-mail and first class mail on:

Nelson L. Bruce
P.O. Box 3345
Summerville, SC 29484
*Pro Se Plaintiff*

/s/ Michael A. Graziano
Michael A. Graziano