# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE,<br><br>      Plaintiff,<br><br>v.<br><br>PENTAGON FEDERAL CREDIT UNION a.k.a. PENTAGON FEDERAL CREDIT UNION FOUNDATION ("collectively" PENFED), EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, all unknown Does 1-100, et al.,<br><br>      Defendants. | Case No. 2:22-cv-02211-BHH-MGB<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S STATUS REPORT** |

Defendant Equifax Information Services LLC ("Equifax"), by Counsel, hereby submits its Status Report as required by the Court's October 17, 2024 Order.

Equifax states that, on October 16, 2024, it electronically produced to Plaintiff via file sharing service its records regarding its handling of Plaintiff's May 3, 2022 dispute letter, CONFIDENTIAL policies and procedure documents regarding the handling of consumer disputes, and its CONFIDENTIAL subscriber agreement with co-defendant Pentagon Federal Credit Union.

Equifax states further that, on October 31, 2024, it served amended responses to Plaintiff's interrogatories Nos. 6 and 9 and an amended response to Plaintiff's request for production No. 22 as directed by the Court's October 17, 2024 Order.

- 2 -

DATED: October 31, 2024

Respectfully submitted,

WYCHE, P.A.

By: */s/ Rita Bolt Barker*
    Rita Bolt Barker (Fed. ID No. 10566)
    WYCHE, P.A.
    200 East Broad Street, Suite 400
    Greenville, South Carolina 29601
    Telephone: (864) 242-8235
    Facsimile:  (864) 235-8900
    E-mail:  rbarker@wyche.com

*Counsel for Defendant*
*Equifax Information Services LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S STATUS REPORT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>Nelson L. Bruce *(plaintiff pro se)*
>c/o P.O. Box 3345
>Summerville, South Carolina  29484
>Telephone:  (843) 437-7901
>Email:  leonbruce81@yahoo.com


>*/s/ Rita Bolt Barker*
>Rita Bolt Barker
>*Counsel for Defendant*
>*Equifax Information Services LLC*

314525877v.1