**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Nelson L. Bruce, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-02211-BHH-MGB |
| ) | |
| Pentagon Federal Credit Union, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT PENTAGON FEDERAL CREDIT UNION'S**
**STATUS REPORT PURSUANT TO ORDER DATED OCTOBER 17, 2024**

The Court's Order dated October 17, 2024, required PenFed to produce an affidavit addressing certain factual issues, supplement its responses to certain discovery requests related to the issues addressed by the affidavit, and file a status report by November 4, 2024. (10/17/2024 Order [ECF 336] at 2-3). PenFed has fully complied with the October 17, 2024, Order.

Specifically, on November 4, 2024, PenFed served copies of the Second Declaration of Craig Olson, a copy of which is attached to this report as Exhibit A, on Nelson L. Bruce via email and first-class mail, and on counsel of record for the other parties to this case via email. The declaration explains in detail, among other things, that: (1) PenFed did not sell any of the credit accounts that are at issue in this case; and (2) the Federal Reserve Bank has not paid off or settled any of those accounts on behalf of Bruce.

In addition, PenFed served supplemental responses to the following discovery requests issued by Bruce: Interrogatory Nos. 1, 2, 3, 6, 9, 10, 11, 12, 18, 19, 20, 21, 22 and 23, and Request for Production Nos. 1, 2, 3, 8, 9, 21, and 23.

Dated: November 4, 2024.                              **PENTAGON FEDERAL CREDIT UNION**


<u>*/s/ G. Troy Thames*</u>
G. Troy Thames (Federal ID No.: 07713)
WILLSON JONES CARTER & BAXLEY, P.A.
4922 O'Hear Avenue, Suite 301
North Charleston, SC 29405
Telephone: (843) 284-0832
Facsimile: (843) 606-3300
Email: tthames@wjcblaw.com

Michael A. Graziano (*pro hac vice*)
Sarah A. James (*pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006
Telephone: 202.659.6671
Facsimile: 202.659.6699
E-mail: mgraziano@eckertseamans.com
          sjames@eckertseamans.com

*Attorneys for Pentagon Federal Credit Union*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 4th day of November 2024, I electronically filed the foregoing using the Court's CM/ECF system, and served it via e-mail and first-class mail on:

>Nelson L. Bruce
>P.O. Box 3345
>Summerville, SC 29484
>*Pro Se Plaintiff*

>*/s/ G. Troy Thames*
>G. Troy Thames (Federal ID No.: 07713)