## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served to all parties on the service list **via the CM/ECF system.** Date this 4th day of **November, 2024**.

**SENT TO:**

Willson Jones Carter & Baxley, P.A.
Attention: G. Troy Thames
4922 O'Hear Avenue, Suite 301
North Charleston, SC 29405
Attorney for Pentagon Federal Credit Union

Eckert Seamans Cherin & Mellott, LLC
Attn.: Michael A. Graziano & Sarah A. James
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006
Attorney for Pentagon Federal Credit Union

Eckert Seamans Cherin & Mellott, LLC
Attention: Sarah James
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, D.C. 20006
Attorney for Pentagon Federal Credit Union

**RESPECTFULLY PRESENTED,**

*Nelson L. Bruce*
_____
Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

Page 5 of 5

further delays.

**WHEREFORE**, Plaintiff respectfully moves this court for an order to compel PenFed to comply with plaintiffs above referenced discovery requests so that plaintiff has the opportunity to be in the possession of facts to complete discovery without any further delays to support his claims in this case.

**Certification of Plaintiff:**

I <u>Nelson L. Bruce</u> hereby certify that I have in good faith attempted to meet and confer with the defendant for discovery as presented above in an effort to obtain it without court action. Date this <u>4</u>th day of **November, 2024.**

**RESPECTFULLY PRESENTED,**

*Nelson L. Bruce*
_____
Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com