Record/FILE ON DEMAND

2024 NOV 25 AM 9: 19

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Nelson L. Bruce,<br><br>Plaintiff,<br><br>v.<br><br>Pentagon Federal Credit Union; et al.<br><br>Defendants. | **Case No.: 2:22-cv-02211-BHH-MGB**<br><br>**PLAINTIFF'S PETITION FOR ISSUANCE OF SUBPOENA TO NON-PARTIES TO APPEAR FOR DEPOSITION** |

**COMES NOW,** Plaintiff Nelson L. Bruce a natural man, being at or above the age of 18, of the age of the majority, with reservation of any and all natural secured rights, and hereby exercise such rights at all times respectfully moves this Court pursuant to Rule 45 of the Federal Rules of Civil Procedure for an Order authorizing the issuance of subpoenas Craig Olson, Vice President Credit Risk Operations, Shetonjela Barber an employee with Equifax Inc., Dimple Lohar an employee of Equifax's vendor Teleperformance, and Khushboo Kimari an employee of Equifax's vendor Teleperformance (See…Exhibit 19), to appear for deposition on December 16, 2024 as these parties have relevant information related to the claims in this case.

## I. INTRODUCTION

Plaintiff is pursuing claims under the Fair Credit Reporting Act ("FCRA") and related state laws against PenFed and other defendants. Plaintiff alleges that PenFed failed to do a reasonable investigation of their records and as a result furnished inaccurate, incomplete and misleading information that did not reflect the current status of the accounts regarding Plaintiff which they were reporting, which was subsequently reported by the consumer reporting agency defendants in this case who also failed to conduct a reasonable re-investigation as presented in

his 4th amended complaint.

## II. RELEVANCE AND PROPORTIONALITY

As per the courts order dated 10-17-2024 (See...ECF No. 336), the parties are being notified that plaintiff plans to take deposition of Craig Olson, Shetonjela Barber, Dimple Lohar and Khushboo Kimari and request that this court issue subpoenas for these non-parties to appear for deposition on December 16, 2024, as these parties have been identified by PenFed and Equifax as having relevant information related to the claims in this case.

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court grant this Petition and issue an Order authorizing the issuance of a subpoena to Craig Olson, Shetonjela Barber, Dimple Lohar and Khushboo Kimari compelling these non-parties to appear for deposition on **Monday December 16, 2024 at 10:00 a.m. EST.** Dated this 18th day of November, 2024.

RESPECTFULLY PRESENTED,

Nelson L. Bruce
Nelson L. Bruce, Propria Persona, Sui Juris
"All Secured Natural Secured Rights Explicitly Reserved and Retained"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com