

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

**DIVISIONAL OFFICES**

P. O. BOX 835
CHARLESTON, SC  29402
(843)579-1401 FAX 579-1402

250 East North Street
GREENVILLE, SC  29603
(864) 241-2700 FAX 241-2711

P. O. BOX 2317
FLORENCE, SC  29503
(843) 676-3820 FAX 676-3831

**OFFICE OF THE CLERK**
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA  29201-2431
(803) 765-5816  FAX (803) 765-5960

Robin L. Blume
CLERK OF COURT

DATE:        12/18/2024

TO:          Nelson L. Bruce

RE:          Filing of Transcript
             Case Number: 2:22-cv-02211-BHH-MGB

Enclosed please find the Notice of Electronic Filing of the official court transcript for the following proceedings:

Motions held on 10/16/2024, before Magistrate Judge Mary Gordon Baker.

Also enclosed, please find Transcript Instructions for Pro Se Litigants.

The name and address for the official court reporter for this proceeding:

       Robin L. Herrera, RMR, CRR, CRC

       401  West Evans Street

       Florence, SC 29501

                          ROBIN L. BLUME, CLERK

Enclosure:  Transcript Instructions for Pro Se Litigants

**Official Court Transcript Filing Procedure:**

- Pro Se Litigants will be mailed a Notice of Electronic Filing upon the filing of the transcript. For a period of 90 calendar days the transcript will be restricted in CM/ECF to court users, public terminal users, attorneys who have purchased a copy from the court reporter and others as directed by the court. Transcripts can be viewed in the Clerk's Office, but copies may be purchased <u>only</u> from the court reporter during this 90-day period.

- All filed transcripts are subject to redaction of personal identifiers as identified by counsel of record or parties to the case. To review the transcript, parties may access it through the public access terminal in the clerk's office, or purchase a copy from the court reporter. See Redaction Requirements below.

- If applicable, the redacted transcript must be filed within 31 days after the filing of the original transcript. It will not be available through PACER until the 90-day period has ended.

- After the 90-day restriction period, charges for access through PACER will accrue for the entire transcript. There will not be a free copy of the transcript.

**Redaction Requirements:**

- Parties in the case must review the transcript for redaction of these personal identifiers:
  Individuals' Social Security numbers
  Names of minor children
  Financial account numbers
  Dates of birth
  Home addresses in criminal cases

- Parties must review the following portions of the transcript:
  Opening and closing statements made on the party's behalf
  Statements of the party
  Testimony of any witnesses called by the party
  Any other portion of the transcript as ordered by the court

- If only part of the transcript is ordered, parties are not responsible for ordering and reviewing other parts of the proceeding.

- Parties have the responsibility of requesting redaction even if the requestor of the transcript is a judge or a member of the public/media.

- Neither court reporters nor the Clerk's Office are responsible for the identification of the need for redaction of transcripts. Instead, it rests on the parties to tell the court reporter where to redact.

**Redaction Procedure:**

- If redaction is necessary, a Notice of Intent to Request Redaction must be <u>filed</u> within **7 calendar days, from the filing of the transcript**. *See attachment #1.*

- Parties must provide a statement <u>directly to the court reporter</u> within **21 calendar days** of the filing of the transcript, listing the information to be redacted by page and line number. If this statement is not provided to the Court Reporter within the 21 days, the court may issue a Order to Show Cause or take other action. If the party wishes to redact other information a motion must be filed. The transcript will remain restricted until this motion is ruled on, even though the 90 day period may have expired.

- The court reporter will then file a redacted transcript which will also remain restricted from PACER for the 90 day period.

- After the 90 day period has expired, the redacted transcript will be available through PACER and the un-redacted transcript will remain restricted.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

|  |  |  |
|---|---|---|
| Nelson L. Bruce | ) ) ) ) ) ) ) | Case Number:  2:22-cv-02211-BHH-MGB  |
|  |  | NOTICE OF INTENT TO REQUEST REDACTION |
| vs | ) ) |  |
| Pentagon Federal Credit Union, Experian Information Solutions, Inc., Trans Union, LLC, Equifax Information Services, LLC., ALL UNKNOWN DOE'S 1-100, LexisNexis Risk Solutions, Inc., LexisNexis Risk Solutions FL Inc., LexisNexis Risk Data Management Inc. | ) ) ) ) ) ) ) ) ) |  |

PLEASE TAKE NOTICE that on behalf of _____, I intend to request redaction of personal data identifiers from the electronic transcript of the court proceeding filed _____, as required by Federal Rules of Criminal Procedure 49 or Federal Rules of Civil Procedure 5.2.


_____

_____

_____

_____

_____


Date: _____