# EXHIBITS – 33

CLERK OF COURT
UNITED STATES DISTRICT COURT
P. O. BOX 835
CHARLESTON, SOUTH CAROLINA 29402

OFFICIAL BUSINESS

CHARLESTON SC 294

10 JAN 2025 PM 1 L

$0.97⁰

US POSTAGE
FIRST-CLASS
FROM 29401
01/09/2025

Stamps

NELSON L. BRUCE
PO BOX 3345
SUMMERVILLE SC 29484-3345

**Orders on Motions**
2:24-cv-00737-RMG-MGB Collins
v. McClary et al

PROSE


## U.S. District Court

### District of South Carolina

**Notice of Electronic Filing**

The following transaction was entered on 1/9/2025 at 11:31 AM EST and filed on 1/9/2025
**Case Name:**     Collins v. McClary et al
**Case Number:**   2:24-cv-00737-RMG-MGB
**Filer:**
**Document Number:** 29

**Docket Text:**
**ORDER: Plaintiff's first Motion to Compel (Dkt. No. 23) is moot; Plaintiff's second Motion to Compel (Dkt. No. 24) is denied; and Plaintiff's third Motion to Compel (Dkt. No. 25) is granted in part and denied in part. More specifically, Defendant McClary must supplement his response to Interrogatory Nos. 4 and 5, as specified herein. Defendant McClary must file a certificate of service with the Court by January 27, 2025, certifying that his supplemental responses have been served on Plaintiff. Dispositive motions remain due by February 20, 2025. Signed by Magistrate Judge Mary Gordon Baker on 1/9/2025.(dgar)**


**2:24-cv-00737-RMG-MGB Notice has been electronically mailed to:**

J Scott Kozacki     skozacki@willcoxlaw.com

**2:24-cv-00737-RMG-MGB Notice will not be electronically mailed to:**

Robbie Collins
290946
LCI
P.O. Box 205
Ridgeville, SC 29472

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091130295 [Date=1/9/2025] [FileNumber=12226581-0
] [1537970765d4375931d0f31e40c44c9142b7d5a50f63c2edc6d67f2da514010ada2
708ab1882d3dd229ad0bfb85ff9baa073108edff50af03213fbb5a580dfc6]]