# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NELSON L. BRUCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PENTAGON FEDERAL CREDIT UNION, et al.,<br><br>　　　　Defendants. | Case No.: 2:22-cv-02211-BHH-MGB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Nelson L. Bruce and Defendants LexisNexis Risk Solutions Inc., LexisNexis Risk Solutions Florida Inc. and LexisNexis Risk Data Management Inc., herby jointly submit notice to the Court that the matters at issue between them in the present action have been settled. Upon finalization and execution of the settlement documents, the parties shall submit a Joint Stipulation of Dismissal with Prejudice.

Dated: January 21, 2025

Respectfully submitted,

PRO SE PLAINTIFF

/s/ *Nelson L. Bruce*
Nelson L. Bruce, *pro se plaintiff*


TROUTMAN PEPPER LOCKE LLP

/s/ William J. Farley III
William J. Farley III
Fed. Bar No. 12004
Troutman Pepper Locke LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: 704.998.4099
Email: will.farley@troutman.com

*Attorney for Defendant LexisNexis Risk Solutions Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of January, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF users in this case. I also certify that a copy was sent via U.S. Mail and email to the following:

>Nelson L. Bruce
>P.O. Box 3345
>Summerville, SC 29484
>leonbruce81@yahoo.com
>*Pro Se Plaintiff*

/s/ William J. Farley III
William J. Farley III