**Record/FILE ON DEMAND** **U.S.P.S. PRIORITY MAIL NO. 9405 5301 0935 5108 7876 19**

RECEIVED USDC CLERK, CHARLESTON, SC 2025 MAR -4 AM 9:07

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Nelson L. Bruce,<br><br>Plaintiff(s),<br><br>vs.<br><br>Pentagon Federal Credit Union ("PenFed"), et al.<br><br>Defendant(s). | **CASE NO.: 2:22-cv-02211-BHH-MGB**<br><br>**PLAINTIFF'S EMERGENCY PETITION TO ISSUE SUBPOENAS TO NON-PARTY NATIONWIDE CREDIT CORPORATION ("NCC") REQUEST FOR EXTENSION OF TIME** |

Comes now plaintiff, Nelson L. Bruce with his emergency Petition to re-issue the subpoena granted by this court on or about 7-19-2024 against NCC (see…ECF No. 211) a non-party to this case who has relevant information related to the claims in plaintiffs 4th amended complaint. This petition is being requested because on 2-25-2025, it appears to the Virginia district court which is the jurisdiction of NCC improperly alleged that NCC was not served both the subpoena and the Petition to Compel Discovery because the place for compliance was at NCC's office, alleging that since I did not appear at NCC's office on the day for compliance to receive any response to the subpoena, the court had no evidence (see…Exhibit 37) even though they ignored all notices and failed to challenge service and plaintiff produced to the court that NCC received 3 notices of the pending petition to compel discovery. For the sake of time challenging the court's decision, Plaintiff hereby moves this court for an order as soon as possible re-issuing the subpoena which was originally granted against NCC which plaintiff has made the modifications that appear to have led to the Virginia district court's denial of the petition to compel discovery against NCC (See…Exhibit 38). Plaintiff hereby moves this court for an immediate order as soon as possible to re-issue subpoena the referenced subpoena to non-parties NCC as they have information relevant to plaintiff's claims in this matter. Plaintiff further requests an extension of time on discovery of

approximately 30 – 60 days to perfect service of the Subpoena on NCC to allow for them to produce the documents requested.

**CONCLUSION**

For the following reasons, Plaintiff prays that the court grants Plaintiff an order directing the clerk of the court to sign his subpoena so that they may be served to the parties as soon as possible. Dated this 28th day of February, 2025.

RESPECTFULLY PRESENTED,

Nelson L. Bruce

Nelson L. Bruce, Propria Persona, Sui Juris
All Secured Natural Rights Explicitly Reserved and Retained "With Prejudice"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com