# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:22-cv-02211-BHH-MGB |
| ) | |
| PENTAGON FEDERAL CREDIT UNION ) | |
| a/k/a PENTAGON FEDERAL CREDIT ) | |
| UNION, EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., TRANS UNION, LLC, ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, LEXISNEXIS RISK SOLUTIONS, ) | |
| INC., and UNKNOWN DOES 1-100, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT TRANS UNION LLC'S
## MOTION FOR LEAVE TO FILE ADDITIONAL PAGES

COMES NOW, Defendant Trans Union LLC ("Trans Union" or "Defendant"), and files this its Motion for Leave to File Additional Pages ("Motion"). Trans Union respectfully requests that this Court enter an order allowing Trans Union to exceed the thirty-five (35) page limit for briefs in support of motions in this Court and would respectfully show the Court as set forth below:

1. Pursuant to Local Civil Rule 7.05(B)(1), initial briefs supporting motions are limited to thirty-five (35) double spaced pages.

2. The dispositive motion deadline is April 11, 2025. ECF No. 398.

3. Plaintiff has asserted that Trans Union violated §§ 1681e(b) and 1681i the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. ("FCRA"). *See* Complaint and Amended Complaints (ECF No. 1, 31, 98, 171, 298). Plaintiff has also asserted claims for violations of

South Carolina Code §§ 37-20-170, *et seq.* and 37-20-200, *et seq.* and common law defamation. *See id.*

4. In order to comprehensively address Plaintiff's numerous claims, Trans Union respectfully requests leave to file up to fifteen (15) additional pages to its brief supporting its Motion for Summary Judgment, if necessary. Trans Union will endeavor to include only information relevant to the questions of law raised by Plaintiff's claims. Counsel will diligently edit the motion for summary judgment to ensure that the final work product is concise and focused on material facts. Trans Union believes that the number of causes of action and the complexity of Plaintiff's exotic and novel theories brought by Plaintiff in this matter constitute an extraordinary and compelling reason for granting this request.

5. This request for leave is made in good faith and is not sought for the purposes of delay. Further, granting Trans Union's motion will not prejudice any party.

WHEREFORE, for the reasons set forth herein, Trans Union respectfully requests leave to each file an additional fifteen (15) pages in its brief in support of its Motion for Summary Judgment in this matter.

Respectfully submitted,

s/ *Wilbur E. Johnson*
Wilbur E. Johnson
wjohnson@ycrlaw.com
Federal ID No.: 2212
Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
Tel: (843) 724-6659
Fax: (843) 579-1332

Kyle Pietrzak
kpietrzak@qslwm.com
*Admitted Pro Hac Vice*
Quilling, Selander, Lownds,

2

Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Tel: (214) 560-5458
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

7906127.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

G. Troy Thames
tthames@wjlaw.net
Willson Jones Carter and Baxley
421 Wando Park Boulevard, Suite 100
Mt Pleasant, SC 29464
(843) 284-0832
and
Michael A. Graziano
mgraziano@eckertseamans.com
Sarah A. James
sjames@eckertseamans.com
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
(202) 659-6671
**Counsel for Pentagon Federal Credit Union a/k/a Pentagon Federal Credit Union Foundation**

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E. Broad Street, Suite 400
Greenville, SC 29601-2892
(864) 242-8235
and
Eric F. Barton
ebarton@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
(404) 885-1500
**Counsel for Equifax Information Services, LLC**

Lyndey Ritz Zwing Bryant
lyndey.bryant@arlaw.com
Grant Edward Schnell
gschnell@jonesday.com
Adams & Reese LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-4958
**Counsel for Experian Information Solutions, Inc.**

William Joseph Farley, III
will.farley@troutman.com
Troutman Sanders LLP
301 S Tryon Street, Suite 3400
Charlotte, NC 28202
(704) 998-4099
and
Derek Michael Schwahn
derek.schwahn@troutman.com
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
(404) 885-3124
and
Celeste Tiller Jones
ctjones@burr.com
Burr & Forman
1221 Main Street, Suite 1800
Columbia, SC 29201
(803) 799-9800
**Counsel for LexisNexis Risk Solutions, Inc. and LexisNexis Risk Data Management Inc.**

4

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participants:

Nelson L. Bruce
leonbruce81@yahoo.com
PO BOX 3345
Summerville, SC 29484-3345
*Pro Se Plaintiff*

        s/ *Wilbur E. Johnson*
        **WILBUR E. JOHNSON**