UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 2:22-cv-02211-BHH-MGB |
| Pentagon Federal Credit Union; *et al.* | ) |
| Defendants. | ) |

**PENTAGON FEDERAL CREDIT UNION'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Pentagon Federal Credit Union ("PenFed") respectfully requests that the Court entered summary judgment in favor of PenFed with respect to all claims asserted against it in this case by Nelson L. Bruce. Bruce's active pleading is the fourth amended complaint he filed on September 26, 2024 [ECF 291] ("the complaint"). The complaint asserts three claims against PenFed: (1) alleged violations of the Fair Credit Reporting Act; (2) defamation; and (3) alleged violations of the South Carolina Commercial Code. (4th Am. Compl. [ECF 291] at ¶¶ 122-146 & 155-159.) As explained in the supporting memorandum that PenFed is filing with this motion, PenFed is entitled to summary judgment because there is no genuine dispute of material fact, and all three of Bruce's claims fail as a matter of law.

1

Dated: April 11, 2025.

                **PENTAGON FEDERAL CREDIT UNION**

                */s/ G. Troy Thames*
                G. Troy Thames (Federal ID No.: 07713)
                WILLSON JONES CARTER & BAXLEY, P.A.
                4922 O'Hear Avenue, Suite 301
                North Charleston, SC 29405
                Telephone: (843) 284-0832
                Facsimile: (843) 606-3300
                Email: tthames@wjcblaw.com

                Michael A. Graziano (*pro hac vice*)
                Sarah A. James (*pro hac vice*)
                ECKERT SEAMANS CHERIN & MELLOTT, LLC
                1717 Pennsylvania Avenue, N.W., Suite 1200
                Washington, D.C. 20006
                Telephone: 202.659.6671
                Facsimile: 202.659.6699
                E-mail: mgraziano@eckertseamans.com
                          sjames@eckertseamans.com

                *Attorneys for Pentagon Federal Credit Union*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 11th day of April, 2025, I served the foregoing via e-mail and first class mail on:

                Nelson L. Bruce
                P.O. Box 3345
                Summerville, SC 29484
                *Pro Se Plaintiff*

                */s/G. Troy Thames*