# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PENTAGON FEDERAL CREDIT UNION ) <br> a/k/a PENTAGON FEDERAL CREDIT ) <br> UNION, EXPERIAN INFORMATION ) <br> SOLUTIONS, INC., TRANS UNION, LLC, ) <br> EQUIFAX INFORMATION SERVICES, ) <br> LLC, LEXISNEXIS RISK SOLUTIONS, ) <br> INC., and UNKNOWN DOES 1-100, ) <br> ) <br> Defendants. ) | Case No.: 2:22-cv-02211-BHH-MGB |

## **DEFENDANT TRANS UNION LLC'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant Trans Union LLC ("Trans Union"), by and through its counsel of record, herby files its Motion for Summary Judgment ("Motion"), and; thereby, moves for an Order granting summary judgment in its favor on all claims asserted by Plaintiff Nelson L. Bruce. Trans Union's Motion is based on the grounds that the claims in this lawsuit fail as a matter of law. Trans Union's Memorandum in Support ("Memorandum") and accompanying exhibits are filed contemporaneously herewith and are incorporated herein by reference. For the reasons and grounds stated in the Memorandum, Trans Union's Motion should be granted, and judgment should be entered in Trans Union's favor on all claims.

### < SIGNATURE BLOCK IS ON NEXT PAGE >

1

7940002.1

Respectfully submitted,

*s/Wilbur E. Johnson*

Wilbur E. Johnson
Federal ID No.: 2212
Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
Tel: (843) 724-6659
Fax: (843) 579-1332
wjohnson@ycrlaw.com
**Counsel for Trans Union LLC**

Date: April 11, 2025

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April 2025, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which then sent a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

G. Troy Thames
tthames@wjlaw.net
Willson Jones Carter and Baxley
421 Wando Park Boulevard, Suite 100
Mt Pleasant, SC 29464
(843) 284-0832
  and
Michael A. Graziano
mgraziano@eckertseamans.com
Sarah A. James
sjames@eckertseamans.com
Eckert Seamans Cherin & Mellott LLC
1717 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
(202) 659-6671
***Counsel for Pentagon Federal Credit Union a/k/a Pentagon Federal Credit Union Foundation***


Rita Bolt Barker
rbarker@wyche.com
Wyche PA
200 E. Broad Street, Suite 400
Greenville, SC 29601-2892
(864) 242-8235
  and
Eric F. Barton
ebarton@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
(404) 885-1500
***Counsel for Equifax Information Services, LLC***

Lyndey Ritz Zwing Bryant
lyndey.bryant@arlaw.com
Grant Edward Schnell
gschnell@jonesday.com
Adams & Reese LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-4958
***Counsel for Experian Information Solutions, Inc.***


William Joseph Farley, III
will.farley@troutman.com
Troutman Sanders LLP
301 S Tryon Street, Suite 3400
Charlotte, NC 28202
(704) 998-4099
  and
Derek Michael Schwahn
derek.schwahn@troutman.com
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
(404) 885-3124
  and
Celeste Tiller Jones
ctjones@burr.com
Burr & Forman
1221 Main Street, Suite 1800
Columbia, SC 29201
(803) 799-9800
***Counsel for LexisNexis Risk Solutions, Inc., and LexisNexis Risk Data Management Inc.***

3

7940002.1

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participants:

Nelson L. Bruce
PO Box 3345
Summerville, SC 29484-3345
*Pro Se Plaintiff*

**WILBUR E. JOHNSON**

4

7940002.1