**Record/FILE ON DEMAND**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Nelson L. Bruce,<br><br>Plaintiff,<br><br>v.<br><br>Pentagon Federal Credit Union; et al.<br><br>Defendants. | Case No.: 2:22-cv-02211-BHH-MGB<br><br>**EMERGENCY PETITION TO FILE UNDER SEAL EXHIBITS FILED AND ENTERED ON THE RECORD ON JULY 18, 2025 (ECF NO.'s 431 and 432)** |

2025 JUL 21 PM 1:14

**TO THE HONORABLE JUDGE OF THE COURT:**

Plaintiff, **Nelson L. Bruce**, respectfully petitions this Court for an order to immediately file under seal the below Exhibits mailed on July 14, 2025, filed and entered on the record on July 18, 2025

**Confidential Exhibits Require Immediate Seal:**

- Exhibit 58-5- Equifax Dispute Codes describing the type of investigation conduct (ECF No. 431-5)
- Exhibit 59-2- 224.1-PENFED Ensuring the Accuracy of Data Reported (ECF No. 432-2)
- Exhibit 59-3- PENFED Data Furnisher Agreement- TRANS UNION, LLC (ECF No. 432-3)
- Exhibit 59-4 PENFED Service Agreement with Equifax (ECF No. 432-4)
- Exhibit 59-5 286-PENFED Charge-Off and Recovery Processing Policy (ECF No. 432-5)
- Exhibit 59-6 286-PENFED Charge-Off and Recovery Processing Policy (ECF No. 432-6)
- Exhibit 59-1- 224 PENFED- credit Bureau Reporting and Dispute Policy (ECF No. 432-7)
- Exhibit 59-7- ACDVs from Trans Union, Experian and Equifax (ECF No. 432-9)
- Exhibit 58-7 EQUIFAX ACDV Create for Plaintiff's May 2022 Dispute (ECF No. 432-10)

- Exhibit 58-6- EQUIFAX ACDV Create for Plaintiff's September 2021 Dispute (ECF No. 432-11)

These exhibits contain confidential and proprietary internal documents provided by the Parties in this case and require an immediate seal of the records that were obtained in discovery.

**LEGAL STANDARD**

Pursuant to **Local Civil Rule 5.03 (D.S.C.)** and **Fourth Circuit precedent**, sealing of documents may be permitted when a party demonstrates that the public's right of access is outweighed by competing interests. In ***In re Knight Publishing Co.*, 743 F.2d 231, 235 (4th Cir. 1984)**, the court outlined factors for determining whether to allow documents to be sealed, such as the potential harm to a party from disclosure of sensitive information and the interests of the public.

Here, Plaintiff's Exhibits referenced above contains proprietary information from defendants in this matter. Public disclosure of these documents could cause harm to Defendants by revealing sensitive business practices and internal procedures that are not typically available to the public. As such, Plaintiff requests that these exhibits be sealed to protect Defendants' proprietary information.

## I. GROUNDS FOR SEALING

1. **Confidential Nature of Exhibits:**

   The exhibits contain internal practices, agreements and other confidential information by the defendant's in this case that are not publicly available and are considered confidential and proprietary. Public disclosure of these documents would reveal sensitive business practices.

2. **To comply with the protective order:**

To comply with the protective order in this case, it is requested that the above referenced Exhibits be sealed immediately because they are confidential documents that are associated with the protective order.

3. **Balancing the Public Interest and Private Harm**:

While there is a general presumption of public access to judicial records, this is outweighed here by the potential harm to Defendants if proprietary business information is made public. The Fourth Circuit has recognized that protecting sensitive commercial information can justify sealing documents. See ***Stone v. Univ. of Md. Med. Sys. Corp.*, 855 F.2d 178, 180-81 (4th Cir. 1988)**.

## II. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that this Court grant this emergency petition to file and Seal the Exhibits filed and entered on the record on July 18, 2025 to protect the confidential nature of the parties to this case business transactions and practices.

**DATED this 21th day of July, 2025.**

**RESPECTFULLY PRESENTED,**

Nelson L. Bruce, Plaintiff, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained "with prejudice"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com