# EXHIBIT A-15

**April 27, 2018 Letter from NCC to Bruce**

**Pentagon Federal Credit Union's Motion for Summary Judgment**
*Bruce v. Pentagon Fed. Credit Union, et al.*, No. 2:22-cv-2211

ONNACC01  
PO Box 1280  
Oaks PA  19456-1280  
ADDRESS SERVICE REQUESTED



NCC  703-642-7513 DC Metro Area  
800-882-7271 Outside Metro

28977939

| IF PAYING BY CREDIT CARD, COMPLETE ALL, SIGN AND RETURN. | | |
|---|---|---|
| CHECK CARD USING FOR PAYMENT ☐ VISA   ☐ MASTERCARD | | |
| CARD NUMBER | 3 digit CVC code (on back of card) | EXP. DATE / |
| CARDHOLDER NAME | CARDHOLDER SIGNATURE | PMT. AMT $ |

Nelson L Bruce  
144 Pavilion St  
Summerville SC 29483-8444

Send Payment To:

NCC  
PO Box 9156  
Alexandria VA  22304-0156

| Date | Total Due | Amt Enclosed |
|---|---|---|
| 4/27/2018 | $37477.07 | $ |

Nationwide Credit Corporation 5503 Cherokee Ave Alexandria VA  22312-2307.  
***Detach Upper Portion And Return With Payment***

Total Due:              $37477.07                               Date: April 27  2018

The total due above is marked unpaid on the creditor's records and sent to us for collection.  Return your check or provide your card processing information in the enclosed envelope and your account(s) will be credited accordingly.  Your cooperation will help us in assisting you in this matter.

To make a payment online, please go to http://www.paynccarm.com/.  
Your access code is ▮▮▮▮▮▮▮▮▮▮▮▮

This communication is from a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

| Creditor | Creditor's Account Number | Service Date | Balance |
|---|---|---|---|
| Penfed Credit Union | ▮▮▮▮6770 | 09/27/17 | $ 4818.87 |
| Penfed Credit Union | ▮▮▮▮3812 | 10/24/17 | $ 32658.20 |

113ONNACC012100-712963926

Nationwide Credit Corporation  ♦  5503 Cherokee Ave  ♦  Alexandria  VA  22312-2307  
703-642-7513  ♦  800-882-7271  
Office Hours: Monday – Friday 8:30am to 5:00pm EST  
All calls are recorded and/or monitored.



DEFENDANT'S EXHIBIT 15