Plaintiff Evidence   Case No. 22-cv-02211

Flash drive Evidence containing Exhibits 62-1, 62-2, 62-3, 62-4, 62-5, 62-6, 62-7, 62-8 & 62-9