IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:22-cv-02211-BHH-MGB |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Pentagon Federal Credit Union, *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

      On January 21, 2025, Plaintiff Nelson L. Bruce and Defendants LexisNexis Risk Solutions Inc., LexisNexis Risk Solutions Florida Inc., and LexisNexis Risk Data Management Inc. (collectively, "the settling parties"), jointly submitted a notice of settlement. (ECF No. 377.) In the notice, the settling parties indicated that "the matters at issue between them in the present action have been settled." (*Id.*)

      After review, **IT IS ORDERED** that this action is dismissed as to the settling parties without costs and without prejudice. If settlement is not consummated within sixty (60) days, then one of the settling parties may petition the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, one of the settling parties may within sixty (60) days petition the Court to enforce settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978). This dismissal shall be **with prejudice** if no action is taken under either alternative within sixty days from the filing date of this order.

      **IT IS SO ORDERED.**

                                                 /s/Bruce H. Hendricks
                                                 United States District Judge

September 29, 2025
Charleston, South Carolina