**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sarah James |
| | Eckert Seamans, LLC |
| | 1717 Pennsylvania Ave NW |
| | 12th Floor |
| | Washington, DC, 20006 |

| Invoice #: | 7573868 |
| Invoice Date: | 7/22/2024 |
| Balance Due: | $1,988.80 |

**Case: Bruce, Nelson v. Lexisnexis Risk Solutions Inc. Et Al. (2:22cv02211BHHMGB)**

**Proceeding Type: Depositions**

Job #: 6721099  |  Job Date: 6/10/2024  |  Delivery: Normal

Location:         Allentown, PA
Billing Atty:     Sarah James
Scheduling Atty:  Susie J. Lloyd | Troutman Pepper Hamilton Sanders LLP

| Witness: **Nelson L Bruce** | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 384.00 | $4.30 | $1,651.20 |
| Transcript - Supplemental Surcharges* | 384.00 | $0.65 | $249.60 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $48.00 | $48.00 |
| Logistics & Processing | 1.00 | $40.00 | $40.00 |

Notes:     *Supplemental Surcharges Include: Virtual Proceeding

| Invoice Total: | $1,988.80 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,988.80 |

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #: 7573868
Invoice Date: 7/22/2024
Balance Due: $1,988.80

55470

**Veritext, LLC - Midwest Region**
Tel. 586-468-2411 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael A. Graziano<br>Eckert Seamans Cherin & Mellott, LLC.<br>1717 Pennsylvania Ave NW<br>12th Floor<br>Washington, DC, 20006 | Invoice #: | 8169787 |
|---|---|---|---|
| | | Invoice Date: | 3/20/2025 |
| | | Balance Due: | $174.75 |
| | | Agency #: | 301147 |

| Case: Nelson Bruce v. Pentagon Federal Credit Union, et al. (2:22-CV-02211-BHH-MGB) | Proceeding Type: Depositions |
|---|---|

Job #: 7261878   |   Job Date: 3/7/2025   |   Delivery: Normal
Location:            VIAPHONEANDVIDEOCONFERENCEONLY, SC
Billing Atty:        Michael A. Graziano
Scheduling Atty:     Leon Bruce | Nelson L. Bruce, Propria Person, Sui Juris

| Witness: PENTAGON FEDERAL CREDIT UNION | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 55.00 | $2.45 | $134.75 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $40.00 | $40.00 |

| Notes: | Invoice Total: | $174.75 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $174.75 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #:  8169787
Invoice Date:  3/20/2025
Balance Due:  $174.75

55470