**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| NELSON L. BRUCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:22-cv-02211-BHH-MGB |
| | ) | |
| PENTAGON FEDERAL CREDIT UNION | ) | |
| a.k.a. PENTAGON FEDERAL CREDIT | ) | |
| UNION FOUNDATION ("collectively" | ) | |
| PENFED), EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., TRANS UNION, LLC, | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC, all unknown Does 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS TRANS UNION LLC AND PENTAGON FEDERAL CREDIT UNION'S**
<u>**MOTION TO STAY DEADLINES AND, IN THE ALTERNATIVE, MOTION TO**</u>
<u>**ENLARGE TIME**</u>

Defendants Trans Union LLC ("Trans Union") and Pentagon Federal Credit Union ("PenFed"), by and through their attorneys of record, pursuant to Fed. R. Civ. P. 6(b)(1), files this Motion to Stay Deadlines pending the outcome of any appeal, or in the alternative, for an Enlargement of Time to File a Motion for Attorneys' Fees and states as follows:

1.      Trans Union and PenFed each filed a Motion for Summary Judgment on April 11, 2025. (Dkt. Nos. 413, 414).

2.      On September 29, 2025, the Court entered an Order fully granting Trans Union and PenFed's Motions for Summary Judgment. (Dkt. Nos. 473, 474).

3.      Under Federal Rule of Civil Procedure 54(d)(2)(B) and Local Rule 54.02 D.S.C., a motion for attorneys' fees must be filed within 14 days after entry of judgment unless the Court orders otherwise, making the current deadline October 14, 2025, inasmuch as October 13 was a Federal Holiday.

4.     Importantly, the provisions of Rule 6, FRCP; provide a basis of extension of time to file for costs until such time as the appealing party has waived the right to appeal or until any appeal has been exhausted.

5.     Alternatively, good cause exists for an enlargement of time.  Preparation of the motion requires Trans Union and PenFed's counsel to undertake the substantial burden of reviewing more than 32 months of correspondence, pleadings, and discovery materials in order to prepare the motions. 30 days from today - November 13, 2025

6.     On October 13, 2025, counsel for Trans Union emailed Plaintiff requesting a teleconference to discuss an extension of time to file a motion for attorneys' fees.  As of the date of this filing, Plaintiff has not responded to counsel's correspondence. As a result, the within motions are filed.

7.     This request is made in good faith and not for purposes of delay.

WHEREFORE, Defendants Trans Union LLC and Pentagon Federal Credit Union hereby request that the Court enter an Order granting a stay of the deadlines to seek attorneys' fees pursuant to Federal Rule of Civil Procedure 54(d)(2)(B) and Local Rule 54.02 D.S.C. pending the outcome of any appeal; or, in the alternative, for an enlargement of time to file a motion for attorneys' fees up until and including November 13, 2025, and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

*s/ Wilbur E. Johnson*
Wilbur E. Johnson
wjohnson@ycrlaw.com
Federal ID No.: 2212
Clement Rivers, LLP
25 Calhoun Street, Suite 400

Charleston, SC 29401
Telephone: (843) 724-6659
Facsimile:  (843) 579-1332

**Counsel for Trans Union LLC**


s/ *G. Troy Thames*
_____
G. Troy Thames
tthames@wjcblaw.com
Federal ID No.: 7713
Willson Jones Carter & Baxley
4922 O'Hear Ave., Suite 301
North Charleston, South Carolina 29405
Telephone: (843)284-0382

**Counsel for Pentagon Federal Credit Union**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to use the CM/ECF system in this action.

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participant:

Nelson L. Bruce
P.O. Box 3345
Summerville, SC 29484
Telephone: (843) 437-7901
leonbruce81@yahoo.com
***Pro Se Plaintiff***

*s/ Wilbur E. Johnson*
**WILBUR E. JOHNSON**