IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:22-cv-02211-BHH-MGB |
| ) | |
| PENTAGON FEDERAL CREDIT UNION ) | |
| a.k.a. PENTAGON FEDERAL CREDIT ) | |
| UNION FOUNDATION ("collectively" ) | |
| PENFED), EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., TRANS UNION, LLC, ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, all unknown Does 1-100, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT TRANS UNION LLC'S**
**NOTICE OF FILING BILL OF COSTS**

Defendant Trans Union LLC ("Trans Union") files this its Notice of Filing Bill of Costs pursuant to Fed. R. Civ. P. 54(d), and 28 U.S.C. § 1920, and respectfully submits its Bill of Costs in the total amount of $1,884.80.

Attached as **Exhibit A** to Trans Union's Bill of Costs is an Affidavit of Alexandria Epps, along with Trans Union's supporting documents.

Respectfully Submitted,

*s/ Wilbur E. Johnson*
Wilbur E. Johnson
wjohnson@ycrlaw.com
Federal ID No.: 2212
Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
Telephone: (843) 724-6659
Facsimile: (843) 579-1332
**Counsel for Trans Union LLC**

1

8308886.3

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to use the CM/ECF system in this action.

I further certify that I forwarded a copy of the foregoing by U.S. First Class Mail to the following non-CM/ECF participant:

Nelson L. Bruce
P.O. Box 3345
Summerville, SC 29484
Telephone: (843) 437-7901
leonbruce81@yahoo.com
*Pro Se Plaintiff*

                                      *s/ Wilbur E. Johnson*
                                      **WILBUR E. JOHNSON**

8308886.3