

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



---

**UNITED STATES POSTAL SERVICE®**    **Click-N-Ship®**

usps.com    9405 5301 0935 5259 1395 58 0084 0001 0002 9402
$8.40
US POSTAGE

 
U.S. POSTAGE PAID
Click-N-Ship®

12/18/2025
1 lb 0 oz    Mailed from 29484   216546934142486

**PRIORITY MAIL®**

NELSON L BRUCE                          Created 2025-12-18
PO BOX 3345                             Flat Rate Envelope
SUMMERVILLE SC 29484-3345               RDC 03

B099


UNITED STATES DISTRICT COURT
ATTENTION: CLERK OF COURT
PO BOX 835
CHARLESTON SC 29402-0835

**USPS TRACKING #**



9405 5301 0935 5259 1395 58





# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.