AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Nelson L. Bruce,
*Plaintiff*
v.
Pentagon Federal Credit Union a/k/a PENFED, Experian Information Solutions, Inc., Trans Union, LLC, Equifax Information Services, LLC, ALL UNKNOWN DOE'S 1-100, LexisNexis Risk Solutions, Inc., LexisNexis Risk Solutions FL Inc., and LexisNexis Risk Data Management Inc.
*Defendants*

) ) ) ) ) Civil Action No. 2:22-cv-2211-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* _________________.

■ other: summary judgment is entered for the Defendants Equifax Information Services, LLC, Pentagon Federal Credit Union a/k/a PENFED, Trans Union LLC, and Experian Information Solutions, Inc.

The Court approves Pentagon Federal Credit Union a/k/a PENFED's and Trans Union LLC's bills of costs seeking $2163.55 and $1,884.80, respectively, for printed and electronically recorded transcripts.

A 60-day settlement order was entered as to Defendants LexisNexis Risk Solutions, Inc., LexisNexis Risk Solutions Florida Inc., and LexisNexis Risk Data Management Inc.

This action was *(check one)*:

❐ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable ____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date: April 27, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/R. Heinen

*Signature of Clerk or Deputy Clerk*