**Record/FILE ON DEMAND** **U.S.P.S. PRIORITY MAIL NO. 9405 5301 0935 5381 6827 93**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Nelson L. Bruce,<br><br>Plaintiff,<br><br>v.<br><br>Pentagon Federal Credit Union; et al.<br><br>Defendants. | Case No.: 2:22-cv-02211-BHH-MGB<br><br>**NOTICE OF APPEAL** |

Comes now Plaintiff, Nelson L. Bruce with his Notice of Appeal to include on Appeal, the order of this court entered on the following dates: 3/20/3024, 7/19/2024, 8/26/2024, 8/29/2024, 10/17/2024, 12/9/2024, 1/9/2025, 2/20/2025, 3/5/2025, 3/18/2025, 9/29/2025 and 12/17/2025 referencing ECF No.'s/docket No.'s 154, 211, 250, 257, 336, 358, 371, 388, 395, 401, 472, 473, 474, 475, 499 and 500. Plaintiff is also appealing the final order entered on 4/27/2026 (ECF No. 513) and the judgment entered on 4/27/2026 (ECF No. 514) ending the case and denying plaintiff relief. Notice is hereby given that Nelson L. Bruce, Plaintiff' in the above captioned case, hereby appeals to the United States Court of Appeals to the 4th Circuit the orders and judgments of this Court. I hereby certify that the appeal is not taken for purpose of delay.

**DATED this 19TH day of May, 2026.**

RESPECTFULLY PRESENTED,

Nelson L. Bruce

Nelson L. Bruce, Sui Juris
All Secured Natural Rights Explicitly Reserved and Retained "with prejudice"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
leonbruce81@yahoo.com

RCVD - USDC - CHAS, SC
2026 MAY 22 AM8:58

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served to all parties on the service list **via the CM/ECF system. DATED this 19TH day of May, 2026.**

**SENT TO:**

Willson Jones Carter & Baxley, P.A.
**Attention: G. Troy Thames**
4922 O'Hear Avenue, Suite 301
North Charleston, SC 29405
*Attorney for Pentagon Federal Credit Union*

Eckert Seamans Cherin & Mellott, LLC
**Attn.: Michael A. Graziano & Sarah A. James**
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006
*Attorney for Pentagon Federal Credit Union*

Wyche PA
**Attention: Rita Bolt Barker**
200 E Broad Street, Suite 400
Greenville, SC 29601-2892
*Attorney for Equifax*

Seyfarth Shaw, LLP
**Attention: Eric F Barton**
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
*Attorney for Equifax*

Adams and Reese LLP
**Attention: Lyndey Ritz Zwing Bryant**
1221 Main Street, Suite 1200
Columbia, SC 29201
*Attorney for Experian*

Clement Rivers LLP
**Attention: Wilbur Eugene Johnson**
25 Calhoun Street, Suite 400
Charleston, SC 29401
*Attorney for Trans Union, LLC*

Jones Day
ATTN: **Grant Edward Schnell**
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
*Attorney for Experian*

William J. Farley III
**Attention: Troutman Pepper Hamilton Sanders LLP**
301 S. College Street, Suite 3400
Charlotte, NC 28202
*Attorney for Defendant LexisNexis Risk Solutions, Inc.*

Troutman Pepper
**Attn: Susan Jean Lloyd**
One Wachovia Center
301 South College Street, Suite 3400
Charlotte, NC 28202
*Attorney for Def. LNRS*

Nelson L. Bruce

Nelson L. Bruce, Sui Juris
All Secured Natural Rights Explicitly Reserved and Retained "with prejudice"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
leonbruce81@yahoo.com