RECEIVED USDC
CLERK, CHARLESTON, SC
2026 JUL 20 AM 8: 52

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Nelson L. Bruce,
Plaintiff,
v.
Pentagon Federal Credit Union, et al.,
Defendants.
Case No. 2:22-cv-02211-BHH-MGB

**MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING ACCESS TO SEALED JUDICIAL RECORDS**

Movant, Antoine Ambrose, appearing pro se, respectfully moves this Court pursuant to Rule 24(b) of the Federal Rules of Civil Procedure for leave to intervene for the limited purpose of seeking access to sealed judicial records, specifically Exhibit K and Exhibit A3, filed in the above-captioned matter.

In support of this Motion, Movant states:

1. Movant is a former member of Pentagon Federal Credit Union and entered into contractual lending relationships with PenFed through consumer credit products.

2. Movant possesses independent knowledge of the banking practices and transactions at issue, derived from personal experience, independently obtained non-court source documents, and publicly available federal regulatory publications — all obtained entirely outside this court record.

3. The common-law right of public access to judicial records, recognized by the Supreme Court in Nixon v. Warner Communications, Inc., 435 U.S. 589 (1978), and the Fourth Circuit's governing standards established in Stone v. University of Maryland Medical System Corp., 855 F.2d 178 (4th Cir. 1988), and Company Doe v. Public Citizen, 749 F.3d 246 (4th Cir. 2014), require that judicial records remain sealed only upon specific findings that continued sealing is narrowly tailored to protect a legitimate confidential interest that outweighs the public's right of access.

4. Because the subject matter of the sealed exhibits corresponds to banking practices and transactions that are independently documented in publicly available federal regulatory publications and in non-court source documents obtained by Movant outside this litigation, the confidentiality justification supporting continued sealing warrants careful judicial examination.

5. This Motion is supported by a Memorandum of Law, Declaration of Movant, Proposed Order, and Request for Judicial Notice filed herewith.

6. This Motion is limited solely to the issue of public access to judicial records. Movant does not seek to reopen the merits of this litigation, disturb any judgment previously entered, or alter the substantive rights of any party.

WHEREFORE, Movant respectfully requests that this Court grant the relief set forth in the accompanying Memorandum of Law and Proposed Order.

Respectfully presented,

Antoine Ambrose

Antoine Ambrose

Pro Se Movant

309 121ST Ave NE

Blaine, MN 55434

763 600-4468

antoineambrose@ymail.com

Dated: 7/1/2026