RECEIVED USDC
CLERK, CHARLESTON, SC
2026 JUL 20 AM 8: 53

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Nelson L. Bruce,
Plaintiff,
v.
Pentagon Federal Credit Union, et al.,
Defendants.
Case No. 2:22-cv-02211-BHH-MGB

**DECLARATION OF ANTOINE AMBROSE IN SUPPORT OF MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING ACCESS TO SEALED JUDICIAL RECORDS**

I, Antoine Ambrose, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Movant in the above-captioned matter. I make this Declaration in support of my Motion to Intervene for the Limited Purpose of Seeking Access to Sealed Judicial Records. I have personal knowledge of the facts stated herein.

2. I am a former member of Pentagon Federal Credit Union and entered into one or more consumer lending relationships with PenFed, including loan and/or credit account agreements.

3. Through my personal experience as a PenFed member, I independently acquired knowledge of certain banking practices and transaction processing procedures employed by PenFed in connection with consumer lending accounts.

4. Independent of this court record and entirely outside this litigation, I have obtained non-court source documents that correspond to the subject matter of the sealed exhibits in this case. Those documents were obtained through my own independent means and not through any access to sealed court materials.

5. I have also reviewed publicly available federal regulatory publications — including publications issued by the Federal Reserve System and guidance issued by the National Credit Union Administration — that describe banking practices and accounting procedures corresponding to the subject matter of the sealed exhibits.

6. Based on my personal experience, my independently obtained non-court source documents, and my review of publicly available federal regulatory publications, I possess independent knowledge of the subject matter of the sealed exhibits that was acquired entirely outside this court record.

7. I seek access to Exhibit K and Exhibit A3 because those records are relevant to active litigation in which I am presently engaged concerning substantially similar banking practices and lending transactions involving a different financial institution.

8. I do not seek access to the sealed records for any improper purpose. I do not seek to harass any party, disclose genuinely confidential information for commercial gain, or use the records for any purpose other than the legitimate exercise of my legal rights in connection with my own litigation.

9. I am not represented by counsel in this matter and appear pro se.

10. I respectfully submit that the Court's review of whether continued sealing remains justified under governing Fourth Circuit standards would serve both my concrete individual interest and the broader public interest in judicial transparency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/1/2026.

Antoine Ambrose

Antoine Ambrose

Pro Se Movant

309 121ST Ave NE

Blaine, MN 55434

763 600-4468

antoineambrose@ymail.com