**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

RECEIVED USDC
CLERK, CHARLESTON, SC
2026 JUL 20 AM 8:53

Nelson L. Bruce,
Plaintiff,
v.
Pentagon Federal Credit Union, et al.,
Defendants.
Case No. 2:22-cv-02211-BHH-MGB

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING ACCESS TO SEALED JUDICIAL RECORDS**

THIS MATTER came before the Court on the Motion of Antoine Ambrose to Intervene for the Limited Purpose of Seeking Access to Sealed Judicial Records. The Court having reviewed the Motion, Memorandum of Law, Declaration, Request for Judicial Notice, and Exhibit submitted in support thereof, and having considered the governing standards under Stone v. University of Maryland Medical System Corp., 855 F.2d 178 (4th Cir. 1988), and Company Doe v. Public Citizen, 749 F.3d 246 (4th Cir. 2014),

**IT IS HEREBY ORDERED that:**

1. Movant Antoine Ambrose is granted leave to intervene for the limited purpose of seeking access to sealed judicial records in this matter.

2. The Court having reviewed the continued sealing of Exhibit K and Exhibit A3 under the governing Fourth Circuit standard, the Clerk of Court is directed to [unseal Exhibit K and Exhibit A3 / unseal the following portions of Exhibit K and Exhibit A3: ____________ / provide Movant with redacted copies of Exhibit K and Exhibit A3 as follows: ____________].

3. This Order does not reopen the merits of the underlying litigation, disturb any judgment previously entered, or alter the substantive rights of any party.

4. Movant's intervention is limited solely to the issue of access to sealed judicial records.

SO ORDERED.

______________________________

United States District Judge
Bruce Howe Hendricks

Dated: 7/1/2026
Charleston, South Carolina