RECEIVED USDC
CLERK, CHARLESTON, SC
2026 JUL 20 AM 8:53

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

Nelson L. Bruce,
Plaintiff,
v.
Pentagon Federal Credit Union, et al.,
Defendants.
Case No. 2:22-cv-02211-BHH-MGB

**MOVANT ANTOINE AMBROSE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING ACCESS TO SEALED JUDICIAL RECORDS**

## I. LEGAL STANDARD

Federal Rule of Evidence 201(b) provides that a court may take judicial notice of a fact that is not subject to reasonable dispute because it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Federal Rule of Evidence 201(c)(2) provides that a court must take judicial notice if a party requests it and supplies the court with the necessary information.

Official publications of federal agencies and federal regulatory bodies are proper subjects of judicial notice. See Butner v. United States, 440 U.S. 48 (1979). Courts routinely take judicial notice of official government publications, regulatory guidance, and agency manuals available on official government websites.

## II. PUBLICATIONS FOR WHICH JUDICIAL NOTICE IS REQUESTED

**Publication 1**

Title: Check Services — Basic Check Workflows

Issuing Authority: Federal Reserve Financial Services

Official Source: Federal Reserve Financial Services website

URL: https://www.frbservices.org

Specific Sections: Definitions of "Inclearings," "Presentment," "Forward Collections," "Image Cash Letter," "Sending Bank," "Paying Institution," and "Settlement Account Credit"

Fact for which judicial notice is requested: The Federal Reserve Check Services Basic Check Workflows publication defines "Presentment (a.k.a. Inclearings)" as the delivery of cash items with a demand for payment made to Federal Reserve Banks or

financial institutions, and states that once a file has been processed the master or settlement account will be credited for the amount of the file. These definitions and workflow descriptions are publicly available official Federal Reserve publications and are not subject to reasonable dispute.

**Publication 2**

Title: Federal Reserve Operating Circular 4 — Substitute Checks

Issuing Authority: Federal Reserve Bank

Official Source: Federal Reserve Bank official website

URL: https://www.federalreserve.gov

Specific Sections: Provisions governing electronic presentment, substitute check processing, and clearing procedures applicable to member banks and federally chartered financial institutions

Fact for which judicial notice is requested: Federal Reserve Operating Circular 4 governs substitute check processing, electronic presentment, and clearing procedures applicable to member institutions including federally chartered credit unions. These procedures are publicly documented in official Federal Reserve operating circulars and are not subject to reasonable dispute.

**Publication 3**

Title: Federal Reserve Operating Circular 10 — Appendix 3

Issuing Authority: Federal Reserve Bank

Official Source: Federal Reserve Bank official website

URL: https://www.federalreserve.gov

Specific Sections: Appendix 3 provisions governing funds transfer, settlement procedures, and account credit operations applicable to member institutions

Fact for which judicial notice is requested: Federal Reserve Operating Circular 10, Appendix 3 governs funds transfer and settlement procedures applicable to member institutions. These procedures are publicly documented in official Federal Reserve operating circulars and are not subject to reasonable dispute.

**Publication 4**

Title: NCUA Accounting Manual for Federal Credit Unions

Issuing Authority: National Credit Union Administration

Official Source: National Credit Union Administration website

URL: https://www.ncua.gov

Specific Sections: Provisions governing loan origination accounting entries, settlement account procedures, and general ledger treatment applicable to federally chartered credit unions

Fact for which judicial notice is requested: The NCUA Accounting Manual governs accounting practices, loan origination entries, settlement account procedures, and general ledger treatment applicable to all federally chartered credit unions including Pentagon Federal Credit Union. These accounting requirements are publicly available through the NCUA's official website and are not subject to reasonable dispute.

**Publication 5**

Title: Accounting Standards Codification — Relevant Provisions Governing Loan Origination and Settlement Accounting

Issuing Authority: Financial Accounting Standards Board (FASB)

Official Source: FASB Accounting Standards Codification

URL: https://asc.fasb.org

Specific Sections: ASC 310 — Receivables; ASC 948 — Financial Services — Mortgage Banking; relevant provisions governing loan origination accounting, proceeds recording, and settlement entries

Fact for which judicial notice is requested: FASB Accounting Standards Codification provisions governing loan origination accounting, proceeds recording, and settlement entries establish the universally applicable generally accepted accounting principles governing these transactions for all financial institutions. These standards are publicly available through the FASB's official website and are not subject to reasonable dispute.

## III. RELEVANCE TO THE PENDING MOTION

Movant requests judicial notice of these publications for one specific and limited purpose: to establish that the banking practices, payment processing workflows, accounting entries, and settlement procedures at issue in the sealed exhibits are described in publicly available official federal publications and universally applicable accounting standards.

This is directly relevant to the Stone analysis governing the pending Motion to Intervene because where the subject matter of sealed judicial records is already publicly documented in official government publications whose accuracy cannot reasonably be questioned, the confidentiality justification supporting continued sealing is significantly weakened. Information that is publicly prescribed, governed, and described by federal regulatory authorities cannot acquire genuine confidentiality merely by being attached to a court filing and placed under seal.

Movant does not request judicial notice of any disputed fact, any party's conduct, or any conclusion regarding the merits of the underlying litigation. Movant requests judicial notice solely of the existence, content, and public availability of the identified official publications and the specific workflow, accounting, and settlement definitions contained therein.

## IV. PHYSICAL EXHIBIT

In addition to this Request for Judicial Notice, Movant attaches as Exhibit 1 the publicly available portion of the Petition to File Exhibit K Under Seal (ECF No. 286), filed September 23, 2024, for the Court's convenience in evaluating the stated grounds for sealing against the governing Stone standard.

## V. CONCLUSION

For the foregoing reasons, Movant respectfully requests that this Court take judicial notice of the official publications identified herein pursuant to Federal Rule of Evidence 201.

Respectfully presented,

Antoine Ambrose

Antoine Ambrose

Pro Se Movant

309 121ST Ave NE

Blaine, MN 55434

763 600-4468

antoineambrose@ymail.com

Dated: 7/1/2026

| | | |
|---|---|---|
| | | Summerville, SC 29484. (dgar) (Entered: 09/23/2024) |
| 09/23/2024 | 283 | MOTION for Miscellaneous Relief by Nelson L. Bruce. Response to Motion due by 10/7/2024. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Exhibit 11-Federal Reserve Terminology, # 2 Certificate of Service)Motions referred to Mary Gordon Baker.(dgar) (Entered: 09/24/2024) |
| 09/23/2024 | 284 | MOTION for issuance of Subpoena by Nelson L. Bruce. Response to Motion due by 10/7/2024. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Supporting Documents, # 2 Certificate of Service, # 3 Envelope)Motions referred to Mary Gordon Baker.(dgar) (Entered: 09/24/2024) |
| 09/23/2024 | 286 | MOTION to Seal Document by Nelson L. Bruce. Response to Motion due by 10/7/2024. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Exhibit K- Proposed Document, # 2 Certificate of Service, # 3 Envelope)Motions referred to Mary Gordon Baker.(dgar) (Entered: 09/24/2024) |
| 09/23/2024 | 287 | RESPONSE in Opposition re 277 First MOTION for Protective Order Response filed by Nelson L. Bruce. Reply to Response to Motion due by 9/30/2024. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (Attachments: # 1 Certificate of Service, # 2 Envelope)(dgar) (Entered: 09/24/2024) |