CERTIFIED MAIL

9589 0710 5270 4085 2856 94

Retail

U.S. POSTAGE PAID
FCM LG ENV
ANOKA, MN 55303
JUL 01, 2026

29401

$12.42

RDC 99

S2324N503182-17

FROM:
Antoine Ambrose
309 121ST Ave NE
Blaine, MN 55434

RETURN RECEIPT
REQUESTED

TO: Clerk of Court United States District Court
District Court of South Carolina
Charleston Division
J. Waties Waring Judicial Center
85 Broad Street
Charleston, SC 29401

RECEIVED USDC
CLERK, CHARLESTON, SC
2026 JUL 20 AM 8:53

RETURN RECEIPT
REQUESTED

Utility Mailer
10 1/2" x 16"

ReadyPost

PULL TAB TO OPEN

Visit USPS.com® for Shipping Supplies & Services

**93300007**
**Utility Mailer**
**10" x 14"** (usable inside dimension)

**Utility Mailer**

how2recycle.info
PAPER POUCH Widely Recyclable

0 15645 97296 4
AIC-093
Product Code 93300007 - May 2026
www.usps.com
A product of the United States Postal Service ®

UNITED STATES POSTAL SERVICE ®