# COVER LETTER

RECEIVED USDC
CLERK, CHARLESTON, SC

2026 JUL 20 AM 8:52

Antoine Ambrose

309 121ST Ave NE

Blaine, MN 55434

763 600-4468

antoineambrose@ymail.com

7/1/2026

Clerk of Court

United States District Court

District of South Carolina, Charleston Division

J. Waties Waring Judicial Center

85 Broad Street

Charleston, SC 29401

**Re:** *Nelson L. Bruce v. Pentagon Federal Credit Union, et al.* Case No. 2:22-cv-02211-BHH-MGB Motion to Intervene for Limited Purpose — Non-Party Filing

Dear Clerk of Court:

Enclosed please find the following documents for filing in the above-referenced matter on behalf of Movant Antoine Ambrose, a non-party appearing pro se:

1. Motion to Intervene for the Limited Purpose of Seeking Access to Sealed Judicial Records;
2. Memorandum of Law in Support of Motion to Intervene;
3. Declaration of Antoine Ambrose in Support of Motion to Intervene;
4. Proposed Order;
5. Request for Judicial Notice; and
6. Exhibit 1 — Petition to File Exhibit K Under Seal, ECF No. 286 (physical attachment).

Movant is a non-party and does not currently have electronic filing access. These documents are submitted by mail. Movant respectfully requests that the Clerk file-stamp

and docket all enclosed documents and return a file-stamped copy to Movant at the address listed above using the enclosed self-addressed stamped envelope.

If there are any deficiencies in this filing or if additional information is required, please contact Movant at the phone number or email address listed above.

Respectfully presented,

Antoine Ambrose

Antoine Ambrose

Pro Se Movant

**CERTIFICATE OF SERVICE**

I hereby certify that on 7-1, 2026, I served a true and correct copy of the foregoing Motion to Intervene for the Limited Purpose of Seeking Access to Sealed Judicial Records, Memorandum of Law, Declaration, Proposed Order, Request for Judicial Notice, and Exhibit 1 upon the following parties by depositing the same in the United States mail, first-class postage prepaid, addressed as follows:

Nelson L. Bruce

P.O. Box 3345
Summerville, SC 29484

Counsel for Pentagon Federal Credit Union

Pentagon Federal Credit Union
Eckert Seamans Cherin and Mellott LLC (DC)
1717 Pennsylvania Avenue NW
Suite 1200
Washington, DC 2006

Antoine Ambrose

Antoine Ambrose

Pro Se Movant